UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:25-cr-00285-01 |
| | * |
| VERSUS | * JUDGE JOSEPH |
| | * |
| MAHMOUD AMIN YA'QUB AL-MUHTADI | * MAGISTRATE JUDGE WHITEHURST |

## MOTION TO DESIGNATE CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, through its undersigned counsel, respectfully asks that this Court designate a Classified Information Security Officer ("CISO")[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the United States of America states the following:

1

The defendant, Mahmoud Amin Ya'qub Al-Muhtadi ("Al-Muhtadi"), was arrested on October 16, 2025, pursuant to a criminal complaint alleging violations of 18 U.S.C. § 2339B (conspiracy to provide material support to a foreign terrorist organization), and 18 U.S.C. § 1546 (fraud and misuse of visa). [Doc. 1]. A grand jury sitting in this District returned a two-count indictment alleging the same offenses on October 17, 2025. [Doc. 16]. The defendant's arraignment and detention hearing are set for Wednesday, October 22, 2025.

2

This case involves classified material, and the government anticipates filing pleadings pursuant to CIPA.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

3

To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the United States requests that the Court designate Aleksandr Kurtov as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4

The United States further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Kurtov is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade.

Respectfully Submitted:

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ZACHARY A. KELLER
United States Attorney

By: s/John W. Nickel
JOHN W. NICKEL, Bar No. 37819
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501
Telephone: (337) 262-6618

By: s/Andrew Sigler
ANDREW SIGLER, Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 514-0859