# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:25-cr-00285** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the UNITED STATES' MOTION FOR PRETRIAL CONFERENCE AND MEMORANDUM OF LAW REGARDING 18 U.S.C. APP. III ("CIPA") SECTION 2 (the "Motion") [Doc. 22];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that a Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act is scheduled for **October 27, 2025, at 10:00 a.m., Courtroom 1**, before Judge David C. Joseph, to set deadlines for classified litigation in this case.

IT IS FURTHER ORDERED that a portion of the hearing will be conducted *ex parte* and *in camera* so that the Government may fully address classified aspects of the case.

THUS, DONE AND SIGNED in Chambers on this 22nd day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE