UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:25-cr-00285-01 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| | * | |
| MAHMOUD AMIN YA'QUB AL-MUHTADI | * | MAGISTRATE JUDGE WHITEHURST |

**AMENDED MOTION TO DESIGNATE**
**CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America, through its undersigned counsel, hereby files this Amended Motion asking that the Court designate a Classified Information Security Officer ("CISO")[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the United States of America states the following:

1

The defendant, Mahmoud Amin Ya'qub Al-Muhtadi ("Al-Muhtadi"), was arrested on October 16, 2025, pursuant to a criminal complaint alleging violations of 18 U.S.C. § 2339B (conspiracy to provide material support to a foreign terrorist organization), and 18 U.S.C. § 1546 (fraud and misuse of visa). [Doc. 1]. A grand jury sitting in this District returned a two-count indictment alleging the same offenses on October 17, 2025. [Doc. 16]. The defendant's arraignment and detention hearing were set for Wednesday, October 22, 2025. The defendant pled not guilty to both counts and waived his right to a detention hearing, reserving the opportunity to move for a detention hearing in the future. A pretrial scheduling conference is set for Monday, October 27, 2025.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

2

This case involves classified material, and the government anticipates filing pleadings pursuant to CIPA.

3

The security procedures implemented pursuant to CIPA address the qualifications and responsibilities of CISOs raised in this motion. Specifically, Part 2 of the *Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information* provides:

> <u>Classified Information Security Officer</u>. In any proceeding in a criminal case or appeal therefrom in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a "classified information security officer." The Attorney General or the Department of Justice Security Officer will recommend to the court a person qualified to serve as a classified information security officer. This individual will be selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice, to be detailed to the court to serve in a neutral capacity. The court may designate, as required, one or more alternate classified information security officers who have been recommended in the manner specified above.
>
> The classified information security officer must be an individual with demonstrated competence in security matters. Prior to designation, the Department of Justice Security Officer must certify in writing that the classified information security officer is properly cleared, *i.e.,* possesses the necessary clearance for the level and category of classified information involved.
>
> The classified information security officer will be responsible to the court for the security of all classified information in the court's custody, including, but not limited to, any pleadings or other filings created in connection with the proceedings, and any form of information contained in any format, including testimony, notes, photographs, transcripts, documents, digital files, audio files or video files, stored on any type of equipment (e.g., computers, electronic storage devices, etc.). In addition, any matters relating to personnel, information, or communications security will be the responsibility of the classified information security officer who will take measures reasonably necessary to fulfill these responsibilities. The classified information security officer must notify the court and the Department of Justice Security Officer of any actual, attempted, or potential violation of security procedures.

18 U.S.C. App. III, Statutory Notes following § 9, Part 2.

4

Consistent with these procedures, personnel from the Justice Management Division have advised the undersigned counsel for the United States that the Court can expect to receive a letter from the Department Security Officer at the Justice Department recommending the appointment of Aleksandr Kurtov as the CISO for this case, certifying that Mr. Kurtov is an individual with demonstrated competence in security matters qualified to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice. The same letter will recommend individuals to serve as alternates, as further provided in the Security Procedures, if Mr. Kurtov should be unavailable.

Respectfully Submitted:

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ZACHARY A. KELLER
United States Attorney

By: s/John W. Nickel
JOHN W. NICKEL, Bar No. 37819
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

By: s/Andrew Sigler
ANDREW SIGLER, Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 514-0859