# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:25-cr-00285** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the AMENDED MOTION TO DESIGNATE CLASSIFIED INFORMATION SECURITY OFFICER filed by the United States (the "Motion") [Doc. 28],

IT IS HEREBY ORDERED that the Motion is GRANTED. Aleksandr Kurtov is designated as the Classified Information Security Officer ("CISO") in this case.

IT IS FURTHER ORDERED that the Court designates the following persons as Alternate CISO, to serve in the event Mr. Kurtov is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella, M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade.

THUS, DONE AND SIGNED in Chambers on this 23rd day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE