# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:25-CR-00285-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES OF COURT:
### Motion Hearing \ Pretrial Conference

| | | | |
|---|---|---|---|
| Date: | Oct. 27, 2025 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:00 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:43 AM | Court Reporter: | Beth Delatte |
| Statistical Time: | 43 Minutes | Courtroom: | Courtroom 1/Chambers |

### APPEARANCES

| | | |
|---|---|---|
| John Woodley Nickel (AUSA)<br>Andrew Sigler (AUSA)<br>Zoe Bedell (AUSA) | For | United States of America |
| Aaron Albert Adams (AFPD)<br>Dustin Charles Talbot (AFPD)<br>Cristie Gibbens (AFPD) | For | Mahmoud Amin Ya'qub Al-Muhtadi (01) Defendant |

### PROCEEDINGS

Case called for hearing regarding United States' Motion for Pretrial Conference and motion hearing for designation of the Classified Information Procedures Act or "CIPA" [Doc. 22].

The parties informed the court they have tentatively agreed to a proposed scheduling order containing recommendations to the Court for a trial date and deadlines. The parties will be filing a Joint Motion to Certify the Case as Complex and will include the proposed scheduling order including CIPA deadlines for the Court's consideration. The parties also indicated they are working on filing a joint Motion for Protective Order to file for the Court's consideration.

The Government announced that they are working on discovery, which at this time is well over 4000 documents.

In response to the Court's questioning, Defense counsel indicated they are scheduled to speak with their client through an interpreter next week to go over the proposed joint scheduling order, including a discussion of his right to a speedy trial.

Page 2

The Court adjourned the public part of the hearing and recessed for an *ex parte* meeting with the Government's counsel in chambers regarding CIPA protocols.

**MOTIONS:**
Oral motion by Cristie Gibbens to enroll as counsel for defendant, Mahmoud Amin Ya'qub Al-Muhtadi. The motion was GRANTED by the Court.