UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION


UNITED STATES OF AMERICA                    CRIMINAL NO. 6:25-CR-00285-01

VERSUS                                                       JUDGE JOSEPH

MAHMOUD YA'QUB AL-MUHTADI (01)      MAGISTRATE JUDGE WHITEHURST


**DEFENDANT'S REQUEST FOR DISCOVERY**

Mahmoud Ya'qub Al-Muhtadi, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

RESPECTFULLY SUBMITTED,
REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:    **S/AARON A. ADAMS**
          Louisiana Bar No. 37006
          Assistant Federal Public Defender
          102 Versailles Blvd., Suite 816
          Lafayette, Louisiana 70501
          (337)262-6336 (Phone)    (337)262-6605 (Fax)
          COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, Monday, November 10, 2025.

S/AARON A. ADAMS