UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA      6:25-cr-00285-01
     JUDGE JOSEPH
v.      MAGISTRATE JUDGE WHITEHURST

MAHMOUD AMIN YA'QUB
AL-MUHTADI,

       Defendant

_____/

**UNITED STATES' MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT UNDER LOCAL RULE 7.1**

NOW INTO COURT, comes the United States of America, through the undersigned Assistant United States Attorney, who files this motion seeking leave of Court to file a memorandum over 25 pages, in accordance with Local Rule 7.1.

1.

Local Criminal Rule 47.1 requires that "motions must comply with the form requirements set forth in Local Civil Rules 7.1, 7.4, 7.5, 7.9, 10.1, and 11.1. Any response to a motion, including opposing affidavits, memoranda, and supporting documents as are then available, must be filed within the delay set by the court."

2.

Local Civil Rule 7.1 requires that "[a] memorandum in support of or in opposition to a motion may not exceed 25 pages, exclusive of a table of contents or table of authorities. . . . A judge may grant leave to exceed these limits in an extraordinary case."

3.

The Government's Motion in Limine deadline for authentication of Israeli battlefield documents is May 1, 2026. [Doc. 36, p. 3]. The memorandum in support of the motion in limine is currently 35 pages. However, the memorandum is in the process of being cut down significantly.[1] Additionally, included within the memorandum are pictures of the battlefield documents that the Government is seeking to be admitted. Some pages of the memorandum are just pictures of documents or portions of the document.

4.

The Government argues that this is an extraordinary case, and it should be allowed to submit a memorandum in excess of 25 pages.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

   /s/John W. Nickel
JOHN W. NICKEL
Assistant United States Attorney

---

[1] There is a possibility that the Government's memorandum is 25 pages or below when filed. The Government is filing this motion out of an abundance of caution.