UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA          6:25-cr-00285
                                  JUDGE JOSEPH
v.                                MAGISTRATE JUDGE WHITEHURST

MAHMOUD AMIN YA'QUB
AL-MUHTADI

          Defendant
_____/

**UNITED STATES' MOTION *IN LIMINE*
TO ADMIT BATTLEFIELD EVIDENCE**

The United States of America, by and through Zachary A. Keller, United States Attorney for the Western District of Louisiana, hereby files this motion *in limine* pursuant to the Court's Scheduling Order of November 6, 2025. [Doc. 36]. The government seeks to establish the authenticity and admissibility of certain "battlefield evidence" collected in Gaza by Israeli Defense Forces following the HAMAS attacks of October 7, 2023, and provided to the United States Government in the course of the investigation of the Defendant, Mahmoud Amin Ya'qub Al-Muhtadi.

[Remainder of Page Intentionally Left Blank]

1

In support thereof, the government relies on the Expert Disclosure and the government's Memorandum in Support, filed contemporaneously with this motion and identifying the said battlefield evidence as Exhibits 1 through 6.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

*/s/John W. Nickel*
JOHN W. NICKEL
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Phone: (337) 262-6618


ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov


D. ANDREW SIGLER
Ala. Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: 202-514-0849
Email: andrew.sigler@usdoj.gov