| الرقم | التغطية ($) | Test_dan | البرنامج_الوطني_4-2018-منشأة القرابة | الموظفين_الحكوميين- SAL_CLASS_DESC | الموظفين_الحكوميين- EMP_STOP_DESC | الموظفين_الحكوميين- EMP_STATUS_DESC |
|---|---|---|---|---|---|---|
| 16816 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 16507 | 100 | ** | | 0 TO 1000 | | Confirmed |
| 14176 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 22773 | 100 | ** | | 2001 TO 4000 | | Confirmed |
| 26275 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 12377 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 23243 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 24762 | 100 | ** | | 0 TO 1000 | | Confirmed |
| 20631 | 100 | ** | | 2001 TO 3000 | | Confirmed |
| 15016 | 100 | ** | | 0 TO 1000 | | Confirmed |
| 19154 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 26173 | 100 | ** | | 4001 TO 5000 | | Confirmed |
| 19243 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 20566 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 20406 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 20713 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 19702 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 18470 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 21562 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 21015 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 12288 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 12215 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 10731 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 26777 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 26779 | 100 | ** | | 2001 TO 3000 | | Confirmed |
| 24699 | 100 | ** | | 2001 TO 3000 | | Confirmed |
| 28119 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 23548 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 28092 | 100 | ** | | 0 TO 1000 | | Confirmed |
| 10970 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 18288 | 100 | ** | | 1001 TO 2000 | | Confirmed |
| 26037 | 100 | ** | | | | |
| 26997 | 100 | ** | | | | |
| 28629 | 100 | ** | | | | |
| 28463 | 100 | ** | | | | |
| 19035 | 100 | ** | | | | |
| 19022 | 100 | ** | | | | |
| 19950 | 100 | ** | | | | |
| 19949 | 100 | ** | | | | |
| 19946 | 100 | ** | | | | |
| 19944 | 100 | ** | | | | |
| 19943 | 100 | ** | | | | |
| 19941 | 100 | ** | | | | |
| 19938 | 100 | ** | | | | |
| 19029 | 100 | ** | | | | |
| 19031 | 100 | ** | | | | |
| 19032 | 100 | ** | | | | |
| 18976 | 100 | ** | | | | |
| 19042 | 100 | ** | | | | |
| 19907 | 100 | ** | | | | |
| 19908 | 100 | ** | | | | |
| 19046 | 100 | ** | | | | |
| 19913 | 100 | ** | | | | |
| 19044 | 100 | ** | | | | |
| 19033 | 100 | ** | | | | |
| 19917 | 100 | ** | | | | |
| 19932 | 100 | ** | | | | |
| 19040 | 100 | ** | | | | |
| 19922 | 100 | ** | | | | |
| 19926 | 100 | ** | | | | |
| 19928 | 100 | ** | | | | |
| 19959 | 100 | ** | | | | |
| 19916 | 100 | ** | | | | |
| 18980 | 100 | ** | | | | |
| 19020 | 100 | ** | | | | |
| 18994 | 100 | ** | | | | |
| 18991 | 100 | ** | | | | |
| 20002 | 100 | ** | | | | |

