| اليوم: الاحد |
|---|
| التاريخ: 2020/02/20 |

الأخ العقيد // أبو محمد ،،، حفظه الله

مدير إدارة المكافحة

السلام عليكم ورحمة الله وبركاته،

## الموضوع/ تقرير استخباري بخصوص المدعو فرج عسلية

بداية نهديكم أطيب التحيات سائلين المولى عز وجل لكم موفور الصحة والعافية ودوام العطاء، وبعد.

بالإشارة إلى الموضوع أعلاه، ولاطلاع سيادتكم بأهم النتائج المترتبة حول الإشارة الواردة بخصوص المذكور أعلاه فإننا نفيدكم بالتالي:

المعلومات الشخصية:

| | تاريخ الميلاد | | رقم الهوية | فرج علي محمد عسليه | الاسم |
|---|---|---|---|---|---|
| الجبهة الديمقراطية | الانتماء الحالي | جباليا – شعشاعة – مسجد مالك أبن أنس | العنوان | سائق على الخط | المهنة |
| | رقم الجوال | لا يوجد | | | الحسابات الالكترونية |
| /02/20 2020 | آخر استدعاء | لا يوجد | حوالات مالية | لا يوجد سفر / لا يوجد عودة / يوجد | اعتقالات سابقة |

الإشارات الواردة:

في تاريخ 2020/02/10، تم إطلاق قذائف مخالفة للإجماع الوطني من محافظة الشمال وتحديدا الضابطة الجمركية، وسقطت القذائف بالقرب من شارع البنات، وعليه تم تحديد المشتبه بهم في إطلاق القذائف وعليه نفيدكم بالتالي:

الاجراءات التي تمت:

- تم تحديد المشتبه بهم في إطلاق القذائف.
- تم مصادرة مدفع الهاون والقذائف طرف محافظة الشمال.
- تم استدعاء كل من هاني عزا وأين أبو عيطة وحسن منصور طرف محافظة الشمال.
- الجلوس مع فرج عسلية مركزيا من طرف دائرة مكافحة الأنشطة التخريبية.

الأشخاص الذين شاركوا في إطلاق قذائف الهاون:

| الانتماء | تاريخ الميلاد | الهوية | الاسم |
|---|---|---|---|
| الجبهة الديمقراطية | | | فرج علي محمد عسليه |
| الجبهة الديمقراطية | | | هاني نبيل عبد الفتاح عزا |
| الجبهة الديمقراطية | | | أيمن حسني سليم ابو عيطة |
| الجبهة الديمقراطية | | | حسن محمد يوسف منصور |
| الجبهة الديمقراطية | | | حمود أيمن محمد عوض الله |
| الجبهة الديمقراطية | 1991/11/02 | 803435809 | محمود امين يعقوب المهتدي |

ملخص إفادة المدعو فرج عسلية بتاريخ 2020/02/20:

قام المذكور بالحضور طرفنا يوم الخميس الموافق 2020/02/20م وقد اعطى افادة كاملة بخصوص مخالفته للإجماع الوطني وكانت على النحو التالي:

- أفاد المذكور أنه كان ينتمي لجيش الإسلام عام 2010 وبعد حادثة تفجير جيب الصليب الأحمر، ترك الحالة وانتقل للجبهة الديمقراطية.

EXHIBIT 2        FBI-460927

- أفاد أنه مسؤول تخصص الهاون في كتائب المقاومة الوطنية منذ 6 سنوات ولم يطلق أي قذيفة طول هذه الفترة حسب التعليمات من قبل حالته ولا يمتلك أي قذائف أو صواريخ في منزله أو أي مواد متفجر.

- في تاريخ 2020/02/10م، ليلا اتصل عليه صديقه المدعو/ محمود أيمن عوض الله، وقال (له انت زلمة لو صار ضرب الليلة بترد) فرد عليه المذكور أكيد وانتهت المكالمة.

- بعد 10 دقائق عاود المدعو /محمود عوض الله الاتصال عليه بعد مدة قصيرة وقال له (بدي أجي عليك انا ومحمود المهتدي) وبعد مدة وصل كلا من (محمود عوض الله ومحمود المهتدي وأيمن أبو عيطة) إلى المذكور وتوجهوا جميعهم إلى بيت حسن منصور الذي يمتلك مدفع الهاون في منزله.

