سيادة العميد حقوقي/ أبو ياسر المصري،، حفظه الله ورعاه

مدير عـــام جهـــاز الأمـن الداخلــي

**السلام عليكم ورحمة الله وبركاته**

| الموضوع | تقرير استخباري بخصوص مطلقي قذائف الهاون من منطقة الشمال بتاريخ 10-02-2020م |
|---|---|

بدايــة نهــديكم أطيــب التحيــات ســائلين المــولى عــز وجــل لكــم موفــور الصــحة والعافيــة ودوام العطاء، بالإشارة إلى الموضوع أعلاه،

## ملخص الحدث:

- في تمام الساعة 1:00 من فجر أ الموافق 2020/02/10م تم اطلاق قذيفتين هاون من الشمال، علماً أن إحدى القذائف سقطت بجوار منزل المواطن/ أكرم إسماعيل البسيوني.
- بعد البحث والمتابعة تبين أن عملية إطلاق قذائف الهاون تمت من خلال الجبهة الديمقراطية ، وتحديداً من قبل المدعو/ فرج عسلية ( ديمقراطية – بدون – جيد – جيد )، وبمعاونة كل من:
  1) أيمن حسني أبو عيطة.
  2) محمود أمين عوض الله
  3) هاني نبيل عزام
  4) محمود أمين المهتدي

## الإجراءات:

- النزول إلى الميدان مباشرة لمعاينة مكان الإطلاق والجهة التي تقف خلفه.
- تشكيل فريق بحث وتحري من العمليات والمهام من أجل تحديد مكان الإطلاق
- التواصل مع الأذرع العسكرية عبر المنسقين للتأكد من عدم وجود فاقد وسلامة عتادهم.
- البحث والتحري عن أسماء مشتبه بهم في الحدث.
- رفع كل المستجدات لقيادة الجهاز أولاً بأول.
- التواصل مع هندسة المتفجرات بالمستجدات.
- استمرار البحث من خلال التواصل مع المصادر الخاصة.

## النتائج:

- تم إطلاق قذيفتي هاون عيار 120 من قاذف يعود للجبهة الديمقراطية، من جوار منزل المدعو حسن محمد منصور.
- يوجد مشغل خاص بالقسام بالقرب من المكان ، علماً بأن العمل بالمشغل على مدار الساعة.

- المدعو/ فرج علي محمد عسلية: هو العقل المدبر، وهو من اقترح الأمر على باقي عناصر المجموعة.
- المدعو/ حسن محمد منصور: تم استخدام القاذف من الموجود طرفه كعهدة من الجبهة الديمقراطية.
- أيمن حسني أبو عيطة.
- محمود أمين عوض الله
- هاني نبيل عزام
- محمود أمين المهتدي.

## ملخص إفادات المشاركين:

| | | العنوان | جباليا – الخط الشرقي | | الاسم | حسن محمد يوسف منصور |
|---|---|---|---|---|---|---|
| | | تاريخ الميلاد | | | رقم الهوية | |
| ثانوي | | المؤهل العلمي | أعزب | | الحالة الاجتماعية | |
| الأمن الداخلي | | الاعتقالات | جبهة ديمقراطية | | الانتماء التنظيمي | |
| جيد | | الحالة الأخلاقية | جيد | | الحالة الأمنية | |
| | | أرقام الجوالات | كهربائي منازل | | المهنة ومكانها | |

ملخص إفادة المذكور:

- يدعي أن المدعو/ **فرج عسليه** قام بالاتصال على جواله عدة مرات يوم إطلاق قذائف الهاون بتاريخ 2020/2/9م في تمام الساعة 10م ولكنه لم يرد لأنه كان نائم .

- قام المدعو/فرج عسلية بإرسال رسالة على جوال والدة المذكور مفادها (انا أبو انس خلي حسن يرد على الجوال ضروري ) ، فقامت والدة المذكور بإيقاظه من النوم وأخبرته بأن أبو أنس يريدك وهو موجود على باب المنزل ، وتوجه على الفور لباب المنزل فتفاجئ بوجود المدعو/**أيمن أبو عيطة 25 عام سكان منطقة شعشاعة** كان يعمل معهم في كتائب المقاومة الوطنية في السابق .

