

**National Resistance Brigades**

The Army Wing of The Democratic

Front For Liberation of Palestine



كتائب المقاومة الوطنية

الجناح العسكري للجبهة الديمقراطية

لتحرير فلسطين

السيد العقيد/ أبو أنس أبو نار          حفظه الله ورعاه

مدير عام التنسيق الفصائلي والمتابعة

بعد التحية،،

الموضوع/طلب استرداد قطع سلاح خاصة بنا

تهديكم كتائب المقاومة الوطنية الجناح العسكري للجبهة الديمقراطية لتحرير فلسطين، أطيب تحياتها الكفاحية والنضالية، وبالإشارة إلى الموضوع أعلاه، نفيدكم علماً أنه قد تم فقد خمس قطع سلاح كلاشنكوف + مسدس صوت خاصة بنا، حيث تبين أن أحد الأفراد الخاصة بنا وهو الرفيق/ محمود أمين يعقوب المهندي، قام بإعطائهم إلى الأخ /عبد الله العشي أحد أفراد كتائب الشهيد عز الدين القسام في كتيبة الصبرة وتل الإسلام، وذلك للمشاركة في حفلة صديق له. وتبين أنه تم ضبط هذه الأسلحة من قبل الإدارة العامة للمباحث العامة. ونحن من طرفنا قمنا بمعاقبة الرفيق واتخاذ الإجراءات التنظيمية اللازمة بحقه، ونأمل من سيادتكم استرجاع قطع السلاح الخاصة بنا.

وإليكم مرفق بأرقام قطع السلاح :

- 1984-PS25064
- 56-114045464
- 1984-2520592
- 2004-42752
- 56-117025146

ولكم جزيل الشكر

ودمتم سنداً للمقاومة وذخراً للوطن

كتائب المقاومة الوطنية

الجناح العسكري للجبهة الديمقراطية لتحرير فلسطين

٢٠١٧/١/٢٩

**EXHIBIT 4**          **FBI-460926**

File Number:
Task ID:
Name of Document File:



**National Resistance Brigades**

The Army Wing of The Democratic

Front For Liberation of Palestine



كتائب المقاومة الوطنية

الجناح العسكري للجبهة الديمقراطية

لتحرير فلسطين

Colonel/ Abu Anas Abu Nar                    May Allah protect him

General Manager for Coordination and Follow-up

Greeting,



### Subject/Request for our Weapon Recovery

The National Resistance Brigades, the military wing of the Democratic Front for the Liberation of Palestine, send you their best regards of strife and struggle. With reference to the above subject, we would like to inform you that five Kalashnikovs +Blank-firing pistol of ours have been lost. It has been revealed that one of our individuals, Comrade Mahmud Amin Ya'qub Al-Muhtadi, has given them to brother 'Abdallah Al-'Ashi, one of 'Izz Al-Din Al-Qassam Brigades members in the Al-Sabra and Tel Al-Islam Battalion, in order to participate in his friend's party. These weapons were seized by the General Directorate of Investigations. We, for our part, have punished the comrade and taken the necessary organizational measures against him, and we hope that you will return our weapons.

Here is an attachment with the weapon numbers

- 1984-PS25064
- 56-114045464
- 1984-2520582
- 2004-42752
- 56-117025146

Thank you very much

May you stay a pillar of support for the resistance and a source of strength for the nation

(Seal) National Resistance Brigades

Military wing of the Democratic Front for the Liberation of Palestine

1/29/2017

1

FBI-463209