

FBI-534134

**EXHIBIT 6**