UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA      6:25-cr-00285
                              JUDGE JOSEPH
v.                            MAGISTRATE JUDGE WHITEHURST

MAHMOUD AMIN YA'QUB
AL-MUHTADI

           Defendant
_____/

### ORDER ON UNITED STATES' MOTION *IN LIMINE* TO ADMIT BATTLEFIELD EVIDENCE

This matter is before the Court on the United States' Motion *In Limine* to Admit Battlefield Evidence, Memorandum in Support, and the government's Expert Disclosure, all filed on May 1, 2026.

Upon due consideration, and consistent with the Court's Scheduling Order entered November 6, 2025 [Doc. 36], the Defendant is:

**ORDERED** to file a response no later than May 22, 2026.

The government's Motion *In Limine* is set for a hearing Monday, June 15, 2026, at 10:00 a.m.

**DONE and ORDERED** this ___ day of May, 2026, at Lafayette, Louisiana.

_____
HONORABLE DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA