UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-00285-1 |
| VERSUS | JUDGE JOSEPH |
| MAHMOUD AMIN YA'QUB AL-MUHTADI | MAGISTRATE JUDGE WHITEHURST |

### DEFENDANT'S MOTION FOR A BILL OF PARTICULARS

NOW INTO COURT, through undersigned counsel, comes the defendant, Mahmoud Amin Ya'qub Al-Muhtadi, who, for the factual and legal reasons set forth in the accompanying memorandum in support, respectfully moves this Court under Federal Rule of Criminal Procedure 7(f) to direct the government to file a bill of particulars providing the information contained in the proposed order.

RESPECTFULLY SUBMITTED,

CRISTIE GAUTREAUX GIBBENS
Federal Public Defender

BY:   *s/ Dustin C. Talbot*
        DUSTIN C. TALBOT
        First Assistant / Appellate Chief

        *s/ Aaron A. Adams*
        AARON A. ADAMS
        Assistant Federal Public Defender
        Federal Public Defender's Office
        Middle and Western Districts of Louisiana
        102 Versailles Boulevard, Suite 816
        Lafayette, Louisiana 70501
        Telephone: (337) 262-6336

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*