**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 2:13 p.m.** on **Wednesday, June 17, 2026**, and adjourned at **2:21 p.m.**

PRESENT:    David J. Ayo, Magistrate Judge, Presiding
             Heather C. Carrasco, Minute Clerk
             Recorded: Liberty Court Recorder 7
             Time in Court: 08 minutes

### GRAND JURY REPORT

 X   Final Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:25-CR-00285-01** | X | |
| 2:26-CR-00240-01 | X | |
| 2:26-CR-00241-01 | X | |
| 6:25-CR-00242-01 | X | |
| 2:26-CR-00243-01 | X | |
| 5:26-CR-00245-01 | X | |
| 5:26-CR-00245-02 | X | |
| 5:26-CR-00245-03 | X | |
| 6:26-CR-00246-01 | X | |
| 6:26-CR-00247-01 | X | |
| 6:26-CR-00248-01 | X | |
| 6:26-CR-00250-01 | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:26-CR-00238-01 | X | |
| 6:26-CR-00239-01 | X | |
| 6:26-CR-00239-02 | X | |
| 6:26-CR-00239-03 | X | |
| 6:26-CR-00244-01 | X | |
| 1:26-CR-00249-01 | X | |

__X__ Warrants/summons ordered issued as indicated.
__*__ In Federal Custody
__**__ Superseding Indictment
__***__ State Custody