UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA              CRIMINAL NO.  6:25-CR-00285-01
                                      JUDGE JOSEPH
v.                                    MAGISTRATE JUDGE WHITEHURST

MAHMOUD AMIN YA'QUB AL-MUHTADI,

    Defendant

_____/

### USA'S REQUEST FOR NOTICE OF RULE 12 DEFENSES

The United States of America, through undersigned counsel, respectfully submits the following three notice demands pursuant to Rule 12 of the Federal Rules of Criminal Procedure:

#### RULE 12.1 DEMAND

Pursuant to Rule 12.1(a), the United States hereby requests that the Defendant notify the United States of any intended alibi defense. The United States further requests that the Defendant state (1) each specific place where he claims to have been at the time of the offenses alleged in Counts One, Two, and Four, and (2) the name, address, and telephone number of each alibi witness on whom he intends to rely. The United States alleges that the time, date, and place of the offenses alleged are as follows:

- For Counts One and Two:

  - Date: October 7, 2023

  - Place: Israel

- o   Time: Approximately 8:00am to 12:00pm local time
- For Count Four:
  - o   Date: August 6, 2024
  - o   Place: United States Consulate in Cairo, Egypt
  - o   Time:  Approximately 10am

### RULE 12.2 DEMAND

Pursuant to Rule 12.2(a) and (b), the United States hereby requests that the Defendant notify the United States of any intended defense sounding in insanity or mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

### RULE 12.3 DEMAND

Pursuant to Rule 12.3(a), the United States hereby requests that the Defendant notify the United States of any defense of actual or believed exercise of public authority on behalf of a law enforcement agency or intelligence agency at the time of the alleged offense, with such notice as described in Rule 12.3(b) containing (1) the law enforcement agency or intelligence agency involved, (2) the agency member on whose behalf the defendant claims to have acted, and (3) the time during which the Defendant claims to have acted with public authority.

If the Defendant intends to assert a public authority defense, then the United States further requests the name, address, and telephone number of each witness the Defendant intends to rely upon to establish such defense.

Dated: June 22, 2026

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By:    */s/ Zachary A. Keller*
ZACHARY A. KELLER
JOHN W. NICKEL
U.S. Attorney's Office – WDLA
Special Bar No. 803262 (Keller)
LA Bar No. 37819 (Nickel)
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Tel: (337) 262-6618
Email: Zachary.keller@usdoj.gov

ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov

D. ANDREW SIGLER
Ala. Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: 202-514-0849
Email: Andrew.sigler@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Zachary A. Keller*

Zachary A. Keller
United States Attorney