UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-29 (JRT/FLN)

UNITED STATES OF AMERICA,      )
)
               Plaintiff,     )
)  UNITED STATES OF AMERICA'S
    v.             )  BILL OF PARTICULARS
)
MOHAMED ABDULLAH WARSAME,   )
)
            Defendant.   )

Pursuant to the Court's Order of February 16, 2007, and Rule 7(f) of the Federal Rules of Criminal Procedure, the United States of America, based upon its present belief and the information now in its possession, files this Bill of Particulars with respect to counts one and two of the Superseding Indictment.

## Specification

In counts one and two of the Superseding Indictment, the Defendant is charged with conspiring to provide, and substantively providing, material support and resources to al Qaeda in violation of 18 U.S.C. § 2339B, from in or about March 2000, up to and including December 8, 2003. Congress further defined the term "material support or resources" to mean

> currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel, transportation, and other physical assets, except medicine or religious materials.

18 U.S.C. § 2339A(b) (2003).

On February 16, 2007, the Court granted in part, and denied in part, the Defendant's motion for a bill of particulars by

**ATTACHMENT B**

instructing the United States to provide a bill "specifying the particular activities that the prosecution maintains constitute provision of "material support and resources" using the language of section 2339A(b)(1)."  Order at 10-11.  Based upon its present belief and the information now in its possession, the United States submits that the Defendant in the present case provided the following three types of material support and resources listed in section 2339A: "personnel," "currency or monetary instruments or financial securities," and "training."


Dated: March 16, 2007          Respectfully submitted,

                               RACHEL K. PAULOSE
                               United States Attorney

                               s/Nathan P. Petterson
                               FOR: THOMAS M. HOLLENHORST
                               Assistant United States Attorney
                               Attorney ID No. 46322

                               s/Joseph N. Kaster
                               Joseph N. Kaster
                               Trial Attorney
                               Counterterrorism Section
                               National Security Division
                               U.S. Department of Justice