**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:25-CR-00285-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Initial Appearance \ Arraignment on Superseding Indictment**

| | | | |
|---|---|---|---|
| Date: | July 9, 2026 | Presiding: | Magistrate Judge Carol B. Whitehurst |
| Court Opened: | 3:08 p.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 3:34 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:26 | Courtroom: | CR6 |
| | | Probation Officer: | Justin Opdenhoff |

### APPEARANCES

| | | |
|---|---|---|
| John Woodley Nickel  (AUSA) | For | United States of America |
| Dustin Talbot and Aaron Adams (AFPD) | For | Mahmoud Amin Ya'qub Al-Muhtadi (01) Defendant |

Mahmoud Amin Ya'qub Al-Muhtadi (01)
Defendant
Rana Raad, Interpreter

### PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON:** Superseding Indictment
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights

Detention Hearing: Waived

**ORDER:**

Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Superseding Indictment**

Defendant Sworn
Interpreter Sworn
Defendant advised of Charges, Maximum Penalties & Rights
Formal reading of Indictment Read.
Plea Entered: Not Guilty To Count(s) All Counts
Arraignment Held

**RELEASE:**

Defendant is not contesting the government's Oral Motion for Detention at this time and reserves his right to a detention hearing should his circumstances change.

IT IS ORDERED that all previous orders remain in effect.

Defendant is remanded to the custody of the U.S. Marshal Service pending trial.