**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:25-CR-00285-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**MOTION HEARING**

| | | | |
|---|---|---|---|
| Date: | Aug.4, 2026 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:02 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 12:55 PM | Court Reporter: | Beth Delatte |
| Statistical Time: | 2:53 | Courtroom: | Courtroom 1 |
| Interpreter: | Rana Raad | | |

**APPEARANCES**

| | | |
|---|---|---|
| John Woodley Nickel (AUSA) | For | United States of America |
| Andrew Sigler (AUSA) | For | United States of America |
| Elizabeth J Shapiro (AUSA) | For | United States of America |
| Dustin Charles Talbot (AFPD) | For | Mahmoud Amin Ya'qub Al-Muhtadi (01) Defendant |
| Aaron Albert Adams (AFPD) | For | Mahmoud Amin Ya'qub Al-Muhtadi (01) Defendant |
| Mahmoud Amin Ya'qub Al-Muhtadi (01) | | Defendant (In Custody) |

**PROCEEDINGS**

Case called for hearing regarding [73] Motion to Compel Rule 12 Defenses by USA and [74] Motion to Compel Specific Discovery by Mahmoud Amin Ya'qub Al-Muhtadi.

Interpreter Rana Raad, sworn and under oath.

After considering motions and memoranda submitted as well as evidence and testimony presented and further considering oral argument, the Court DENIED in part [74] Motion to Compel Specific Discovery by Defendant as stated on the record.

The Court DENIED [73] Motion to Compel Rule 12 Defenses by the USA and confirmed the Defendant's October 30, 2026, deadline to provide notice of defenses pursuant to Rules 12.1, 12.2, and 12.3.

Page 2
August 4, 2026

The Court further ordered that any motions for Rule 15 depositions be filed no later than September 23, 2026.

**MOTIONS:**
**ORAL** Motion to **SEAL** Defendant Exhibits pursuant to the Protective Order previously issued by the USA. Without objection, the Court **GRANTED** the Motion.

**FILINGS:**
Witness List
Exhibit List