**United States Department of Justice**

***United States Attorney's Office***
***Western District of Louisiana***

*Tom Stagg United States Courthouse*
*300 Fannin Street, Suite 3201*
*Shreveport, Louisiana 71101*
*Phone: (318) 676-3600*
*Fax: (318) 676-3641*

*John M. Shaw United States Courthouse*
*800 Lafayette Street, Suite 2200*
*Lafayette, Louisiana 70501*
*Phone: (337) 262-6618*
*Fax: (337) 262-6682*

August 24, 2026

**via VIA E-MAIL and CM/ECF**

Aaron Adams
Dustin Talbot
Christy Gibbens
Federal Public Defender's Office
102 Versailles Blvd, Suite 816
Lafayette, Louisiana 70501

RE: United States v. al-Muhtadi
Criminal No. 6-25-cr-00285-01
Expert Witness Disclosure: FBI Special Agent Kevin P. Hoyland

Dear Mr. Adams, Mr. Talbot, and Ms. Gibbens:

The United States hereby provides notice under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure ("FRCrP") and Rules 702, 703, and 705 of the Federal Rules of Evidence ("FRE") that it intends to call the following expert in its case-in-chief at trial.

**FBI Special Agent Kevin P. Hoyland**

The government intends to call FBI Special Agent Kevin P. Hoyland as an expert in cellular analysis. Attached is a curriculum vitae detailing SA Hoyland's educational history, training, work experience, and additional qualifications. SA Hoyland has no professional publications. In the past four years, he has testified as an expert in the trials detailed in the attached list. The government also attaches a PowerPoint presentation (the "PowerPoint") prepared by SA Hoyland, which the government intends to use at trial to aid in SA Hoyland's presentation.[1]

[1] In addition to this Notice, the government will be filing a notice pursuant to FRE 1006 as to its intention to present this PowerPoint summarizing the cell tower data records. The Government will

SA Hoyland will testify how cellular telephones communicate by radio frequencies which are transmitted through cellular towers and how cellular telephones select a cell tower when communications are initiated or received. SA Hoyland will also testify regarding how wireless telephone service providers collect and store data from cell towers and how that data can be analyzed along with call detail records to determine the approximate location of a cellular telephone while it is in use. SA Hoyland will testify that cell phone towers operate in the same way worldwide. SA Hoyland will further testify how the general coverage of a particular cell tower can be determined and how an approximate location of a cellular phone can be identified based on the tower and sector used, the cellular network environment in terms of the other towers in the area, and the call detail records ("CDRs"). CDRs document the network interactions to and from a cell phone, to include the date, time, duration, number called, and calling number. Additionally, the CDRs capture the cell site (cell tower) and cell sector which served the cell phone when contact was initiated with the network.

Based on his specialized, technical training and experience in analyzing CDRs and his specialized training in using and evaluating mapping software used to visualize the location of cell towers and estimated coverage areas, SA Hoyland will explain how he is able to opine as to the general location of the defendant's cellphone as more particularly described in PowerPoint. Cell tower antennas are traditionally comprised of three sectors or "faces" each covering approximately 120 degrees. These are depicted in the PowerPoint as wedges or pie shaped areas, which are calculated from the antenna azimuth of the cell tower. Based upon the cell tower's location and orientation in relationship to other cell towers in the same network, SA Hoyland will testify to the approximate area where the telephone was located while it communicated with a particular tower.

In connection with this case, the government expects SA Hoyland to testify regarding the general locations of the cell phone number 970-598-824-855 (the "Subject Number")[2] on October 7, 2023. His specific opinions and conclusions, as well as the bases for those opinions and conclusions, are contained in the PowerPoint. In summary, and among other things, that opinion will provide (1) that the Subject Number's location, in light of the fact that it was a Gazan phone provider called "Jawaal" that would preferentially communicate with Jawaal cellular towers, was very likely located in Israel to have communicated with the Cellcom cellular tower located near K'Far Aza whose data SA Hoyland has analyzed, (2) that the Subject Number's appearing to be assigned to a "2G" cellular phone increases the likelihood

present those data records, which the government produced to the defense at Bates FBI-463126 and which have already been noticed as self-authenticating evidence, *see* [Doc. 87], at trial as sub-exhibits to this PowerPoint summary. The PowerPoint is subject to update as provided by the Scheduling Order and FRE.

[2] The government will separately present evidence proving that this phone number was assigned to a cellular device belonging to the Defendant.

that the phone was in Israel to be communicating with the Cellcom tower near K'Far Aza.

The United States asserts that this notice and the reports and curriculum vitae enclosed satisfy the requirements of FRCrP 16(a)(1)(G). If, after reviewing this notice and the referenced documents, the defendants request further information or have concerns under Rule 16, the United States requests the defendants advise as to what further information is necessary to prepare for trial.

The United States reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the experts before or during trial.

Pursuant to FRCrP 16(a)(1)(G)(v), SA Hoyland has reviewed the above and by his signatures approve the disclosure on this the 24th day of August, 2026.

Kevin Hoyland
FBI SA Kevin P. Hoyland

Very truly yours,

ZACHARY A. KELLER
United States Attorney

*s/ John W. Nickel*
JOHN W. NICKEL
Assistant United States Attorney
Western District of Louisiana