# CURRICULUM VITAE

***Kevin P. Hoyland***

Federal Bureau of Investigation
Cellular Analysis Survey Team (CAST)

FBIHQ - Detailed to Boston Division
201 Maple Street
Chelsea, MA 02150
Email: kphoyland@fbi.gov

## PROFESSIONAL EXPERIENCE

**Supervisory Special Agent (2024 – Present)**
**Special Agent (2012 – 2024)**
Federal Bureau of Investigation
Chelsea, MA (Boston Division – Bedford RA)
Loveland, CO (Denver Division – Fort Collins RA)

**2024 – Present: Cellular Analysis Survey Team (CAST) Regional Field Supervisor**
Lead the Northeast Region comprised of approximately 20 CAST assets covering over 10 states. The CAST Unit is based out of FBI Headquarters in Washington D.C. and assets are either detailed or previously assigned to various FBI divisions across the country.

**2019 – 2024: CAST National Asset**
National Assets are FBI Special Agents whose primary role is to provide cellular records analysis and technological assistance to Local, State, Federal and International Law Enforcement; including mapping, analytical reports, tracking of cellular devices, and presenting expert testimony. National Assets are full-time members of the CAST Unit and do not carry a separate investigative case load. Presently, there are approximately 20 Special Agents in a National Asset role.

**2016 – 2019: CAST Field Asset**
Field Assets perform CAST duties as an ancillary duty to their primary investigative case work. As a Field Asset, I personally conducted tracking missions, provided cellular records analysis, and technological assistance to locate cell phones used by fugitives, witnesses, or victims of crimes. There are roughly 70 Field Assets within various divisions across the country.

**Overall Special Agent Responsibilities:** Investigate felony offenses to include drug cartels, bank robbers, kidnappers, white collar fraud, cybercrimes, etc.; Additionally, investigate national security threats related to counterterrorism and counterintelligence, originating both domestically and abroad; Prepare and execute search warrants and arrest warrants; Manage confidential human sources; Conduct interviews and pattern analysis; Collect and preserve criminal evidence; Prepare reports of investigations for presentment to Grand Jury; Testify in state and federal court; and Liaison with local, state, and federal law enforcement agencies.

**US Finance Manager** (2007 – 2012)
Dunkin' Brands
Canton, Massachusetts

Responsibilities included**:** Oversaw domestic finance team responsible for maintaining financial health of a publicly traded company through working with Franchisees to improve profitability in restaurants across the United States.

## EDUCATION

Bachelor of Science – Finance: University of Illinois - Chicago (2004), Chicago, Illinois
Master of Business Administration (MBA): Boston University (2007), Boston, Massachusetts
Certified Public Accountant (CPA): New Hampshire (2012)

## RELEVANT PROFESSIONAL TRAINING & INSTRUCTION

Basic CAST Training: 2013 (24 Hours)
- Introduction to cellular technology theory and analysis of historical cellular records. Prerequisite for Advanced Project Pin Point

Advanced Project Pin Point: 2014 (40 Hours)
- Taught analytical processes and critical thinking skills associated with historical cell site analysis and the creation of reporting designed for court room audiences

RF Technology Protocols Certification: 2014 (72 Hours)
- Attended multiple classes with detailed study in GSM, iDEN, CDMA, UMTS, and LTE cellular protocols and the implimentation of cell phone tracking techinques

CAST Certification Training and Network Theory: 2016 (160 Hours)
- GSM, CDMA, Basic IDEN, UMTS, LTE, Radio Frequency Theory
- In-person training from legal compliance and engineers from the following cellular telephone providers: AT&T, Sprint, T-Mobile, Verizon, and US Cellular
- Expert witness training
- Practical exercises and mock trial
- Certified as an expert in cellular record analysis

Annual CAST Recertification: 2017 – 2026 (355 Hours, Multiple Locations)
- Presentations and trainings from major telecom carriers including AT&T, T-Mobile, and Verizon
- Training specific to technological improvements anticipated in the telecom industry
- Review of current and anticipated Federal case law
- Case briefings and liaison presentations from across the country

## TEACHING EXPERIENCE

Led formalized CAST trainings to over 900 local, state, federal, and international law enforcement officers in multiple states across the country. Additionally, provided various levels of informal education to over thousands of law enforcement officers and legal representatives, both domestic and internationally.

## EXPERT TESTIMONY EXPERIENCE

US District Court:
Arizona, Colorado, Connecticut, District of Columbia, Massachusetts, Rhode Island, Vermont, and Wyoming

State Court:
AZ – Maricopa County
CO – Adams, Arapahoe, Boulder, Broomfield, Douglas, El Paso, Pueblo, Teller, and Weld Counties
CT – Ansonia/Milford, Fairfield, Samford, and Waterbury Judicial Districts
DC – Superior Court
MA – Berkshire, Essex, Middlesex, Plymouth, and Suffolk Counties
NC – Wake County
NE – Douglas County
NH – Merrimack County
WY – Natrona County