| SSA Kevin Hoyland - FBI CAST | | Expert Cases - Last Four Years | | | 8/24/2026 |
|---|---|---|---|---|---|
| **Date** | **Defendant(s)** | **Venue** | **Location** | **Docket #** | **Type** |
| 10/27/2022 | Antwane Williams-Bey | District of Connecticut | Hartford, CT | 3:20CR172 | Trial |
| 1/11/2023 | Samael Mathieu | State - Plymouth Co | Brockton, MA | 20-007650 | Trial |
| 1/17/2023 | Edward Parks | District of Connecticut | Bridgeport, CT | 3:19-cr-299 (KAD) | Trial |
| 1/20/2023 | Jennifer Michalka | State - Weld Co | Greeley, CO | 19CR2630 | Trial |
| 2/2/2023 | Abraham Paquet | State - Douglas Co | Castle Rock, CO | 18CR718 | Trial |
| 2/8/2023 | Ramondo Jones | State - Pueblo Co | Pueblo, CO | 20CR001477 | Trial |
| 2/13/2023 | Lorenzo Jones and Tony Evans | State - Suffolk Co | Boston, MA | 1684CR00230/231 | Trial |
| 2/23/2023 | Marcus Carlisle and Tyrell Berberena | State - Essex Co | Salem, MA | 20-0204/0205 | Trial |
| 3/28/2023 | Richard Miller | State - Berkshire Co | Pittsfield, MA | 1883CR0083 | Trial |
| 4/10/2023 | Miles Johnson | State - Waterbury Judicial Dist. | Waterbury, CT | CR20-0491883-T | Porter |
| 4/13/2023 | Miles Johnson | State - Waterbury Judicial Dist. | Waterbury, CT | CR20-0491883-T | Trial |
| 4/24/2023 | Josiah English | State - Maricopa Co | Phoenix, AZ | CR2017-105183-001 | Trial |
| 4/25/2023 | Leticia Stauch | State - El Paso Co | Colorado Springs, CO | 20CR1358 | Trial |
| 5/22/2023 | Jocelyn Vasquez | State - Suffolk Co | Boston, MA | 1984CR00041 | Trial |
| 6/20/2023 | Roberto Martinez-Baez | State - Suffolk Co | Boston, MA | 2184CR00059 | Trial |
| 6/23/2023 | Armani Minier-Tejada | District of Massachusetts | Boston, MA | 21-CR-10099-NMG | Trial |
| 9/5/2023 | Logan Clegg | State - Merrimack Co | Concord, NH | 217-2022-CR-1226 | Deposition |
| 10/3/2023 | Raekwon Sutton | District of Columbia - Superior | Washington, DC | 2022-FD3-2341 | Trial |
| 10/16/23 & 10/17/23 | Logan Clegg | State - Merrimack Co | Concord, NH | 217-2022-CR-1226 | Trial |
| 11/13/2023 | Karonn Brown | State - Suffolk Co | Boston, MA | 2184CR00864/766/767 | Trial |
| 12/1/2023 | Daniel Griffin | District of Massachusetts | Worcester, MA | 20-cr-10319-MRG | Trial |
| 12/7/2023 | Jamon Jones | State - Middlesex Co | Woburn, MA | 2181CR00505 | Trial |
| 12/13/2023 | Amara Smothers | State - Suffolk Co | Boston, MA | 1784CR00507 | Trial |
| 1/11/2024 | Dravon Robinson | State - Suffolk Co | Boston, MA | 2184CR00864/766/767 | Trial |
| 1/30/2024 | Carlos Lemon | State - Suffolk Co | Boston, MA | 1984CR00684 | Trial |
| 2/2/2024 | Rafael Ashworth | District of Massachusetts | Boston, MA | 19-CR-10477-MLW | Trial |
| 2/6/2024 & 2/7/2024 | Zaekwon McDaniel, et al | District of Connecticut | Bridgeport, CT | 3:21-CR-156-KAD | Trial |
| 2/15/2024 | Michelle Troconis | State - Stamford Judicial Dist. | Stamford, CT | CR19-0148553 | Trial |
| 3/20/2024 | Alfeu Barbosa | District of Massachusetts | Boston, MA | CR22-10205-NMG | Trial |
| 6/20/2024 | Jacob Freeman | State - Ansonia/Milford Judicial Dist. | Milford, CT | CR20-0118406-T | Trial |
| 8/8/2024 | Marcel Vines & Malique Lewis | District of Columbia - Federal | Washington, DC | 19-CR-166 | Trial |
| 9/13/2024 | Jimmy Ramos Jr. | State - Middlesex Co | Woburn, MA | 2281CR00151 | Trial |
| 11/7/2024 | Pauliasky Jean-Francois | State - Middlesex Co | Woburn, MA | 2181CR00141/142 | Trial |
| 3/31/2025 | Serhat Gumrucku | District of Vermont | Burlington, VT | 5:22-cr-00058 | Trial |
| 7/15/2025 | Dew McCauley | State - Fairfield Judicial Dist. | Danbury, CT | DBDCR170154897S | Trial |
| 10/29/2025 | Marcus Tucker | District of Columbia - Superior | Washington, DC | 2025-CF3-004309 | Trial |
| 2/6/2026 | Edgar Medina, et al | District of Rhode Island | Providence, RI | 21-62JJM | Trial |
| 8/20/2026 | Wesley Lindor | State - Middlesex Co | Lowell, MA | 2181CR00577 | Trial |