# FEDERAL BUREAU OF INVESTIGATION

## CELLULAR ANALYSIS SURVEY TEAM (C.A.S.T.)

# Historical Mobile Device Location Analysis

**Target Selector:**

970-598-824-855 (Jawwal)

Date: 08/19/2026

Property of the FBI Cellular Analysis Survey Team.
Reproduction in whole or in part is prohibited.

**Supervisory Special Agent Kevin P. Hoyland**
Cellular Analysis Survey Team (C.A.S.T.)
FBIHQ – Detailed to Boston Division

# Investigative Information

1. ***INVESTIGATIVE INFORMATION:*** Following events on October 7, 2023 in Israel, cellular telephone records from carrier Cellcom were obtained as part of the investigation into the defendant. These records were further analyzed in conjunction with that investigation.

2. ***PURPOSE OF ANALYSIS:*** The FBI's Cellular Analysis Survey Team (C.A.S.T.) was requested to conduct analysis of the cellular call detail records (CDR) associated with a mobile device pertinent to the investigation. Specifically, FBI Supervisory Special Agent Kevin Hoyland analyzed the cell site used during certain cellular network connections to show the phone's general locations around times of interest to the investigation.

3. ***METHODOLOGY:*** Cell phone companies maintain databases that capture and store information related to the usage of each customer's mobile device. These databases generate call detail records (CDRs). The CDRs document the network interactions to and from the cell phones, to include the date, time, duration, number called, and calling number. Additionally, the CDRs capture the cell site (cell tower) and cell sector which served the cell phone when contact was initiated with the network. An analysis was performed on the CDRs obtained for the target phone number. Used in conjunction, the call detail records and a list of cell site locations, illustrate an approximate location of a mobile device when it initiated contact with the network.

*NOTE*: All times listed herein are in the local time zone (UTC +3) to the area represented.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# Basic Principles Utilized in Call Detail Record Analysis

***TECHNOLOGY:***

- Cell phones are mobile devices which contain radios that use radio frequencies ("RF") to communicate.
- When powered on, cell phones constantly scan their environment looking for the cell site which provides the strongest, cleanest, and overall best signal. This signal generally comes from the cell tower/cell site that is closest to the phone or the tower with the best line of sight.
- The cell site with the strongest, cleanest, and overall best signal is the one the mobile device will choose to handle the initiation of incoming and outgoing calls. This serving cell site is then recorded by the network in the CDR.
- The phone "sees" other cell sites around the serving cell and will constantly measure those signal metrics. However, the phone will not reselect to an adjacent site unless that cell site is on its "neighbor list" as controlled by the network service provider. This allows the network to accurately manage and control their subscribers.
- If reselection occurs while the phone is in a call, the phone will "handoff" the call to the next cell site/sector. Therefore, some service providers show a "beginning cell site" (call originated) and an "ending cell site" (call ended) in their records.

***CELL SITES AND SECTORS:***

- Cell sites (also known as cell towers or base transceiver stations) come in all shapes and sizes and can be located anywhere (church steeples, water towers, sides of buildings, etc.).
- A typical cell site has three 120º sectors positioned for the best 360º coverage. The service provider sometimes labels the sectors numerically; such as 1, 2, 3, or Alpha, Beta, Gamma.
- It is important to note that each cell site has its own unique identifier, which is used to identify towers the handset uses and is like a fingerprint on the network.
- The location of a cell site is often determined by sales/marketing, capacity, improvement of coverage, or expansion/growth of a service provider. Generally, there are more cell sites with overlapping coverage in urban areas and less cell sites (less coverage) in rural areas.
- Antennas on cell sites have a downward tilt and are pointed towards the earth. The antenna arrays are fine-tuned to provide a specific area of coverage. As RF travels away from the cell site, its strength diminishes with distance.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# Example Sector Orientations:

## Each Cell Site Orientation May Vary

- Orientation (aka direction or azimuth) is provided in degrees of a compass and corresponds to times on a clock, with 12:00 o'clock being north
- If the orientation points at 0 degrees or 12:00 o'clock, the coverage can be approximated to be 60 degrees in either direction






Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# Map Illustrations

Cell sites and sectors illustrated on the following maps use this symbol to demonstrate the direction in which the antennas on the cell sites are orientated:




The shaded area in the illustration depicts the primary direction the radio frequencies (RF) travel from the antennas (see red arrows). The shaded area does not reflect the actual RF footprint or coverage area of that sector.




Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# Cellcom Call Detail Records

| Receiving IMSI | Dialing IMSI | IMEI dialing device | Direction of call | Incoming phone number | Outgoing phone number | Duration | Type | Call End | Call Start |
|---|---|---|---|---|---|---|---|---|---|
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:01 AM | 9:49:01 AM |
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:06 AM | 9:49:06 AM |
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:12 AM | 9:49:12 AM |
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:17 AM | 9:49:17 AM |
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:23 AM | 9:49:23 AM |
| 425052017790649 | | | Incoming | 970598824855 | Jawwal | 0 | SMS | 9:49:27 AM | 9:49:27 AM |
| | 425052017790649 | 35728508740674 | Outgoing | 970592586018 | 970598824855 | 0 | call | 10:01:24 AM | 10:00:45 AM |

Date & Time of the call end/start

Device serial number

Incoming Number on Outgoing Call = Calling Party

Network identifier for the device, tied to the SIM card

Call Duration and Type

Direction: Only outgoing calls capture device details

Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# Cellcom Call Detail Records (cont.)

| Origin country | Service provider receiver | Site address [at] call start | Site name [at] call start | LAC call start | CGI call start | Sector call start | Cell [as in unit] call start | Service type |
|---|---|---|---|---|---|---|---|---|
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Cellcom | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | SMS |
| Israel | Jawwal | Shaar Hanegev | Kibbutz Kfar Aza | 33520 | 425023352005093 | 3 | 5093 | Mobile call |

Network country and cell provider name(s)

General cell site name and location

Additional numeric identifiers for the cell site utilized

Initial cell site and sector utilized by the device

Transaction type

Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# International Mobile Equipment Identifier (IMEI)

| TAC (TYPE ALLOCATION CODE) | SNR (SERIAL NUMBER) | Check Digit (CD) or SVN (SOFTWARE VERSION NUMBER) |
|---|---|---|
| 8-digits | 6-digits | 1-digit = CD / 2-digit = SVN |
| 14-digits (sometimes called the MEID) | | 1-digit = CD / 2-digit = SVN |
| **Total = 15 or 16 digits** | | |

## IMEI = 357285087406746

35728508 740674 6

TAC SNR CD

***Note:*** Nokia 230 is a 2G handset operating on GSM 900 / 1800 frequencies. It could not connect with 3G/4G towers.




**Nokia 230 Dual SIM**

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

**Cellular Activity for 970-598-824-855 (10/07/2023) 9:49am – 10:01am:** The device utilized a cell site inside Israel, approximately two miles east of the border, for six incoming SMS and one outgoing call. All transactions utilized the cell site sector facing west towards Gaza.




**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# Cellular Activity for 970-598-824-855 (10/07/2023) 9:49am – 10:01am:

Close-up of cell site relative to the border.




Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**CellCom Cell Site 5093:** The cell site is approximately 1.9 miles from the border at its closet point.




**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# END OF REPORT

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**