**United States Department of Justice**

***United States Attorney's Office***
***Western District of Louisiana***

*Tom Stagg United States Courthouse*
*300 Fannin Street, Suite 3201*
*Shreveport, Louisiana 71101*
*Phone: (318) 676-3600*
*Fax: (318) 676-3641*

*John M. Shaw United States Courthouse*
*800 Lafayette Street, Suite 2200*
*Lafayette, Louisiana 70501*
*Phone: (337) 262-6618*
*Fax: (337) 262-6682*

September 1, 2026

**via VIA E-MAIL and CM/ECF**

Aaron Adams
Dustin Talbot
Christy Gibbens
Federal Public Defender's Office
102 Versailles Blvd, Suite 816
Lafayette, Louisiana 70501

RE: United States v. al-Muthadi
Criminal No. 6-25-cr-00285-01
Expert Witness Disclosure: FBI Language Analyst Ragab Mustafa Shehata

Dear Mr. Adams, Mr. Talbot, and Ms. Gibbens:

The United States hereby provides notice under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rules 702, 703, and 705 of the Federal Rules of Evidence that it intends to call one or more language analysts in its case-in-chief at trial.[1]

**FBI Language Analyst Ragab[2]**

The government intends to call FBI Language Analyst Ragab as an expert in Arabic language translation and analysis.

[1] Given the number of foreign language exhibits, the government reserves the ability to supplement this notice to amend this notice to add an additional language analyst should the need arise.

[2] The government's forthcoming Motion for Protective Measures will seek permission for FBI language analysts to testify using their first name only. Full names and CVs have been provided to defense counsel pursuant to protective order.

Ragab is an FBI Arabic language analyst who will testify that he has either translated government exhibits from Arabic to English, and/or reviewed and verified the translations done by other FBI language analysts. Ragab may also testify to the meaning of certain Arabic idioms.

Ragab was born in Egypt where he studied English beginning at the age of 13. He received his Bachelor of Arts in English Language in 1985 from Minia University in Egypt. He moved to the United States in 1996.

Ragab began working for the FBI as an Arabic language analyst in June 2025. From 2023-2025, he worked for the FBI as an independent contractor. His primary responsibilities as an Arabic language analyst are to translate documents containing Arabic words into English. He has not previously testified in court. Counsel for the defense have been provided with a curriculum vitae detailing his education and relevant work experience.

The United States asserts that this notice and the reports and curriculum vitae previously provided to the defendants satisfy the requirements of Rule 16(a)(1)(G). If, after reviewing this notice and the referenced documents, the defendants request further information or have concerns under Rule 16, the United States requests the defendants advise as to what further information is necessary to prepare for trial.

The United States reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the experts before or during trial.

Pursuant to Fed. R. Crim. P 16(a)(1)(G)(v), Language Analyst has reviewed the above and by his signatures approve the disclosure on this the 01 day of September, 2026.

*Ragab*_______________________
FBI Language Analyst Ragab

Very truly yours,

ZACHARY A. KELLER
United States Attorney

__*s/ John W. Nickel*____________
JOHN W. NICKEL
Assistant United States Attorney
Western District of Louisiana