# GOVERNMENT EXHIBIT 1

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "On October 7th, Hamas terrorists filmed themselves beating and abusing Joshua in his final moments, in the vicinity of Ki"]**