# GOVERNMENT EXHIBIT 2

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "They stabbed Joshua with a kitchen knife. They stepped on his chest. And then, while shouting Allahu Akbar, sprayed bull~"]**