# GOVERNMENT EXHIBIT 3

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "Hamas terrorists kill a civilian who tries to escape from them in Gaza Strip"]**