# GOVERNMENT EXHIBIT 4

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "97_An_Israeli_father_from_Kibbutz_Kfar_Aza_drives_to_try_to_rescue"]**