# GOVERNMENT EXHIBIT 5

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "125_Hamas_members_spot_three_civilians_in_a_car,_run_towards_them - Gama Junction"]**