# GOVERNMENT EXHIBIT 6

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "26_A_Hamas_member_abuses_and_spits_on_the_dead_body_of_a_half_naked"]**