# GOVERNMENT EXHIBIT 7

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "NRB Video Propaganda nahal_oz"]**