# GOVERNMENT EXHIBIT 8

## GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT VARIOUS FORMS OF EVIDENCE

**[SEE ATTACHED FILE TITLED "Hamas Propaganda kfar_aza"]**