UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| United States of America | Criminal No. 6:25-CR-00285 |
| Plaintiff | |
| VS. | Judge Joseph |
| MAHMOUD AL-MUHTADI | Magistrate Judge Whitehurst |
| Defendant | |

**NOTICE OF MANUAL ATTACHMENT**

| | |
|---|---|
| ATTACHMENTS TO: | Motion in Limine to Admit Various Forms of Evidence |
| DESCRIPTION: | Eight Audio/Video Files - Exhibits 1-8 |
| FILED BY: | United States of America (Zachary A. Keller) |
| FILE DATE: | September 15, 2026 |

******************************** **NOTICE** ********************************

**The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.**

**INSTRUCTIONS FOR FILER:**
**The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.**

**Attachment sent to** LAFAYETTE **DIVISION.**

**Prepared by:** Zachary A. Keller

[1] **Chambers Personnel: When finished reviewing the manual attachment, please return to the Clerk's Office.**