UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:25-CR-00285 |
| | JUDGE JOSEPH |
| v. | MAGISTRATE JUDGE WHITEHURST |

MAHMOUD AMIN YA'QUB AL-MUHTADI,

Defendant
__________________________________________/

**USA'S MOTION *IN LIMINE* TO COMPEL DEFENSE PRODUCTION OF TRANSCRIPTS AND TRANSLATIONS FOR MATERIALS INTENDED FOR USE AT TRIAL**

**GOVERNMENT'S INDEX OF ATTACHED EXHIBITS**

- Ex. 1 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 3115403395453891
- Ex. 2 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 3115403395453891
- Ex. 3 – Open-source capture of official NRB Telegram page documented in FBI-460617
- Ex. 4 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 6511438062223994
- Ex. 5 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), group chat messages with Al-Muhtadi in Conversation ID 4018047814950863
- Ex. 6 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), group chat messages with Al-Muhtadi in Conversation ID 2758980464429521
- Ex. 7 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 2752694318391469
- Ex. 8 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 2740073016320266
- Ex. 9 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 2360221393758608

- Ex. 10 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 2593389057655330

- Ex. 11 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), Sent by Al-Muhtadi in Conversation ID 2462280050766232

- Ex. 12 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), group chat messages with Al-Muhtadi in Conversation ID 3444085115607440

- Ex. 13 – Meta search warrant return for Mahmoud Al-Muhtadi's primary Facebook account (UID 100009527833050), group chat messages with Al-Muhtadi in Conversation ID 4018047814950863

- Ex. 14 – Posts from Al-Aqsa Channel on Telegram as outlined in FBI-460464

- Ex. 15 – Al-Deif Speech with translations as provided in FBI-460501 and FBI-460485 [Video from FBI-460485] to be manually attached

- Ex. 16 – Intercepted Phone Call, 8:12am

- Ex. 17 – Intercepted Phone Call, 8:42am

- Ex. 18 – Intercepted Phone Call, 8:55am

- Ex. 19 – Intercepted Phone Call, 9:07am

- Ex. 20 – Intercepted Phone Call, 9:10am

- Ex. 21 – Intercepted Phone Call, 9:33am