# Government Exhibit 1




Three banners in three different colors.
Black banner reads: “There is no God but Allah, and Muhammad is His messenger. Al-Quds Brigades.”
Red banner reads: “National Resistance Brigades. Forces of Martyr ‘Umar Al-Qassim.”
Green banner reads: ““There is no God but Allah, and Muhammad is His messenger. Al-Qassam Brigades.”
Two pages on top of the banners: [IL]
Below of these banners there is a flag and five mortar shells, along with the following statement: “Targeting enemy forces southeast Al-Zaytun neighborhood with mortar shells in cooperation with Al-Qassam Brigades and Al-Quds Brigades.