# Government Exhibit 2




Battle of Al-Aqsa Flood

In joint operations...martyr ‘Umar Al-Qassim forces, Al-Quds Brigades, and Al-Qassam Brigades target the enemy’s gatherings in the battle zones in Gaza City with mortar shells.