**Government Exhibit 3**

قوات الشهيد عمر القاسم
8 682 subscribers

■ نقف صفاً واحداً موحداً خلف خيار المقاومة الشاملة بما فيها المقاومة الشعبية والمسلحة على طريق كنس الاحتلال وقطعان المستوطنين من أرضنا وإنجاز حقوق شعبنا في الحرية والعودة وتقرير المصير.
26.2K 05:02

October 7, 2023

#طوفان_الأقصى
تقوم الآن مجموعات عسكرية مقاتلة من كتائب المقاومة الوطنية (قوات الشهيد عمر القاسم) إلى جانب الأجنحة العسكرية لفصائل المقاومة باقتحام السياج الحدودي الفاصل والتسلل إلى مستوطنات ومواقع عسكرية صهيونية داخل أراضينا المحتلة في ما يسمى « غلاف غزة» بدعم واسناد ناري مكثف من الوحدة الصاروخية.
212.2K 02:13

مقاتلو كتائب الوطنية الوطنية (قوات الشهيد عمر القاسم) يتواجدون الآن بأكثر من موقع داخل أراضينا المحتلة عام 48.
#طوفان_الأقصى
16.2K 02:51

كتائب المقاومة الوطنية ( قوات الشهيد عمر القاسم) تخوض الآن اشتباكات عنيفة مع جنود العدو من نقطة الصفر داخل موقع كرم أبو سالم شرق رفح جنوبي قطاع غزة.
#طوفان_الأقصى
164.6K 03:43



#صور..

October 7, 2023

#Tufan_Al_Aqsa

Militant Military groups from the National Resistance Brigades (Martyr 'Umar Al-Qassam forces) along with the military wings of the Resistance factions are now storming the border fence and infiltrating Zionist settlements and military sites inside our occupied territories in what is called "Gaza Strip" with intensive fire support from the missile unit.
212.2k 02:13

The National Brigades' fighters (Martyr 'Umar Al-Qassam forces) are now present in more than one location inside our territories that were occupied in 48.

# Tufan_Al_Aqsa

16.2k 02:51

The National Resistance Brigades (Martyr 'Umar Al-Qassam forces) are now engaged in fierce clashes with enemy soldiers at Ground Zero, inside Karam Abu Salim site, east of Rafah, in the southern Gaza Strip.

# Tufan_Al_Aqsa

164.6k 03;43

