# Government Exhibit 4

## Conversation: 6511438062223994

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2023 05 11 2023 05 11

**Total Messages**
2

### Participant Groups

#### Group

**Group ID**
6511438062223994

**Group Name**
6511438062223994

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 2 |

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58
67b4e0523ea28e465aa937e8f7e4d51f

### Messages

Message 1 of 2

في إطار الغرفة المشتركة لفصائل المقاومة، وضمن معركة «ثأر الأحرار» للرد على اغتيال القادة الشهداء والعدوان الصهيوني المتواصل على شعبنا:
- .سـ 8:40 م: كتائب المقاومة الوطنية (قوات الشهيد عمر القاسم) تقصف كيبوتس كيسوفيم برشقة صاروخية
- .«سـ 9:00م: كتائب المقاومة الوطنية (قوات الشهيد عمر القاسم) تقصف موقع نحال عوز بصاروخين «قاسم10
- .سـ 9:15م: كتائب المقاومة الوطنية (قوات الشهيد عمر القاسم) تقصف مستوطنة سديروت برشقة صاروحية

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2023-05-11 18:42:37 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

# Conversation: 6511438062223994

## Messages

Message 2 of 2

الليل بدو ينام

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)

Sent: 2023-05-11 18:42:56 (UTC)

Message ID: *Not Available*

**Tags:** of Interest

| Actor | MessageCount |
|---|---|
| Mahmoud Amin(100009527833050) | 2 |
| Ahmad El Mohtadi(654650691) | 0 |
| Abo Amine(100012593826985) | 0 |
| Ø¹Ù„ÙŠ Ø£Ø¨Ùˆ Ø±Ø´ÙŠØ¯(100013508689253) | 0 |
| Ø§Ø¨ÙˆÙˆØ¯ÙŠØ¹ Ø§Ù„Ù…Ù‡ØªØ¯ÙŠ(100056585693154) | 0 |
| Rami Mohtadi(100080470386975) | 0 |

**Date: 5-11-2023 Group ID: 6511438062223994**

**Mahmoud Amin sent:**
Within the framework of the Joint Chamber of the resistance factions, and within the battle of "Revenge of the Free" in response to the assassination of the martyred leaders and the continuous Zionist aggression against our people:
- 8:40 PM: National Resistance Brigades (Forces of Martyr Omar Al-Qasim) bomb Kibbutz Kissufim with a rocketry.
- 9:00 PM: National Resistance Brigades (Forces of the Martyr Omar Al-Qasim) strike the Nahal Oz sire with two Qassim10 missiles.
- 9:15 PM.: The National Resistance Brigades (Forces of the Martyr Omar Al-Qasim) bombards the settlement of Sderot with a missile strike.

**Mahmoud Amin sent:**
It is nighttime, he wants to sleep