# Government Exhibit 5

## Conversation: 4018047814950863

**Facility**
100009527833050_TRANSLATED-SYMPHONY

**Date Range**
2022-05-27 - 2022-05-27

**Service Name**
facebook

**Total Messages**
15

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

### Participant Groups

#### Group

**Group ID**
4018047814950863

**Group Name**
4018047814950863

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 0 |
| Mosa Alkhateeb (100000774066546) | | | | 10 |
| Hosen Kateeb (100010096939056) | | | | 5 |

### Messages

Message 1 of 15

Mosa sent a photo.

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:39:22 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

#### File Attachment



**Name**
image-1380149055817142

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_1380149055817142.jpg

**Content Hash (MD5)**
fb7d0fb94505091f7a829523269ba263

[redacted]

## Conversation: 4018047814950863

### Messages

Message 2 of 15

Mosa sent a photo.

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:39:25 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**



**Name**
image-345443167516543

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_345443167516543.jpg

**Content Hash (MD5)**
a33f4034e8f8084742cf1bf40cf26ef4

Message 3 of 15

شباب الكتائب جاهزة

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:39:29 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 4 of 15

زخات زخات

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:39:50 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

[redacted]

## Conversation: 4018047814950863

### Messages

Message 5 of 15

اذا فرضت حماس كلمتها بالقدس...فكل احترام لها ...لأنها بتعيد كرامه الفلسطيني

[redacted]

Incoming Message sent by Hosen Kateeb (100010096939056)
Sent: 2022-05-27 21:40:48 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 6 of 15

اي نعم

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:41:07 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 7 of 15

انا اؤيدك اخ القائد ابو محمد واقطع

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:41:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 8 of 15

من زمان المفروض هالحكي

[redacted]

Incoming Message sent by Hosen Kateeb (100010096939056)
Sent: 2022-05-27 21:41:59 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 9 of 15

والقدس هتولع

[redacted]

Incoming Message sent by Hosen Kateeb (100010096939056)
Sent: 2022-05-27 21:42:09 (UTC)
Message ID: *Not Available*

[redacted]

[redacted]

## Conversation: 4018047814950863

### Messages

**Tags:** of Interest

Message 10 of 15

Mosa sent a photo.

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:42:43 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**




**Name**
image-3256394054682747

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_3256394054682747.jpg

**Content Hash (MD5)**
`9e1165231c001e2007da2f0991a25e6d`

Message 11 of 15

الشهيد الحى ابو علاء

[redacted]

Incoming Message sent by Hosen Kateeb (100010096939056)
Sent: 2022-05-27 21:43:39 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 12 of 15

Mosa sent a photo.

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:43:47 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

[redacted]

## Conversation: 4018047814950863

### Messages

#### File Attachment




**Name**
image-5538532556180933

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_5538532556180933.jpg

**Content Hash (MD5)**
14a22449afbe7553942c3d5c79012776

Message 13 of 15

اذا ولعت

[redacted]
Incoming Message sent by Hosen Kateeb (100010096939056)
Sent: 2022-05-27 21:44:49 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 14 of 15

مين ابو علاء

[redacted]
Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:44:54 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 15 of 15

قصدك الشب هاد

[redacted]
Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2022-05-27 21:44:58 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**Date: 5-27-2022 Group ID: 4018047814950863**

**Mosa Alkhateeb sent:**


**Mosa Alkhateeb sent:**


**Mosa Alkhateeb sent:**
The battalions' youth are ready.

**Mosa Alkhateeb sent:**
Downpour, downpour!

**Hosen Kateeb sent:**
If Hamas imposes its word in Jerusalem…all respect…because it restores the dignity of the Palestinians.

**Mosa Alkhateeb sent:**
Yes.

**Mosa Alkhateeb sent:**
I'm fully supporting you brother Abu Muhammad.

**Hosen Kateeb sent:**
This should have taken place long time ago.

**Hosen Kateeb sent:**
Jerusalem will burn.

**Mosa Alkhateeb sent:**




Caption: “no, in this case, I’m coming to you.”

**Hosen Kateeb sent:**
The Living Martyr Abu ‘Alla’.

**Mosa Alkhateeb sent:**




Caption: “Dear.”

**Hosen Kateeb sent:**
If it gets chaotic!

**Mosa Alkhateeb sent:**
Who is Abu ‘Alla’?
Or it could mean Who? Abu ‘Alla’!

**Mosa Alkhateeb sent:**
You mean this guy!