# Government Exhibit 6

## Conversation: 2758980464429521

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2020 11 21 2020 11 21

**Total Messages**
35

### Participant Groups

#### Group

**Group ID**
2758980464429521

**Group Name**
2758980464429521

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 14 |
| Ibrhim Alnashar (100054903090521) | | | | 21 |

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58
67b4e0523ea28e465aa937e8f7e4d51f

### Messages

Message 1 of 35

ههههه

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020 11 21 21:31:03 (UTC)
Message ID: *Not Available*

Message 2 of 35

مع بعض

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020 11 21 21:31:11 (UTC)
Message ID: *Not Available*

Message 3 of 35

ليش ما رنيت عليه

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 11 21 21:31:29 (UTC)
Message ID: *Not Available*

## Conversation: 2758980464429521

### Messages

Message 4 of 35

على خير يا حج

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:31:45 (UTC)
Message ID: *Not Available*

Message 5 of 35

كنا قاعدين تحت بييت الحاجه

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:31:47 (UTC)
Message ID: *Not Available*

Message 6 of 35

ما طول

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:31:55 (UTC)
Message ID: *Not Available*

Message 7 of 35

You sent a photo.

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:31:56 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: 2758980464429521

### Messages

#### File Attachment



**Name**
image 775399616346682

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 775399616346682.jpg

**Content Hash (MD5)**
8003a07dfe6589fb67b28f72bfbe88f1

Message 8 of 35

اها

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:32:02 (UTC)
Message ID: *Not Available*

Message 9 of 35

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:32:09 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: 2758980464429521

### Messages

#### File Attachment



**Name**
image 377984176747960

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 377984176747960.jpg

**Content Hash (MD5)**
97f3704f55d8f2f66b2f44c2bcbc4d4b

Message 10 of 35

وكان يستنى بمعلمه

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:32:09 (UTC)
Message ID: *Not Available*

Message 11 of 35

بسام

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:32:12 (UTC)
Message ID: *Not Available*

Message 12 of 35

وين كل هادا

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:32:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2758980464429521

**Messages**

Message 13 of 35

كنت عايم اليوم

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:32:22 (UTC)
Message ID: *Not Available*

Message 14 of 35

عندي في البيت

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:32:30 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 15 of 35

هاتهم نبيعهم

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020 11 21 21:32:32 (UTC)
Message ID: *Not Available*

Message 16 of 35

You sent a photo.

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 11 21 21:32:55 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2758980464429521

### Messages

**File Attachment**



**Name**
image 830027904516953

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 830027904516953.jpg

**Content Hash (MD5)**
5fe2dd47429f35e56cd54118a2291690

Message 17 of 35

نار

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:33:13 (UTC)
Message ID: *Not Available*

Message 18 of 35

والله

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:33:16 (UTC)
Message ID: *Not Available*

Message 19 of 35

والله تعب اليوم كان

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:33:35 (UTC)
Message ID: *Not Available*

## Conversation: 2758980464429521

### Messages

Message 20 of 35

وين بالبيت

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:34:00 (UTC)
Message ID: *Not Available*

Message 21 of 35

والله بالموقع

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:34:08 (UTC)
Message ID: *Not Available*

Message 22 of 35

انت ايش شايف

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:34:37 (UTC)
Message ID: *Not Available*

Message 23 of 35

شو بيقولو بكره منخفض

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:34:37 (UTC)
Message ID: *Not Available*

Message 24 of 35

بالبيت

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:34:46 (UTC)
Message ID: *Not Available*

Message 25 of 35

نشاء الله

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:34:49 (UTC)
Message ID: *Not Available*

[redacted]

## Conversation: 2758980464429521

### Messages

Message 26 of 35

فاتح

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:34:51 (UTC)
Message ID: *Not Available*

Message 27 of 35

بسطة اسلاح

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:35:01 (UTC)
Message ID: *Not Available*

Message 28 of 35

لا دق كتير

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:35:03 (UTC)
Message ID: *Not Available*

Message 29 of 35

اه 20 الف دولار سلاح

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-11-21 21:35:18 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 30 of 35

هات نبيعهم

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020 11 21 21:35:29 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2758980464429521

**Messages**

Message 31 of 35

يا ابن الناس

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:35:35 (UTC)
Message ID: *Not Available*

Message 32 of 35

وكس اختتاتهم

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:35:42 (UTC)
Message ID: *Not Available*

Message 33 of 35

كلياتهم

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020-11-21 21:35:46 (UTC)
Message ID: *Not Available*

Message 34 of 35

هههههه بدك يحكو عني بعت سلاح المقاومه يا ابو عبدلله

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 11 21 21:36:04 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 35 of 35

بلا مقاومه بلا طيزى خلصت المقاومه بعد ما حماس مسكت الحكم يا صاحبى

[redacted]
Incoming Message sent by Ibrhim Alnashar (100054903090521)
Sent: 2020 11 21 21:36:48 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

| Actor | MessageCount |
|---|---|
| Ibrhim Alnashar(100054903090521) | 21 |
| Mahmoud Amin(100009527833050) | 14 |

**Date: 11-21-2020 Group ID: 2758980464429521**

**Ibrahim Alnashar sent:**
Haha.

**Ibrahim Alnashar sent:**
Together.

**Mahoud Amin sent:**
Why haven't you called him?

**Mahoud Amin sent:**
Hajj, best of luck!

**Ibrahim Alnashar sent:**
We were sitting downstairs at the Hajah's house.

**Ibrahim Alnashar sent:**
He did not stay long.

**Mahoud Amin sent:**



**Mahoud Amin sent:**
Ah!

**Mahoud Amin sent:**



**Ibrahim Alnashar sent:**
And he was waiting for his boss.

**Ibrahim Alnashar sent:**
Bassam!

**Ibrahim Alnashar sent:**
Where is all of this?

**Mahoud Amin sent:**
A- I was busy.
B- I was not focused today.
C- I could not decide.

**Mahoud Amin sent:**
At home.

**Ibrahim Alnashar sent:**
Bring them here, to sell them.

**Mahoud Amin sent:**



**Ibrahim Alnashar sent:**
This message could mean:
A- Hot.
B- Fire
C- Powerful

**Ibrahim Alnashar sent:**
I swear by God.

**Mahoud Amin sent:**
I swear by God; today, was a hard day.

**Ibrahim Alnashar sent:**
Where in the house?

**Ibrahim Alnashar sent:**
I swear by God, at the site.

**Mahoud Amin sent:**
What can you see?

**Ibrahim Alnashar sent:**
So, they are saying it will be lower, tomorrow.

**Ibrahim Alnashar sent:**
At home.

**Mahoud Amin sent:**
God willing.

**Ibrahim Alnashar sent:**
Open!

**Ibrahim Alnashar sent:**
Weapon butt.

**Mahoud Amin sent:**
This message could mean.
A- No, knock a lot.
B- Keep calling.

**Mahoud Amin sent:**
Yes, weapons for 20,000 dollars.

**Ibrahim Alnashar sent:**
Let’s sell them.

**Ibrahim Alnashar sent:**
Man!

**Ibrahim Alnashar sent:**
(vulgar) Their sisters’ pussy [TN: This is a general term of discontentment.]

**Ibrahim Alnashar sent:**
All of them.

**Mahoud Amin sent:**
Hahaha, Abu ‘Abdallah, you want them to talk about me and say that I sold the resistance’s weapons.

**Ibrahim Alnashar sent:**
Forget about the resistance. The resistance is done once Hamas got in power.