Government Exhibit 7

## Conversation: 2752694318391469

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
`195cea95d664f4deea4901a52f07ed58`

**Date Range**
2024 09 18 2024 09 18

**Total Messages**
10

### Participant Groups

#### Group

**Group ID**
2752694318391469

**Group Name**
2752694318391469

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 5 |
| Hala Mahmoud (100054225888329) | | | | 5 |

**Source File Hashes (MD5)**
`195cea95d664f4deea4901a52f07ed58`
`67b4e0523ea28e465aa937e8f7e4d51f`

### Messages

Message 1 of 10

اسمع بدي احكيلك شغله بلاش تنزل ع تبعون المقاومة اشي

[redacted]

Incoming Message sent by Hala Mahmoud (100054225888329)
Sent: 2024 09 18 17:46:34 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 2 of 10

لان انت هلأ تحت المراقبة في كل شي

[redacted]

Incoming Message sent by Hala Mahmoud (100054225888329)
Sent: 2024-09-18 17:46:47 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2752694318391469

**Messages**

Message 3 of 10

هان يا ام امين في ديمقراطيه

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2024-09-18 17:47:12 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 4 of 10

لو رفعت صورت السنوار محدش بحكيلك شي

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2024 09 18 17:47:30 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 5 of 10

لا ماهدول ارهاب بالنسبة الهم

[redacted]
Incoming Message sent by Hala Mahmoud (100054225888329)
Sent: 2024-09-18 17:47:31 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 6 of 10

لا عادي انا كنت افكر هيك

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2024 09 18 17:47:46 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 7 of 10

نصيحتي بلاش تنشر شي

[redacted]
Incoming Message sent by Hala Mahmoud (100054225888329)
Sent: 2024-09-18 17:48:18 (UTC)
Message ID: *Not Available*

## Conversation: 2752694318391469

**Messages**

**Tags:** of Interest

Message 8 of 10

هان محدش الو بحد في حريه

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2024 09 18 17:48:23 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 9 of 10

ادقيش كتير

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2024-09-18 17:48:31 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 10 of 10

انت حر حبينا ننصح فقط

[redacted]

Incoming Message sent by Hala Mahmoud (100054225888329)
Sent: 2024 09 18 17:48:53 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

| Actor | MessageCount |
|---|---|
| Hala Mahmoud(100054225888329) | 5 |
| Mahmoud Amin(100009527833050) | 5 |

**Date: 9-18-2024 Group ID: 2752694318391469**

**Hala Mahmoud sent:**
Listen, I want to tell you something, no need to go to the resistance guys.

**Hala Mahmoud sent:**
Because you are now under surveillance for everything.

**Mahmoud Amin sent:**
Um Amin, there is democracy here.

**Mahmoud Amin sent:**
If you post Al-Sinwar's picture, no one will tell you anything.

**Hala Mahmoud sent:**
No, that is considered terrorism to them.

**Mahmoud Amin sent:**
No, it's ok, I was thinking the same way.

**Hala Mahmoud sent:**
My advice is, do not publish anything.

**Mahmoud Amin sent:**
Here, no one puts his nose in other people's business. There is freedom.

**Mahmoud Amin sent:**
That is too much.

**Hala Mahmoud sent:**
You are free dear; we are just providing advice.