# Government Exhibit 8

## Conversation: 2740073016320266

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2020 09 22 2020 09 22

**Total Messages**
22

### Participant Groups

#### Group

**Group ID**
2740073016320266

**Group Name**
2740073016320266

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 17 |
| حامد ابو الهطل (100012964397911) | | | | 5 |

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58
67b4e0523ea28e465aa937e8f7e4d51f

### Messages

Message 1 of 22

You sent a photo.

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 09 22 11:58:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, of Interest

#### File Attachment



**Name**
image 702522577277403

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 702522577277403.jpg

**Content Hash (MD5)**
1cc45e7dd70583994b6f59a524d59bfa

[redacted]

## Conversation: 2740073016320266

### Messages

Message 2 of 22

هي العرض اله حكتلك عليه

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 11:58:32 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 3 of 22

هادا كنت انا مسؤال عن العرض

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 09 22 11:58:55 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 4 of 22

انا في نص العرض

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:02:22 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 5 of 22

قديش العدد بالعرض

[redacted]

Incoming Message sent by (100012964397911) حامد ابو الهطل
Sent: 2020 09 22 12:02:45 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 6 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:02:55 (UTC)
Message ID: *Not Available*

[redacted]

## Conversation: 2740073016320266

### Messages

**Tags:** of Interest

#### File Attachment



**Name**
image-255065059049893

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_255065059049893.jpg

**Content Hash (MD5)**
5b73ae68394cd8c274996582d001de74

Message 7 of 22

1000 يمكن

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 09 22 12:03:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 8 of 22

You sent a photo.

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:10:08 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2740073016320266

### Messages

#### File Attachment



**Name**
image 772040640297686

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 772040640297686.jpg

**Content Hash (MD5)**
e5c01ea2f64e81498a372c1e67aaa3b2

Message 9 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:10:47 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

#### File Attachment



**Name**
image-2844386999115030

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_2844386999115030.jpg

**Content Hash (MD5)**
c05c6859d25e54bcc1374253b1176464

[redacted]

## Conversation: 2740073016320266

### Messages

Message 10 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:11:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**



**Name**
image-3466661640022819

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_3466661640022819.jpg

**Content Hash (MD5)**
0bb2244ed83fc9cde6167278aec9f483

Message 11 of 22

هاي ال ام 16 شخصي تعتنا

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 09 22 12:12:42 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 12 of 22

احلى سلاح ام 16 الطويل

[redacted]

Incoming Message sent by (100012964397911) حامد ابو الهطل
Sent: 2020-09-22 12:13:43 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

# Conversation: 2740073016320266

## Messages

Message 13 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:20:27 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

### File Attachment



**Name**
image-2734091380195631

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_2734091380195631.jpg

**Content Hash (MD5)**
e81306be8ea468a61c817e5713f3e938

Message 14 of 22

صدام معهم

[redacted]

Incoming Message sent by (100012964397911) حامد ابو الهطل
Sent: 2020 09 22 12:21:02 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 15 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:21:41 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2740073016320266

### Messages

#### File Attachment



**Name**
image 766115780839880

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 766115780839880.jpg

**Content Hash (MD5)**
82265609b23960a17f1bf38a985bd63d

Message 16 of 22

لا

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:21:46 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 17 of 22

هاي مجموعتي

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020 09 22 12:21:51 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 18 of 22

هدول شبابي انا مخليهم نخبه مميزين

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:22:19 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 2740073016320266

**Messages**

Message 19 of 22

قديش عددهم

[redacted]

Incoming Message sent by (100012964397911) حامد ابو الهطل
Sent: 2020-09-22 12:22:45 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 20 of 22

رجال والله بترفع الراس

[redacted]

Incoming Message sent by (100012964397911) حامد ابو الهطل
Sent: 2020 09 22 12:23:46 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 21 of 22

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:24:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**



**Name**
image-364040751432106

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_364040751432106.jpg

**Content Hash (MD5)**
d31c2dcddea0aaf86b19c4f5cc917221

## Conversation: 2740073016320266

**Messages**

Message 22 of 22

عندي 15 شب

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-22 12:25:40 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

| Actor | MessageCount |
| --- | --- |
| Mahmoud Amin(100009527833050) | 17 |
| Ø-Ø§Ù…Ø¯ Ø§Ø¨Ùˆ Ø§Ù„Ù‡Ø·Ù„(100012964397911) | 5 |

**Date: 9-22-2020 Group ID: 2740073016320266**

**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
This is the parade I told you about

**Mahmoud Amin sent:**
I oversaw the parade

**Mahmoud Amin sent:**
I am in the middle of the parade

**User 100012964397911:**
How many were in the parade?

**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
Maybe 1000

**Mahmoud Amin sent:**


**Mahmoud Amin sent:**


**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
This is our personal M16

**User 100012964397911:**
The long M16 is the best weapon

**Mahmoud Amin sent:**



**User 100012964397911:**
Is Saddam with them?

**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
No

**Mahmoud Amin sent:**
This is my group

**Mahmoud Amin sent:**
These are my guys. I am making them a special elite [force]

**User 100012964397911:**
How many are they?

**User 100012964397911:**
You are the man! I swear, you make us proud

**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
I have 15 young men