# Government Exhibit 9

## Conversation: السلطان الديموقراطي

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2021 05 11 2021 05 11

**Total Messages**
10

### Participant Groups

#### Group

**Group ID**
2630221393758608

**Group Name**
السلطان الديموقراطي

**Create Date**
*Not Available*

#### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 6 |
| Abo Amine (100012593826985) | | | | 2 |
| 100051302413540 (100051302413540) | | | | 2 |

### Messages

Message 1 of 10

كتائب المقاومة الوطنية: تمكنت مجموعة من مقاتلينا قبل قليل من التسلل الى بوابة موقع كيسوفيم العسكري والاشتباك مع جنود الاحتلال المتواجدين في قلبة عمود الإرسال، مستخدمين الأسلحة الرشاشة وقذائف (R.B.G)، كما قامت بقصف الموقع بعدد من قذائف الهاون، للتغطية على انسحاب مقاتليها، وقد أصيب خلال العملية أحد مقاتليها بجراح متوسطة.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 05 11 21:59:55 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 2 of 10

وزع عوامة أبو علاء

[redacted]

Incoming Message sent by Abo Amine (100012593826985)
Sent: 2021-05-11 22:00:21 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: السلطان الديموقراطي

### Messages

Message 3 of 10

والله حرقناهم والله المعركه هاي غير النا والله المستعان عاشت المقاومه

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 05 11 22:01:25 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 4 of 10

الله اكبر

[redacted]

Incoming Message sent by Abo Amine (100012593826985)
Sent: 2021-05-11 22:01:46 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 5 of 10

من يجرء من العرب الخنازير ضرب تل أبيب غير مقاومتنا الباسله وله كيف يا ابو فيصل

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021-05-11 22:02:24 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 6 of 10

sent a video.

[redacted]

Incoming Message sent by 100051302413540 (100051302413540)
Sent: 2021 05 11 22:02:46 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: السلطان الديموقراطي

### Messages

#### File Attachment




**Name**
video 1620770565.mp4

**Mime Type**
video/mp4

**Path**
data\1209048954336894.zip\linked media\unified message 109588679 7488703.mp4

**Content Hash (MD5)**
e7f0a905537eed48ea77a9c0b21d6eb2

Message 7 of 10

وانا بشك هههههه احلى ابو فيصل عاشت المقاومه الباسله

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 05 11 22:04:10 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 8 of 10

سننتصر والقادم اعظم

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021-05-11 22:06:19 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 9 of 10

sent a video.

[redacted]

Incoming Message sent by 100051302413540 (100051302413540)
Sent: 2021 05 11 22:08:12 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: السلطان الديموقراطي

**Messages**

### File Attachment




**Name**
video 1620770892.mp4

**Mime Type**
video/mp4

**Path**
data\1209048954336894.zip\linked media\unified message 2335174509947754.mp4

**Content Hash (MD5)**
e7f0a905537eed48ea77a9c0b21d6eb2

Message 10 of 10

فلسطين ستكون حره

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021-05-11 22:32:31 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

| Actor | MessageCount |
|---|---|
| Mahmoud Amin(100009527833050) | 6 |
| Abo Amine(100012593826985) | 2 |
| 100051302413540(100051302413540) | 2 |
| Mahran Khateeb(606129255) | 0 |
| Mohammed Huseen(624808681) | 0 |
| Loay Farouk Kh(653391759) | 0 |
| Ahmad El Mohtadi(654650691) | 0 |
| Ù…Ø-Ù…Ø¯ Ø§Ù„Ø®Ø·ÙŠØ¨(100000361350245) | 0 |
| Mosa Alkhateeb(100000774066546) | 0 |
| Mahmoud AlKhatib(100001345517516) | 0 |
| ÙˆØ§Ø¦Ù„ Ø§Ù„Ø®Ø·ÙŠØ¨ Ø§Ø¨Ùˆ Ø¹Ù…Ø§Ø±(100008825200709) | 0 |
| Hosen Kateeb(100010096939056) | 0 |
| 100013806966358(100013806966358) | 0 |
| 100034965470452(100034965470452) | 0 |
| Ø£Ø¨ÙˆÙŠØ²Ù† Ø§Ù„Ù…Ù‡ØªØ¯ÙŠ(100038015258243) | 0 |
| 100047647477671(100047647477671) | 0 |
| Abdullah K ALkhateeb(1020278409) | 0 |

**Date: 5-11-2021 Group ID: 2630221393758608**

**Mahmoud Amin sent:**
National Resistance Brigades: A group of our fighters recently managed to infiltrate the gate of Kissufim military site. They engaged in combat with the soldiers of the occupation that are located inside the communication tower, using machine guns and *R.B.G* grenades. They also shelled the site with mortars to cover the retreat of their fighters. One of its fighters sustained moderate injuries during the operation.

**Abo Amine sent:**
Publish [UI] Abu ‘Ala’

**Mahmoud Amin sent:**
I swear by God, we burned them! This battle is different for us. God is the helper! Long live the Resistance

**Abo Amine sent:**
God is great

**Mahmoud Amin sent:**
Who, from the Arab pigs, dares to shell Tel Aviv besides our brave resistance and [UI] how Abu Faisal

**User 100051302413540 sent:**



**Mahmoud Amin sent:**
I doubt it LOL, the best Abu Faisal ever. Long live the brave resistance.

**Mahmoud Amin sent:**
We will prevail and the best is yet to come.

**User 100051302413540 sent:**




**Mahmoud Amin sent:**
Palestine will be free