# Government Exhibit 10

## Conversation: 2593389057655330

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2020 09 26 2020 09 26

**Total Messages**
3

### Participant Groups

#### Group

**Group ID**
2593389057655330

**Group Name**
2593389057655330

**Create Date**
*Not Available*

#### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 1 |
| 100049782584023 (100049782584023) | | | | 2 |

### Messages

Message 1 of 3

sent a photo.

[redacted]
Incoming Message sent by 100049782584023 (100049782584023)
Sent: 2020 09 26 21:59:51 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, For Export

#### File Attachment



**Name**
image 658833641709110

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 658833641709110.jpg

**Content Hash (MD5)**
d57cae950ea16144b941bf5988bfd419

## Conversation: 2593389057655330

**Messages**

Message 2 of 3

هادا في المطخ عنا

[redacted]
Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2020-09-26 22:00:26 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, For Export

Message 3 of 3

اه

[redacted]
Incoming Message sent by 100049782584023 (100049782584023)
Sent: 2020 09 26 22:05:18 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, For Export

| Actor | MessageCount |
|---|---|
| 100049782584023(100049782584023) | 2 |
| Mahmoud Amin(100009527833050) | 1 |

**Date: 9 -26-2020 Group ID: 2593389057655330**

**User 100049782584023 sent:**




**Mahmoud Amin sent:**
This is in our kitchen

**User 100049782584023 sent:**
Yes