# Government Exhibit 11

## Conversation: 2462280050766232

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2019 12 12 2019 12 12

**Total Messages**
1

### Participant Groups

#### Group

**Group ID**
2462280050766232

**Group Name**
2462280050766232

**Create Date**
*Not Available*

##### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 1 |

### Messages

Message 1 of 1

You sent a photo.

[redacted].

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2019-12-12 18:45:43 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

#### File Attachment



**Name**
image-748384192348042

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_748384192348042.jpg

**Content Hash (MD5)**
efa127bd9a21a66260450939f169e1f4

| Actor | MessageCount |
|---|---|
| Mahmoud Amin(100009527833050) | 1 |
| 100041103302945(100041103302945) | 0 |

National Resistance Brigades
The Army Wing of The Democratic
Front For Liberation of Palestine

كتائب المقاومة الوطنية
الجناح العسكري للجبهة الديمقراطية
لتحرير فلسطين

كتائب المقاومة الوطنية الفلسطينية — دولة فلسطين

No ..................
Date ..................

الرقم: ..................
التاريخ: ..................

# تعهـد

أتعهد أنا الرفيق/ ..محمود أمين يعقوب المهتدي... هوية رقم: ٨٠٣٤٣٠٥٨٠٩.
أن أتحمل كافة المسؤولية القانونية لقطعة السلاح التي في عهدتي من نوع...روسي...١٩٨٤.
تحمل رقم ......PS٢٠٥٩٢...... أجزاء ....٢٤٤٥٩٧......
وايضاً عدد .........٣......... مخزن و ..............٩٠......... رصاصة.
وهي ملك لكتائب المقاومة الوطنية استلمتها من الرفيق/ ....محمود أمين المهتدي....... وأن أقوم بالحفاظ على جميع ما هو مسجل أعلاه، وأن أكون ملتزماً بكافة التعليمات القيادية والالتزام بتسليمه حين الطلب وبدون أي تأخير.

توقيع مسؤول التسليح ........................

توقيع مسؤول المنطقة ........................

توقيع المتعهد
محمد المهتدي
[signature]

**Date: 12-12-2019 Group ID: 2462280050766232**

**Mahmoud Amin sent:**


National Resistance Brigades
The Army Wing of The Democratic
Front For Liberation of Palestine

كتائب المقاومة الوطنية
الجناح العسكري للجبهة الديمقراطية
لتحرير فلسطين

No.:
Date:

الرقم:
التاريخ:

تعهـد

أتعهد أنا الرفيق/ ..محمود أمين يعقوب المهتدي... هوية رقم: ٩٠٨٠٥٣٤٣٠٨٠٨٠
أن أتحمل كافة المسؤولية القانونية لقطعة السلاح التي في عهدتي من نوع...روسي...١٩٨٤
تحمل رقم ......PS٢٠٥٩٢...... أجزاء ......٢٤٤٥٩٧......
وايضاً عدد .........٣......... مخزن و ..............٩٠....... رصاصة.
وهي ملك لكتائب المقاومة الوطنية استلمتها من الرفيق/ ....محمود أمين المهتدي....... وأن أقوم بالحفاظ على جميع ما هو مسجل أعلاه، وأن أكون ملتزماً بكافة التعليمات القيادية والالتزام بتسليمه حين الطلب وبدون أي تأخير.

توقيع المتعهد | توقيع مسؤول المنطقة | توقيع مسؤول التسليح

محمود المهتدي

Seal of the National Resistance Brigades of the state of Palestine
National Resistance Brigades National Resistance Brigades
The Army Wing of The Democratic The Army Wing of The
Democratic Front for Liberation of Palestine Front for Liberation of Palestine Pledge

I, the Comrade: Mahmud Amin Ya'qub Al-Muhtadi…ID# 80345809 pledge to take all legal responsibility for the weapon in my trusteeship, Russian made 1984, serial # PS 20592, Parts# 244597, along with 3 magazines and total of 90 bullets. This weapon is the property of the National Resistance Brigades, and I received it from Comrade Mahmud Amin Al-Muhtadi. I pledge to protect all the aforementioned, and to be committed to all the leadership instructions, and to give it back upon request without delay.

Signature of armament