# Government Exhibit 12

## Conversation: 3444085115607440

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2023 10 07 2023 10 07

**Total Messages**
23

### Participant Groups

#### Group

**Group ID**
3444085115607440

**Group Name**
3444085115607440

**Create Date**
*Not Available*

### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 0 |
| Ahmed N El Mohtadi (100001277534491) | | | | 10 |
| Ahmad El Mohtadi (654650691) | | | | 6 |
| ابوديع المهتدي (100056585693154) | | | | 5 |
| Mohanad El Mohtadi (100011701000269) | | | | 1 |
| تامر المهتدي (100013534863647) | | | | 1 |

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58
67b4e0523ea28e465aa937e8f7e4d51f

### Messages

Message 1 of 23

بشوف حرب

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023 10 07 03:34:37 (UTC)
Message ID: *Not Available*

Message 2 of 23

ايش الدعوه

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023 10 07 03:34:42 (UTC)
Message ID: *Not Available*

## Conversation: 3444085115607440

**Messages**

Message 3 of 23

قامه القيامه

[redacted]
Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023-10-07 03:36:41 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 4 of 23

اه ولعت المره هاي مش حتخلص

[redacted]
Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023 10 07 03:40:45 (UTC)
Message ID: *Not Available*

Message 5 of 23

بتخلص يبو زين

[redacted]
Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023 10 07 03:48:26 (UTC)
Message ID: *Not Available*

Message 6 of 23

مبينه صعبه

[redacted]
Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023 10 07 03:49:09 (UTC)
Message ID: *Not Available*

Message 7 of 23

الله المستعان

[redacted]
Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023 10 07 03:49:30 (UTC)
Message ID: *Not Available*

[redacted]

## Conversation: 3444085115607440

### Messages

Message 8 of 23

تامر: ▯

[redacted]

Incoming Message sent by (100013534863647) تامر المهتدي
Sent: 2023-10-07 03:56:04 (UTC)
Message ID: *Not Available*

**File Attachment**



| Name | Mime Type |
|---|---|
| sticker | image/jpeg |

**Path**
data\1209048954336894.zip\linked media\unified message 369239263222822.jpg

**Content Hash (MD5)**
`c91ff7d7f661ccc8ff78e0341444abb2`

Message 9 of 23

الهيلوكسات داخل المستطونات

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023-10-07 04:34:54 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 10 of 23

Ahmed sent a video.

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023 10 07 04:58:43 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

[redacted]

## Conversation: 3444085115607440

### Messages

#### File Attachment



**Name**
video 770e95a7 45aa 4275 b8bd 956f52d15651 1696654723.mp4

**Mime Type**
video/mp4

**Path**
data\1209048954336894.zip\linked media\unified message 839857504340426.mp4

**Content Hash (MD5)**
7ac0cd44f12c527f3c76b82f8cb628af

Message 11 of 23

Ahmad sent an attachment.

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2023-10-07 05:24:51 (UTC)
Message ID: *Not Available*

#### File Attachment



**Name**
سوق الدراجات النارية/قطاع غزة🏍🏍 (1)

**Mime Type**
*Not Available*

**Path**
https://www.facebook.com/groups/1526356337672902/permalink/3154753784833141/

Message 12 of 23

ابووديع sent a photo.

[redacted]

Incoming Message sent by ابووديع المهتدي (100056585693154)
Sent: 2023-10-07 06:28:44 (UTC)
Message ID: *Not Available*

## Conversation: 3444085115607440

### Messages

**Tags:** of Interest

#### File Attachment




**Name**
image-1000289654613835

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_1000289654613835.jpg

**Content Hash (MD5)**
eb48f0a5cc3105a3865af57335de38d4

Message 13 of 23

Ahmed sent an attachment.

[redacted]
Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023 10 07 08:55:16 (UTC)
Message ID: *Not Available*

Message 14 of 23

تحضيري برج فلسطين

[redacted]
Incoming Message sent by (100056585693154) ابوويع المهتدي
Sent: 2023 10 07 15:14:13 (UTC)
Message ID: *Not Available*

Message 15 of 23

تحزيري

[redacted]
Incoming Message sent by (100056585693154) ابوويع المهتدي
Sent: 2023 10 07 15:14:19 (UTC)
Message ID: *Not Available*

[redacted]

## Conversation: 3444085115607440

### Messages

Message 16 of 23

عاجل

[redacted]

Incoming Message sent by (100056585693154) ابووديع المهتدي
Sent: 2023-10-07 15:14:21 (UTC)
Message ID: *Not Available*

Message 17 of 23

عاجل | غارة من طائرات الاستطلاع الإسرائيلية على برج فلسطين وسط مدينة غزة.

[redacted]

Incoming Message sent by (100056585693154) ابووديع المهتدي
Sent: 2023 10 07 15:16:24 (UTC)
Message ID: *Not Available*

Message 18 of 23

تهديد لبرج الإسراء بصاروخ ارشادي بالقرب من منتزه البلديه

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023 10 07 17:21:50 (UTC)
Message ID: *Not Available*

Message 19 of 23

#عاجـــــــــــــل.