FBI-464609   EXHIBIT 1

| # | الاسم | رقم | 1 | المنطقة | الموقع | المركز | رقم | 100 | ** | المحافظة | الحالة |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | 18934 | | 1 | جنوب غزة | وسط الزيتون | الامام الشافعي | | 100 | ** | غزة | مدقق |
| 280 | 20078 | | 1 | جنوب غزة | شرق الزيتون | الابرار | | 100 | ** | غزة | للصرف |
| 281 | 20089 | | 1 | جنوب غزة | غرب الزيتون | ابو هريرة | | 100 | ** | غزة | للصرف |
| 282 | 20090 | | 1 | جنوب غزة | غرب الزيتون | عبدالله عزام | | 100 | ** | غزة | ملغية |
| 283 | 20091 | | 1 | جنوب غزة | جنوب غزة | تل الاسلام | | 100 | ** | غزة | مدقق |
| 284 | 18931 | | 1 | جنوب غزة | غرب الزيتون | الفاروق | | 100 | ** | غزة | مدقق |
| 285 | 18930 | | 1 | جنوب غزة | وسط الزيتون | وسط الزيتون | | 100 | ** | غزة | مدقق |
| 286 | 20097 محمود امين يعقوب المهدي 803435809 | | 1 | جنوب غزة | الجبهة الديمقراطية | | 599088708 | 100 | ** | غزة | الغاء جديد |
| 287 | 18935 | | 1 | جنوب غزة | الرمال الجنوبي- الشيخ عجلين قرب معامل الشيخ- قرب مسجد مصعب بن عمير | | | 100 | ** | غزة | مدقق |
| 288 | 19294 | | 1 | جنوب غزة | شرق الزيتون | سعد | | 100 | ** | غزة | مدقق |
| 289 | 19535 | | 1 | جنوب غزة | وسط الزيتون | وسط الزيتون | | 100 | ** | غزة | للصرف |
| 290 | 19284 | | 1 | جنوب غزة | وسط الزيتون | وسط الزيتون | | 100 | ** | غزة | للصرف |
| 291 | 19533 | | 1 | جنوب غزة | شرق الزيتون | شرق الزيتون | | 100 | ** | غزة | للصرف |
| 292 | 19530 | | 1 | جنوب غزة | جنوب الصيرة | السلام | | 100 | ** | غزة | للصرف |
| 293 | 19529 | | 1 | جنوب غزة | غرب الزيتون | غرب الزيتون | | 100 | ** | غزة | للصرف |
| 294 | 19527 | | 1 | جنوب غزة | وسط الزيتون | الفتح المبين | | 100 | ** | غزة | للصرف |
| 295 | 19525 | | 1 | جنوب غزة | غرب الزيتون | غرب الزيتون | | 100 | ** | غزة | للصرف |
| 296 | 19524 | | 1 | جنوب غزة | وسط الزيتون | الإمام الشافعي | | 100 | ** | غزة | محجوبة |
| 297 | 19523 | | 1 | جنوب غزة | الزيتون | | | 100 | ** | غزة | للصرف |
| 298 | 19521 | | 1 | جنوب غزة | غرب الزيتون | على بن ابي طالب | | 100 | ** | غزة | للصرف |
| 299 | 19520 | | 1 | جنوب غزة | وسط الزيتون | وسط الزيتون | | 100 | ** | غزة | للصرف |
| 300 | 19517 | | 1 | جنوب غزة | | الرمال | | 100 | ** | غزة | للصرف |
| 301 | 19516 | | 1 | جنوب غزة | شرق الزيتون | الرحمن | | 100 | ** | غزة | للصرف |
| 302 | 19489 | | 1 | جنوب غزة | جنوب الصيرة | الكوثر | | 100 | ** | غزة | للصرف |
| 303 | 19298 | | 1 | جنوب غزة | الصيرة | جنوب الصيرة | | 100 | ** | غزة | الغاء ترشيح |
| 304 | 19587 | | 1 | جنوب غزة | شرق الزيتون | صلاح الدين | | 100 | ** | غزة | للصرف |
| 305 | 19491 | | 1 | جنوب غزة | جنوب الصيرة | الايمان | | 100 | ** | غزة | حجب معادلة |
| 306 | 19307 | | 1 | جنوب غزة | وسط الزيتون | عثمان قشقار | | 100 | ** | غزة | مدقق |
| 307 | 19306 | | 1 | جنوب غزة | الزيتون | | | 100 | ** | غزة | للصرف |
| 308 | 19303 | | 1 | جنوب غزة | تل الاسلام | أم جنيفة | | 100 | ** | غزة | مدقق |

FBI-464610

| الرقم | الاسم رباعي | رقم الهوية | x | المحافظة | المدينة | الحي | |
|---|---|---|---|---|---|---|---|
| 20097 | محمود امين يعقوب المهدي | 803435809 | 1 | جنوب غزة | الجهة الديمقراطية | | ████ |

| رقم الجوال | المبلغ($) | Test_idno | موظفي الوكالة-الاسم | موظفي الوكالة-رقم الهوية | موظفي الوكالة-تاريخ الميلاد | موظفي الوكالة-تاريخ الوفاة |
|---|---|---|---|---|---|---|
| 599088708 | 100 | ** | | | | |

| الرنامج_الوطى_4-2018-المحافظة | الرنامج_الوطى_4-2018-مرحلة الاستمارة | الرنامج_الوطى_4-2018-داخل/خارج | الرنامج_الوطى_4-2018-صلة القرابة | الرنامج_الوطى_4-2018-ملكية البيت | الموظفين_الحكوميين-SAL_CLASS_DESC | الموظفين_الحكوميين-EMP_STOP_DESC |
|---|---|---|---|---|---|---|
| غزة | الغاء جديد | | أين / أبه | ملك | | |

| الموظفين_الحكوميين-EMP_STATUS_DESC | الموظفين_الحكوميين-ID_NO | الموظفين_الحكوميين-EMP_NO | حالة_الحياة |
|---|---|---|---|
| | | | |

FBI-464611