- فور وصولهم إلى بيت حسن منصور، كان يريدون إطلاق القذائف، فرفض المذكور ذلك لتواجد جيب لقائد في القسام في نفس المنطقة حسب ادعائه ويلقب (الغامدي)، واتفقوا على ضرب القذائف فور مغادرة قائد القسام المنطقة.

- فور مغادرة قائد القسام المنطقة، في حينها قام الاحتلال بقصف مواقع للمقاومة وعلى أثر ذلك تم تجهيز المدفع لإطلاق قذائف هاون.

- قام بتنظيف مدفع الهاون في منزل حسن منصور ثم خرج ومعه المدفع وقام بنصبه تحت شجرة الكينا بجانب منزل حسن وقام بتوجيه نحو مغتصبة سيدوروت.

- كان بحوزتهم 10 قذائف هاون مع طاباتهم، ولكن قاموا بتجهيز قذيفتين للإطلاق فقط مع الطبات.

- قام جميع المذكورين بالمشاركة بنصب مدفع الهاون، وبعدها قام كلا من (المذكور ومعه محمد المهتدي ومحمود عوض الله) بمغادرة المكان، وبقي في مكان الإطلاق كلا من (هاني عزام، وأيمن أبو عيطة وحسن منصور).

- أفاد المذكور أن الذي قام بإطلاق القذيفتين هو المدعو/ هاني عزام حسب ادعائه.

- بعد إطلاق قذيفتين الهاون من قبلهم قاموا بالرجوع لمنزل حسن منصور وقام بعدها المدعو/ حسن منصور بإرجاع المدفع إلى منزله.

- مسؤول تل الهوى والزيتون في التنظيم المدعو/أبو أبراهيم أبو ليلة، طلب منه أن يكذب على الأمن الداخلي ويدعى أنهم كان يجربون قذائف هاون ولم يقوموا بإطلاق قذائف.

التقييم:

- من خلال افادة المذكور يتضح ان هناك نية لإطلاق القذائف وبتوجيه من المدعو محمود عوض الله يعمل في كتائب المقاومة التابع للجبهة الديمقراطية بشكل غير مباشر.

التوصيات:

↩ لاطلاع سيادتكم

↩ تم توجيه المذكور لمحافظة الشمال لإنهاء الملف من طرفهم.

وتفضلوا بقبول فائق الاحترام والتقدير،

دائرة مكافحة الأنشطة التخريبية

الأخ العقيد // أبو محمد  ,,,      حفظه الله

مدير إدارة المكافحة

السلام عليكم ورحمة الله وبركاته،

# الموضوع/ تقرير استخباري بخصوص المدعو فرج عسلية

بداية نهديكم أطيب التحيات سائلين المولى عز وجل لكم موفور الصحة والعافية ودوام العطاء.

بالإشارة إلى الموضوع أعلاه، ولاطلاع سيادتكم بأهم النتائج المترتبة حول الإشارة الواردة بخصوص المذكور أعلاه فإننا نفيدكم بالتالي:

المعلومات الشخصية:

الإشارات الواردة:

FBI-460928

في تاريخ 10/02/2020، تم إطلاق قذائف مخالفة للإجماع الوطني من محافظة الشمال وتحديدا الضابطة الجمركية، وسقطت القذائف بالقرب من شارع البنات، وعليه تم تحديد المشتبه بهم في إطلاق القذائف وعليه نفيدكم بالتالي:

<u>الاجراءات التي تمت</u>:

تم تحديد المشتبه بهم في إطلاق القذائف.

تم مصادرة مدفع الهاون والقذائف طرف محافظة الشمال.

تم استدعاء كل من هاني عزا وأين أبو عيطة وحسن منصور طرف محافظة الشمال.

الجلوس مع فرج عسلية مركزيا من طرف دائرة مكافحة الأنشطة التخريبية.

<u>الأشخاص الذين شاركوا في إطلاق قذائف الهاون</u>:

<u>ملخص إفادة المدعو فرج عسلية بتاريخ 20/02/2020</u>:

**قام المذكور بالحضور طرفنا يوم الخميس الموافق 20/02/2020م وقد اعطى افادة كاملة بخصوص مخالفته للإجماع الوطني وكانت على النحو التالي:**

أفاد المذكور أنه كان ينتمي لجيش الإسلام عام 2010 وبعد حادثة تفجير جيب الصليب الأحمر، ترك الحالة وانتقل للجبهة الديمقراطية.