- حضر المدعو/ فرج لمنزله وبرفقته 4 أشخاص لا يعرفهم ، وكان يشاهدهم في موقع المقاومة الوطنية.

- قام المدعو/فرج عسلية بأخذ مدفع هاون 120 وقذيفتين هاون عيار 120 بدون صاعق.

- قام المدعو/فرج عسلية بنصب مدفع الهاون برفقة شخص يدعي/**أبو حمزة** في حوش منزل المذكور وتغطيته بقطعة قماش وتوجيهه باتجاه الشرق.

- طلب فرج من المدعو/أيمن أبو عيطة وشخص أخر مجهول بأطلاق قذيفتين الهاون بعد مغادرته المكان برفقة المدعو/أبو حمزة ، وبالفعل تم إطلاق القذيفتين.

- قام المذكور بالتوجه مباشرة بعد مصادرة مدفع الهاون وقذائف الهاون إلى مدينة خانيونس واختبأ في منزل المدعو/**فادي سعود أبو ستة 30 عام الكائن منطقة عوربية** بالقرب من ملعب النجوم في الطريق الغربي المؤدي لمدينة رفح حيث مكث عنده 3 أيام ، وفي اليوم الرابع توجه لمنزل عمه المدعو/حسن يوسف محمد منصور الكائن في معسكر جباليا شارع العجارمة .

- أكد أن المدعو/ فرج عسلية كان يتصل عليه ويمنعه من تسليم نفسه.

| | | العنوان | الشمال – جباليا البلد | | الاسم | فرج علي محمد عسلية |
|---|---|---|---|---|---|---|
| | | تاريخ الميلاد | | | رقم الهوية | |
| ثانوية عامة | | المؤهل العلمي | متزوج | | الحالة الاجتماعية | |
| الأمن الداخلي | | الاعتقالات | ديمقراطية | | الانتماء التنظيمي | |
| جيد | | الحالة الأخلاقية | جيد | | الحالة الأمنية | |
| | | أرقام الجوالات | بدون | | المهنة ومكانها | |

ملخص إفادة المذكور:

- تلقى اتصال من المدعو/محمود عوض الله في تمام الساعة 11:50م وأخبره أنه يوجد تصعيد من طرف العدو وإذا حدث تصعيد الليلة وتم قصف مواقع المقاومة بدنا نرد.

- أكد أنه تواصل مع المدعو/ أيمن أبو عطية وطلب منه ضرورة التوجه لمنزل المدعو/ حسن منصور.

- تم التوافق على أن يقوم المدعو/ هاني عزام بإطلاق قذائف الهاون.

- يوم وصول البلاغ من الأمن الداخلي قام بالاختفاء في منزل المدعو/ محمد زيد عوض الله " تل الهوى شارع الصناعة " ، أما المدعو/ هاني عزام قام بالاختباء في منزل المدعو/ محمود المهتدي " تل الهوى قرب

FBI-462865

المستشفى الأردني ".

- في اليوم الثاني قام بالتوجه برفقة المذكورين أعلاه إلى أرض تعود لكتائب المقاومة الوطنية في تـل الهوا قـرب مستشفى القدس وقاموا بالمبيت بها لمدة 3 أيام حيث كانت قيادة كتائب المقاومة الوطنية تعلم بوجودهم في المكان وكـان يتردد عليهم كـلا من المدعو/أبو إبـراهيم أبو ليلـة عضـو مجلس عسكري لكتائـب المقاومـة الوطنيـة والمدعو/أبو جهاد اللوح عضو مجلس عسكري لكتائب المقاومة الوطنية .

- بعد قضاء 3 أيام في الأرض توجه المذكور والمدعو/محمود عوض الله إلى منزل المـدعو/أمين السـودة الكـائن في حي الصحابة قرب منزل الشيخ علي الغفري ومكثوا 3 أيام عنده ، وقضى أخر يومين في منزلهما الكائن في جباليا شارع عسلية.