الان العثور على عدد كبير من جثث الجنود والمستوطنيين في احد الاحراش قرب احدى المستوطنات في غلاف غزة

[redacted]

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023-10-07 18:37:16 (UTC)
Message ID: *Not Available*

[redacted]

[redacted]

## Conversation: 3444085115607440

### Messages

Message 20 of 23

يوآف غالانت:
سنغير وجه الواقع في غزة لسنوات قادمة وما كان ليس ما سيكون

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023-10-07 18:37:16 (UTC)
Message ID: *Not Available*

Message 21 of 23

..
حزام ناري غرب غزة أصوات انفجارات عنيفة

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023-10-07 21:53:07 (UTC)
Message ID: *Not Available*

Message 22 of 23

يارب سلم

[redacted]

Incoming Message sent by Mohanad El Mohtadi (100011701000269)
Sent: 2023-10-07 21:54:52 (UTC)
Message ID: *Not Available*

Message 23 of 23

..
حزام ناري غرب غزة أصوات انفجارات عنيفة

[redacted]

Incoming Message sent by Ahmed N El Mohtadi (100001277534491)
Sent: 2023-10-07 21:55:06 (UTC)
Message ID: *Not Available*

%٨٥ ٨:٤٣

حسن اصليح (صحفي)
اليوم عند 8:31 ص

٧١٥٠٣ من ٧١٥٠٥




تداول صور لاختطاف عدد من الاسرائيليين في مستوطنات غلاف غزة

| Actor | MessageCount |
|---|---|
| Mahmoud Amin(100009527833050) | 7 |
| Mosa Alkhateeb(100000774066546) | 5 |
| Ahmad El Mohtadi(654650691) | 3 |
| Ø§Ø¨ÙˆÙˆØ¯ÙŠØ¹ Ø§Ù„Ù…Ù‡ØªØ¯ÙŠ(100056585693154) | 2 |
| Abo Amine(100012593826985) | 1 |
| Abdullah K ALkhateeb(1020278409) | 0 |
| Ù…Ø-Ù…Ø¯ Ø§Ù„Ø®Ø·ÙŠØ¨(100000361350245) | 0 |
| Hamada Al Khatib(100001037610124) | 0 |
| Mahmoud AlKhatib(100001345517516) | 0 |
| Abo Hasan(100020279260615) | 0 |
| Ø£Ø¨Ùˆ ÙŠØ²Ù† Ø§Ù„Ù…Ù‡ØªØ¯ÙŠ(100045749284217) | 0 |
| Rami Mohtadi(100080470386975) | 0 |
| 100067972536768(100067972536768) | 0 |
| Hosen Kateeb(100010096939056) | 0 |
| 100013806966358(100013806966358) | 0 |
| 100051302413540(100051302413540) | 0 |
| 100072543973035(100072543973035) | 0 |
| Abo Hasan(100060986080365) | 0 |

**Date: 10-7-2023 Group ID: 3444085115607440**

**Ahmad El Mohtadi sent:**
- I see war.

**Ahmad El Mohtadi sent:**
- What is going on?

**Ahmed N El Mohtadi sent:**
- Hell opened its gates.

**Ahmad El Mohtadi sent:**
- It is very chaotic, and there will be no end, this time.

**Ahmed N El Mohtadi sent:**
- It will end in a good way.

**Ahmad El Mohtadi sent:**
- It looks difficult.

**Ahmed N El Mohtadi sent:**
- It is Allah Whose help can be sought.

**User 100013534863647**



**Ahmad El Mohtadi sent:**
- Hilux trucks inside the settlements.

**Ahmed N El Mohtadi sent:**



**Ahmad El Mohtadi sent:**
- Motorcycle market/Gaza Strip (with unknown attachment)

**User 100056585693154 sent:**




**Ahmed N El Mohtadi sent:**
- [attachment]

**User 100056585693154 sent:**
- Preparation *[SIC]*, Tower of Palestine.

**User 100056585693154 sent:**
- Warning!

**User 100056585693154 sent:**
- Urgent.

**User 100056585693154 sent:**
- Urgent | Israeli reconnaissance aircraft raid on the Tower of Palestine in central Gaza City.

**Ahmed N El Mohtadi sent:**
- Guided Missile threat to Al-Isra' Tower near Al-Baladiyah park.

**Ahmed N El Mohtadi sent:**
- # Urgent:
A large number of soldiers and settlers' bodies have been found in wooded land near one of the settlement surrounding Gaza.

**Ahmed N El Mohtadi sent:**
- Yoav Gallant:
We will change the face of reality in Gaza for years to come, and what was is not what will be.

**Ahmed N El Mohtadi sent:**
- West Gaza Fire Belt. Sounds of violent explosions.

**Mohanad El Mohtadi sent:**
- O Lord, grant us peace!

**Ahmed N El Mohtadi sent:**
- West Gaza Fire Belt. Sounds of violent explosions.