أفاد أنه مسؤول تخصص الهاون في كتائب المقاومة الوطنية منذ 6 سنوات ولم يطلق أي قذيفة طول هذه الفترة حسب التعليمات من قبل حالته ولا يمتلك أي قذائف أو صواريخ في منزله أو أي مواد متفجر.

في تاريخ 10/02/2020م، ليلا اتصل عليه صديقه المدعو/ محمود أيمن عوض الله، وقال )له انت زلمة لو صار ضرب الليلة بترد (فرد عليه المذكور أكيد وانتهت المكالمة.

بعد 10 دقائق عاود المدعو /محمود عوض الله الاتصال عليه بعد مدة قصيرة وقال له )بدي أجي عليك انا ومحمود المهتدي (وبعد مدة وصل كلا من )محمود عوض الله ومحمود المهتدي وأيمن أبو عيطة (إلى المذكور وتوجهوا جميعهم إلى بيت حسن منصور الذي يمتلك مدفع الهاون في منزله.

فور وصولهم إلى بيت حسن منصور، كان يريدون إطلاق القذائف، فرفض المذكور ذلك لتواجد جيب لقائد في القسام في نفس المنطقة حسب ادعائه ويلقب )الغامدي(، واتفقوا على ضرب القذائف فور مغادرة قائد القسام المنطقة.

فور مغادرة قائد القسام المنطقة، في حينها قام الاحتلال بقصف مواقع للمقاومة وعلى أثر ذلك تم تجهيز المدفع لإطلاق قذائف هاون.

قام بتنظيف مدفع الهاون في منزل حسن منصور ثم خرج ومعه المدفع وقام بنصبه تحت شجرة الكينا بجانب منزل حسن وقام بتوجيه نحو مغتصبة سيدوروت.

كان بحوزتهم 10 قذائف هاون مع طاباتهم، ولكن قاموا بتجهيز قذيفتين للإطلاق فقط مع الطبات.

قام جميع المذكورين بالمشاركة بنصب مدفع الهاون، وبعدها قام كلا من )المذكور ومعه محمد المهتدي ومحمود عوض الله )بمغادرة المكان، وبقي في مكان الإطلاق كلا من )هاني عزام، وأيمن أبو عيطة وحسن منصور(.

أفاد المذكور أن الذي قام بإطلاق القذيفتين هو المدعو/ هاني عزام حسب ادعائه.

بعد إطلاق قذيفتين الهاون من قبلهم قاموا بالرجوع لمنزل حسن منصور وقام بعدها المدعو/ حسن منصور بإرجاع المدفع إلى منزله.

**FBI-460929**

مسؤول تل الهوى والزيتون في التنظيم المدعو/أبو أبراهيم أبو ليلة، طلب منه أن يكذب على الأمن الداخلي ويدعى أنهم كان يجربون قذائف هاون ولم يقوموا بإطلاق قذائف.

التقييم:

من خلال افادة المذكور يتضح ان هناك نية لإطلاق القذائف وبتوجيه من المدعو محمود عوض الله يعمل في كتائب المقاومة التابع للجبهة الديمقراطية بشكل غير مباشر.

التوصيات:
لاطلاع سيادتكم
تم توجيه المذكور لمحافظة الشمال لإنهاء الملف من طرفهم.

وتفضلوا بقبول فائق الاحترام والتقدير،
دائرة مكافحة الأنشطة التخريبية

FBI-460930



File Number:
Task ID:
Name of Document File:

Colonel// Abu Muhammad…May Allah protect him
Director of Control Department

**Today:    Sunday**
**Date:**
**02/20/2020**

Peace, mercy and blessing of God be upon you,

**Subject/ Intelligence report regarding Faraj 'Asaliya**

First of all, we present you with our best greetings, asking God Almighty to bless you with good health, wellness, and continuous contribution. With reference to the above subject, and in order to inform you of the most important results of the aforementioned person, we would like to inform you of the following:

Personal Data:

| Name | Faraj 'Ali Muhammad 'Asaliya | ID# | | | D.O.B | |
|---|---|---|---|---|---|---|
| Occupation | Driver | Ad dre ss | Jabalya-Shi'sha'a-Malik Ibn Anas Mosque | Current Affiliation | The Democratic Front | |
| Electronic Accounts | None | | | Mobile Number | | |
| Previous Arrest | Yes | Travel  Return | None  None | Money transfer | None | Last summons | 02/20/2020 |

Incoming memorandums:

On 2/10/2020, Mortars contrary to the national consensus were fired from the North Governorate, specifically the custom control office, and the shells landed near Al-Banat Street. Accordingly, suspects in the firing of the shells were identified, and we would like to inform you of the following:

Actions taken:

- The suspects in the firing of the missiles were identified.
- The mortars and shells were confiscated by the North Governorate.
- Hany 'Azza, Ayman Abu 'Ita and Hassan Mansur were summoned from the North Governorate.

1

**FBI-463204**



File Number:
Task ID:
Name of Document File:

- ▪ Meeting with Faraj 'Asaliya centrally by the Department of Combating Subversive Activities.

People, who participated in the mortars' firing:

| Name | ID Number | Date of Birth | Affiliation |
|---|---|---|---|
| Faraj 'Ali Muhammad 'Asaliya | | | Democratic Front |
| Hani Nabil 'Abd Al-Fattah 'Azza | | | Democratic Front |
| Ayman Husni Salim Abu 'Ita | | | Democratic Front |
| Hassan Muhammad Yussif Mansur | | | Democratic Front |
| Hamud Ayman Muhammad 'Awdallah | | | Democratic Front |
| Mahmud Amin Ya'qub Al-Muhtadi | | | Democratic Front |

Summary of Faraj 'Asaliya's statement dated 02/20/2020:

- ▪ The aforementioned came to our office on Thursday 02/20/2020, and he gave a full statement regarding his violation of the national consensus. It was as follows:
- ▪ The aforementioned subject stated that he belonged to the Army of Islam in 2010 and after the bombing of the Red Cross Jeep, he left the group and joined the Democratic Front.
- ▪ He stated that he had been a mortar specialist in the National Resistance Brigades for six years and had not fired a shell during this period as instructed by his group and does not possess any shells, rockets or any explosive materials in his home.
- ▪ On the night of 02/10/2020, his friend Mahmud Ayman 'Awadallah called him and said, "you are a man, if there were to strike tonight, you would respond?" The aforementioned subject responded saying definitely, and the call ended.
- ▪ Ten minutes later, Mahmud 'Awadallah called him back and said, "Mahmud Al-Muhtadi and I want to come to you." After a while, Mahmud 'Awadallah, Mahmud Al-Muhtadi and Ayman Abu 'Aita arrived at the location of the aforementioned subject. They all headed to Hassan Mansur's house, who has a mortar cannon in his house.
- ▪ Once they arrived at Hassan Mansur's house, they wanted to fire the mortars. The aforementioned subject refused due to the presence of a Jeep that belongs to one of Al-Qassam's leaders in the area. The subject claimed that Al-Qassam's leader goes by (Al-Ghamidi). They agreed to launch the missiles as soon as the commander left the area.

2

FBI-463205



File Number:
Task ID:
Name of Document File:

- Immediately after the commander of the Qassam left the area, the occupation bombarded locations of the resistance positions, and therefore they prepared the cannon to launch the missiles.
- He cleaned the mortar cannon at Hassan Mansur's house, came out with the cannon, set it

up under a Cinchona tree next to Hassan's house, and directed the cannon towards Sderot settlement.

- They had 10 mortars with their igniters , but they only set up two to be launched.
- All of those who were mentioned took part in setting up the mortar, and after that the aforementioned subject along with Muhammad al-Muhtadi and Mahmud 'Awadallah left the place, and Hani 'Azzam, Ayman Abu 'Ita and Hassan Mansur remained at the launching site.
- The aforementioned individual stated that the one who fired the two mortars was called Hani 'Azzam, according to his claim.
- After firing the two mortars, they returned to Hassan Mansur's house, who returned the cannon to his house.
- Abu Ibrahim Abu Layla, the organization's official in charge of Tel Al-Hawa and Al-Zaytun asked him to lie to the Internal Security Forces and claim that they were testing the mortars, but didn't fire them.