- أكد أن صاحب فكرة اطلاق قذائف الهاون المدعو/محمود عوض الله .

| الاسم | أيمن حسني أبو عيطة | العنوان | الشمال م. جباليا | |
|---|---|---|---|---|
| رقم الهوية | | تاريخ الميلاد | | |
| الحالة الاجتماعية | متزوج | المؤهل العلمي | بدون | |
| الانتماء التنظيمي | ديمقراطية | الاعتقالات | بدون | |
| الحالة الأمنية | جيد | الحالة الأخلاقية | جيد | |
| المهنة ومكانها | بدون | أرقام الجوالات | | |

<u>ملخص إفادة المذكور:</u>

- أكد تلقيه اتصال من المدعو/ فرج عسلية وأخبره بأن يتوجه إلى بيت المدعو/ حسن منصور وبالفعل توجـه إلـى المكان.

- تلقى اتصال آخر من المدعو/ فرج عسلية وطلب منه مقابلته حيث كان برفقة المدعو/ عسلية ثلاثة أشـخاص لا يعرفهم وتوجهوا معاً إلى منزل المدعو/ حسن منصور.

- أفاد أن المدعو/ فرج عسلية أخبرهم أن قيادة الجبهة الديمقراطية أبلغتهم بتنفيذ مهمة إطلاق ثلاثة قذائف هاون علماً أن مدفع الهاون كان في منزل المدعو/ حسن منصور.

- أكد بأن المدعو/ فرج عسلية قام بعدة اتصالات مع القيادة حيث كـان يبتعد عنهم خـلال تلك الاتصـالات وبعد انتهائه من تلك المكالمات قرر إطلاق قذيفتين بدلاً من ثلاثة قذائف.

- أكد أن الأشخاص المجهولين الذين حضروا برفقة فرج عسلية هم من نصبوا مدفع الهاون وطلب منه البقاء مـع هاني لإطلاق القذائف بعد مغادرتهم المكان وبالفعل تم تنفيذ المهمة.

- أكد تلقيه اتصال من المدعو/ فرج عسلية في اليوم الثاني وطلب منه الخروج من المنزل والاختفاء لأن جهـاز الأمن الداخلي يريد اعتقاله ولكنه رفض ذلك.

| الاسم | محمود أمين المهتدي | العنوان | غزة - الرمال | |
|---|---|---|---|---|
| رقم الهوية | 803435809 | تاريخ الميلاد | 02/11/1991 | |
| الحالة الاجتماعية | متزوج | المؤهل العلمي | -- | |
| الانتماء التنظيمي | جبهة ديمقراطية | الاعتقالات | الأمن الداخلي | |
| الحالة الأمنية | جيد | الحالة الأخلاقية | جيد | |
| المهنة ومكانها | بدون | أرقام الجوالات | 599088708 | |

<u>ملخص إفادة المذكور:</u>

- المذكور من النشطاء في الجناح العسكري التابع للجبهة الديمقراطية.

**FBI-462866**

| | العنوان | غزة - الرمال | | الاسم | هاني نبيل عزام |
|---|---|---|---|---|---|
| | تاريخ الميلاد | | | رقم الهوية | |
| -- | المؤهل العلمي | | الحالة الاجتماعية | متزوج | |
| -- | الاعتقالات | | الانتماء التنظيمي | جبهة ديمقراطية | |
| جيد | الحالة الأخلاقية | | الحالة الأمنية | جيد | |
| -- | أرقام الجوالات | | المهنة ومكانها | بدون | |

ملخص إفادة المذكور:

- المذكور من النشطاء في الجناح العسكري التابع للجبهة الديمقراطية.

---

**ملاحظات:**

- المذكورين اختبأوا في أرض تعود لكتائب المقاومة الوطنية في تل الهوا قرب مستشفى القدس وقاموا بالمبيت بها لمدة 3 أيام حيث كانت قيادة كتائب المقاومة الوطنية تعلم بوجودهم في المكان وكان يتردد عليهم كلا من المدعو/أبو إبراهيم أبو ليلة عضو مجلس عسكري لكتائب المقاومة الوطنية والمدعو/أبو جهاد اللوح عضو مجلس عسكري لكتائب المقاومة الوطنية .

- تم تحويل المذكورين للحجز المركزي ، ومن ثم تم استلامهم من قبل الجبهة الديمقراطية من خلال التنسيق والإفراج عنهم.

لاطلاع سيادتكم وتوجيهاتكم بالخصوص...