Assessment:
- The aforementioned statement revealed that there was an intention to launch the mortars under the guidance of Mahmud 'Awadallah, who works for The Resistance Brigades of the Democratic Front indirectly.

Recommendations:
- **For your information.**
- **The aforementioned was referred to the North Governorate to have the file finalized by them.**

Best regards,
Department of Combating Subversive Activities.


 Colonel// Abu Muhammad…May Allah protect him
Director of Control Department
Peace, mercy and blessing of God be upon you,
**Subject/ Intelligence report regarding Faraj 'Asaliya.**
First of all, we present you with our best greetings, asking God Almighty to bless you with good health, wellness, and continuous contribution. With reference to the above subject, and in order

3

FBI-463206



File Number:
Task ID:
Name of Document File:

to inform you of the most important results of the aforementioned person, we would like to inform you of the following:

Personal Data:

Incoming memorandums:

On 2/10/2020, Mortars contrary to the national consensus were fired from the North Governorate, specifically the custom control office, and the shells landed near Al-Banat Street. Accordingly, suspects in the firing of the shells were identified, and we would like to inform you of the following:

Actions taken:

- The suspects in the firing of the missiles were identified.
- The mortars and shells were confiscated by the North Governorate.
- Hany 'Azza, Ayman Abu 'Ita and Hassan Mansur were summoned by the North Governorate.
- Meeting with Faraj 'Asaliya centrally by the Department of Combating Subversive Activities.

People, who participated in the mortars' firing:

Summary of Faraj 'Asaliya's statement dated 02/20/2020

**The aforementioned came to our office on Thursday 02/20/2020, and he gave a full statement regarding his violation of the national consensus. It was as follows:**

The aforementioned subject stated that he belonged to the Army of Islam in 2010 and after the bombing of the Red Cross Jeep, he left the group and joined the Democratic Front.

He stated that he had been a mortar specialist in the National Resistance Brigades for six years and had not fired a shell during this period as instructed by his group and does not possess any shells, rockets or any explosive materials in his home. On the night of 02/10/2020, his friend Mahmud Ayman 'Awadallah called him and said, "you are a man, if there were to strike tonight, you would respond?" The aforementioned subject responded saying definitely, and the call ended.

Ten minutes later, Mahmud 'Awadallah called him back and said, "Mahmud Al-Muhtadi and I want to come to you." After a while, Mahmud 'Awadallah, Mahmud Al-Muhtadi and Ayman Abu 'Aita arrived at the location of the aforementioned subject. They all headed to Hassan Mansur's house, who has a mortar cannon in his house.

Once they arrived at Hassan Mansur's house, they wanted to fire the mortars. The aforementioned subject refused due to the presence of a Jeep that belongs to one of Al-Qassam's leaders in the area. The subject claimed that Al-Qassam's leader goes by (Al-Ghamidi). They agreed to launch  the missiles as soon as the commander left the area.

4



File Number:
Task ID:
Name of Document File:

Immediately after the commander of the Qassam left the area, the occupation bombarded locations of the resistance positions, and therefore they prepared the cannon to launch the missiles.

He cleaned the mortar cannon at Hassan Mansur's house, came out with the cannon, set it up under a Cinchona tree next to Hassan's house, and directed the cannon towards Sderot settlement.

They had 10 mortars with their igniters , but they only set up two to be launched.  All of those who were mentioned took part in setting up the mortar, and after that (the aforementioned subject along with Muhammad al-Muhtadi and Mahmud 'Awadallah left the place, and Hani 'Azzam, Ayman Abu 'Ita and Hassan Mansur remained at the launching site).

The aforementioned individual stated that the one who fired the two mortars was called Hani 'Azzam, according to his claim.

After firing the two mortars, they returned to Hassan Mansur's house, who returned the cannon to his house.

Abu Ibrahim Abu Layla, the organization's official in charge of Tel Al-Hawa and Al-Zaytun asked him to lie to the Internal Security Forces and claim that they were experimenting the mortars, but didn't fire them.

**Assessment:**

The aforementioned statement revealed that there was an intention to launch the mortars under the guidance of Mahmud 'Awadallah, who works for The Resistance Brigades of the Democratic Front indirectly.

**Recommendations:**

➢ **For your information.**
➢ **The aforementioned was referred to the North Governorate to have the file finalized by them.**

Best regards,
Department of Combating Subversive Activities.

FBI-463208