وتقبلوا فائق الاحترام والتقدير

إدارة العمليات الأمنية

سيادة العميد حقوقي/ أبو ياسر المصري،، حفظه الله ورعاه
مدير عــام جهـاز الأمــن الداخلـــي
السـلام عليكــم ورحمـة الله وبـركاتـه

بداية نهديكم أطيب التحيات سائلين المولى عز وجل لكم موفور الصحة والعافية ودوام العطاء، بالإشارة إلى الموضوع أعلاه،
ملخص الحدث:

FBI-462867

في تمام الساعة 1:00 من فجر أ الموافق 10/02/2020م تم اطلاق قذيفتين هاون من الشمال، علماً أن إحدى القذائف سقطت بجوار منزل المواطن/ أكرم إسماعيل البسيوني.

بعد البحث والمتابعة تبين أن عملية إطلاق قذائف الهاون تمت من خلال الجبهة الديمقراطية ، وتحديداً من قبل المدعو/ فرج عسلية )ديمقراطية – بدون – جيد – جيد (، وبمعاونة كل من:

أيمن حسني أبو عيطة.

محمود أمين عوض الله

هاني نبيل عزام

محمود أمين المهتدي

الإجراءات:

النزول إلى الميدان مباشرة لمعاينة مكان الإطلاق والجهة التي تقف خلفه.

تشكيل فريق بحث وتحري من العمليات والمهام من أجل تحديد مكان الإطلاق

التواصل مع الأذرع العسكرية عبر المنسقين للتأكد من عدم وجود فاقد وسلامة عتادهم.

البحث والتحري عن أسماء مشتبه بهم في الحدث.

رفع كل المستجدات لقيادة الجهاز أولاً بأول.

التواصل مع هندسة المتفجرات بالمستجدات.

استمرار البحث من خلال التواصل مع المصادر الخاصة.

النتائج:

مواصفات مكان إطلاق الصواريخ:

تم إطلاق قذيفتي هاون عيار 120 من قاذف يعود للجبهة الديمقراطية، من جوار منزل المدعو حسن محمد منصور.

يوجد مشغل خاص بالقسام بالقرب من المكان ، علماً بأن العمل بالمشغل على مدار الساعة.


أبرز المشاركين في الحدث ودور كل شخص:

المدعو/ فرج علي محمد عسلية :هو العقل المدبر، وهو من اقترح الأمر على باقي عناصر المجموعة.

المدعو/ حسن محمد منصور :تم استخدام القاذف من الموجود كعهدة طرفه من الجبهة الديمقراطية.

أيمن حسني أبو عيطة.

محمود أمين عوض الله

هاني نبيل عزام

محمود أمين المهتدي.

ملخص إفادات المشاركين:

حسن محمد يوسف منصور:

فرج علي محمد عسلية:


أيمن حسني أبو عيطة:


محمود أمين المهتدي:


محمود أمين المهتدي:

ملاحظات:
المذكورين اختبأوا في أرض تعود لكتائب المقاومة الوطنية في تل الهوا قرب مستشفى القدس وقاموا بالمبيت بها لمدة 3 أيام حيث كانت قيادة كتائب المقاومة الوطنية تعلم بوجودهم في المكان وكان يتردد عليهم كلا من المدعو/أبو إبراهيم أبو ليلة عضو مجلس عسكري لكتائب المقاومة الوطنية والمدعو/أبو جهاد اللوح عضو مجلس عسكري لكتائب المقاومة الوطنية .
تم تحويل المذكورين للحجز المركزي ، ومن ثم تم استلامهم من قبل الجبهة الديمقراطية من خلال التنسيق والإفراج عنهم.

<u>لاطلاع سيادتكم وتوجيهاتكم بالخصوص...</u>

وتقبلوا فائق الاحترام والتقدير

إدارة العمليات الأمنية

FBI-462869



| Date | Monday |
|------|--------|
| Date: | 02-24-2020 |

**Brigadier General / Abu Yassir Al-Masri, May God protect him**
**Director General of Internal Security Agency**
**Peace, mercy, and blessings of God be upon you.**

**Subject: Intelligence report on the mortar launchers from the Northern Region on 02-10 2020**

First of all, we would like to extend our best wishes, asking Almighty God to grant you good health, well-being and continued giving. Referencing the aforementioned topic:

**Event Summary:**

- At 1:00 a.m. on 02/10/2020 AD, two mortar shells were fired from the north, one of which landed next to the house of the citizen/Akram Isma'il Al-Basyuni.
- After investigating the matter, it turned out that the Democratic Front was the entity that carried out the mortar firing, specifically by the so-called Faraj 'Asaliya (Democratic Front -Without-Good-Good), and with the help of the following persons:
    1) Ayman Husni Abu 'Ita.
    2) Mahmud Amin 'Awadallah.
    3) Hani Nabil 'Azzam.
    4) Mahmud Amin Al-Muhtadi.

**Measures:**

- Going directly to the field, to inspect the launching site, and who is behind it.
- Establishing a search and investigation team of operations and tasks to locate the launching site.
- Communicating with military arms through coordinators, to make sure no one is missing, and their gear is intact.
- Searching and investigating the event suspects' names.
- Reporting all updates to the leadership.
- Communicating with explosives engineering [department] with updates.
- Continuing the investigation through communicating with the private sources.

**Results:**

Rocket launch site description:

- Two 120-caliber shells were fired from a launcher belonging to the Democratic Front from the vicinity that is next to the house of the so-called Hassan Muhammad Mansur.
- There is a workshop for Al-Qassam near the site, keeping in mind that work at the workshop is around the clock.

The most prominent participants in the event and their roles:

- The so-called/ Faraj 'Ali Muhammad 'Asaliya: He is the mastermind, and the one who suggested the matter to the rest of the group.
- The so-called Hassan Muhammad Mansur: The launcher used was from his available curatorship, from the Democratic Front.
- Ayman Husni Abu 'Ita.
- Mahmud Amin 'Awadallah.
- Hani Nabil 'Azzam.
- Mahmud Amin Al-Muhtadi.

**Summary of participants' statements:**

FBI-464111

FBI-464111



## Hassan Muhammad Yussif Mansur:



| Name | Hassan Muhammad Yussif Mansur | Address | Jabalya-Eastern Line |
|---|---|---|---|
| ID# | ██████ | D.O.B | ██ |
| Marital Status | Single | Education | High school |
| Organizational Affiliation | Democratic Front | Arrests | Internal Security |
| Security Status | Good | Moral Status | Good |
| Occupation and Place | Home Electrician | Mobiles # | ██████ |

**Summary of the aforementioned statement:**

- It is alleged that the individual named/ **Faraj 'Asaliya** made several calls on his cell phone on the day of firing mortars on 2/9/2020 at 10 p.m., but he did not respond because he was sleeping.
- The so-called Faraj 'Asaliya sent a message to the aforementioned mother's cell phone stating; (I am Abu Anas, ask Hassan, to answer his mobile out of necessity.) Therefore, the aforementioned mother woke him up and told him that Abu Anas wanted him, and he is standing by the house door. He then immediately went to the house door and was surprised by the presence of the so-called/ **Ayman Abu 'Ita, 25 years old, a resident of Shasha'a area** . He used to work with them in the National Resistance Brigades in the past .
- The so-called/Faraj came to his house with four people he doesn't know, and he used to see them at the National Resistance site.
- The so-called/Faraj 'Asaliya took a 120-mortar and two 120.caliber shells without a detonator.
- The so-called/Faraj 'Asaliya set up the mortar in the company of a person named, <u>Abu Hamza</u> in the house court of the aforementioned person, covering it with a piece of cloth, and directed it to the north.
- Faraj asked the so-called Ayman Abu 'Ita and another unknown person to fire the two shells after he left the place with the so-called/ Abu Hamza, and indeed the two shells were fired.
- The aforementioned, after sizing the mortar and the shells went to Khan Yunis and hid in the house of the so-called/ **Fadi Sa'ud Abu Sitah,30 years old, located in 'Aurybiyah area**. Near Al-Nujum field on the western road that leads to Rafah city, where he stayed for 3 days. And on the fourth day, he went to his uncle the so-called/ Hassan Yussif Muhammad Mansur's house , located in Jabalya Camp, Al-'Ajarimah Street.
- He confirmed that the so-called/Faraj 'Asaliya used to call him and prevent him from giving himself up.

## Faraj 'Ali Muhammad 'Asaliya:



| Name | Faraj 'Ali Muhammad 'Asaliya | Address | The north-Jabalya al-balad |
|---|---|---|---|
| ID# | ██████ | D.O.B | ██████ |
| Marital Status | Married | Education | High school |
| Organizational Affiliation | Democratic Front | Arrests | Internal Security |
| Security Status | Good | Moral Status | Good |
| Occupation and Place | Unemployed | Mobiles # | ██████ |

**Summary of the aforementioned statement:**

- He received a phone call from the so-called/ Mahmud 'Awdallah at 11:50 PM and told him that there was an escalation by the enemy, and if an escalation were to happen tonight, and the resistance sites were bombed, they would respond.
- He confirmed that he contacted Ayman Abu 'Atiyyah and asked him to go to Hassan Mansur's house out of necessity.
- It was agreed that Hani 'Azzam would fire the shells.

FBI-464112

**FBI-464112**



- On the day of the receiving the Internal Security Agency report he went into hiding in the house of Muhammad Zayd 'Awdallah, "Tel Al-Hawa, Al-Sina'ah Street", while Hani 'Azzam went into hiding in the house of Mahmud Al-Muhtadi 'Tel Al-Hawa near the Jordanian hospital."

- On the second day, he and the aforementioned went to a land that belongs to the National Resistance Brigades in Tel Al-Hawa, near the Quds Hospital. They slept there for three days, and the National Resistance Brigades command was aware of their presence at the place, they were frequently visited by Abu Ibrahim Abu Layla, a military council member of the National Resistance Brigades, and Abu Jihad Al-Luh, a military council member of the National Resistance Brigades.
- After spending three days on the ground, the aforementioned and Mahmud 'Awadallah went to the house of Amin Al-Sudah, which is located in the Al-Sahaba neighborhood near the house of Sheikh 'Ali Al-Ghafiri. And stayed there for 3 days. They stayed for the last two days at their house, which is located in Jabalya on 'Asaliya Street.
- He confirmed that the idea of firing mortars came from Mahmud 'Awadallah.

<mark>Ayman Husni Abu 'Ita:</mark>



| Name | Ayman Husni Abu 'Ita | Address | North of Jabalya |
|---|---|---|---|
| ID# | ██████ | D.O.B | ████████ |
| Marital Status | Married | Education | None |
| Organizational Affiliation | Democratic Front | Arrests | None |
| Security Status | Good | Moral Status | Good |
| Occupation and Place | Unemployed | Mobiles # | ████████ |

Summary of the aforementioned statement:

- He confirmed that he has received a call from Faraj 'Asaliya who told him to go to the house of Hassan Mansur, which he did.
- He received another call from Faraj 'Asaliya, who asked to meet him, where he was in the company of three individuals whom he does not know, and they all went together to the house of Hassan Mansur.
- He said that Faraj 'Asaliya had told them that the Democratic Front leadership had assigned them the task of firing three mortar shells, knowing that the mortar was inside the house of Hassan Mansur.
- He confirmed that Faraj'Asaliya made several phone calls to the leadership, during which he kept away from them, and after he finished those calls, he decided to fire two missiles instead of three.
- He confirmed that the unknown people who came with Faraj Asalia were the ones who set up the mortar and asked him to stay with Hani to fire the shells after they left the place and indeed the mission was carried out.
- He confirmed that he received a call from Faraj Asalia on the second day and asked him to leave the house and disappear because the Internal Security Agency wanted to arrest him, but he refused to do so.

<mark>Mahmud Amin Al-Muhtadi:</mark>



| Name | Mahmud Amin Al-Muhtadi | Address | Gaza-Al-Rammal |
|---|---|---|---|
| ID# | 803435809 | D.O.B | 11/02/1991 |
| Marital Status | Married | Education | -- |
| Organizational Affiliation | Democratic Front | Arrests | Internal Security |
| Security Status | Good | Moral Status | Good |
| Occupation and Place | Unemployed | Mobiles # | 599088708 |

Summary of the aforementioned statement:



- The aforementioned is an active operative in the military wing of the Democratic Front.

<mark>Mahmud Amin Al-Muhtadi *[SIC]*:</mark>



| Name | Hani Nabil 'Azzam | Address | Gaza-Al-Rammal |
|---|---|---|---|
| ID# | | D.O.B | |
| Marital Status | Married | Education | -- |
| Organizational Affiliation | Democratic Front | Arrests | -- |
| Security Status | Good | Moral Status | Good |
| Occupation and Place | Unemployed | Mobiles # | -- |

Summary of the aforementioned statement:

- The aforementioned is an active operative in the military wing of the Democratic Front.

| Comments: |
|---|

- The aforementioned hid in a land that belongs to the National Resistance Brigades in Tel Al-Hawa near Al-Quds Hospital and they stayed there for 3 days, where the leadership of the Resistance Brigades knew of their presence in the place, and they were frequently visited by Abu Ibrahim Abu Layla, a military council member of the National Resistance Brigades, and Abu Jihad Al-Luh, a military council member of the National Resistance Brigades.
- The aforementioned were transferred to central custody and then they were received by the Democratic Front after coordination and their release.

**For your information, and guidance in this regard.**

**Best Regards.**

**Security Operations Department**

**Brigadier General / Abu Yassir Al-Masri, May God protect him**
**Director General of Internal Security Agency**
 **Peace, mercy, and blessings of God be upon you.**

**First of all, we would like to extend our best wishes, asking Almighty God to grant you good health, well-being and continued giving. Referencing the aforementioned topic:**

FBI-464114

**FBI-464114**

███████████

## Event Summary:

Internal Security Agency*** Security Operations Department

- At 1:00 a.m. on 02/10/2020 AD, two mortar shells were fired from the north, one of which landed next to the house of the citizen/Akram Isma'il Al-Basyuni.
- After investigating the matter, it turned out that the Democratic Front was the entity that carried out the mortar firing, specifically by the so-called Faraj 'Asaliya (Democratic Front-without-Good-Good), and with the help of each of the following persons:
  1) Ayman Husni Abu 'Ita.
  2) Mahmud Amin 'Awadallah.
  3) Hani Nabil 'Azzam.
  4) Mahmud Amin Al-Muhtadi.

### Procedure:
- Going directly to the field, to inspect the launching site, and who is behind it.
- Establishing a search and investigation team of operations and tasks to locate the launching site.
- Communicating with military arms through coordinators, to make sure no one is missing, and their gear is intact.
- Searching and investigating the event suspects' names.
- Reporting all updates to the leadership.
- Communicating with explosives engineering for updates.
- Continuing the investigation through communicating with the private sources.

### Rocket launch site description:
- Two 120-caliber shells were fired from a launcher belonging to the Democratic Front from the vicinity that is next to the house of the so-called Hassan Muhammad Mansur.
- There is a workshop for Al-Qassam near the site, keeping in mind that work at the workshop is around the clock.

### The most prominent participants in the event and their roles:
- The so-called/ Faraj 'Ali Muhammad 'Asaliya: He is the mastermind, and the one who suggested the matter to the rest of the group.
- The so-called Hassan Muhammad Mansur: The launcher used was from his available curatorship, from the Democratic Front.
- Ayman Husni Abu 'Ita.
- Mahmud Amin 'Awadallah.
- Hani Nabil 'Azzam.
- Mahmud Amin Al-Muhtadi.

### Summary of Participants' statements:

Hassan Muhammad Yussif Mansur:
Faraj 'Ali Muhammad 'Asaliya:

Ayman Husni Abu 'Ita:
Mahmud Amin Al-Muhtadi:

███████████

FBI-464115

FBI-464115

Mahmud Amin Al-Muhtadi:

Internal Security Agency*** Security Operations Department

Comments:

- The aforementioned hid in a land that belongs to the National Resistance Brigades in Tel Al-Hawa near Al-Quds Hospital and they stayed there for 3 days, where the leadership of the Resistance Brigades knew of their presence in the place, and they were frequently visited by Abu Ibrahim Abu Layla, a military council member of the National Resistance Brigades, and Abu Jihad Al-Luh, a military council member of the National Resistance Brigades.
- The aforementioned were transferred to central custody and then they were received by the Democratic Front after coordination and their release.

**For your information, and guidance in this regard.**

**Best Regards.**

**Security Operations Department**

FBI-464116

FBI-464116

████████

Internal Security Agency*** Security Operations Department

████████

FBI-464117

**FBI-464117**