# Government Exhibit 13

## Conversation: 4018047814950863

**Facility**
100009527833050 TRANSLATED SYMPHONY

**Service Name**
facebook

**Source File Hashes (MD5)**
195cea95d664f4deea4901a52f07ed58

**Date Range**
2021 08 21 2021 08 21

**Total Messages**
18

### Participant Actors

| Name (Actor ID) | Is Source Actor? | Message Count |
|---|---|---|
| No Data Available | | |

### Participant Groups

#### Group

**Group ID**
4018047814950863

**Group Name**
4018047814950863

**Create Date**
*Not Available*

#### Members

| Name (Actor ID) | Is Source Actor? | Is Creator? | Is Admin? | Message Count |
|---|---|---|---|---|
| Mahmoud Amin (100009527833050) | Yes | | | 7 |
| Mosa Alkhateeb (100000774066546) | | | | 5 |
| Ahmad El Mohtadi (654650691) | | | | 3 |
| ابوودیع المهتدي (100056585693154) | | | | 2 |
| Abo Amine (100012593826985) | | | | 1 |

### Messages

Message 1 of 18

سحب سلاح جندى فى ملكة

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2021-08-21 16:54:44 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 2 of 18

واطلاق نار من الشباب على الجنود

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2021 08 21 16:54:53 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: 4018047814950863

### Messages



Mosa sent an attachment.

[redacted]
Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2021-08-21 16:54:59 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**

| Name | Mime Type |
| --- | --- |
| Status update | *Not Available* |

**Path**
https://www.facebook.com/ahmd.hmad.531682/posts/pfbid0o9YZRGFT11JEe6D2NL95vHAYPL7aMTuXbtSe44TCFjJ9hPgGpjvbTRs9HRKd6cYrl



Ahmad: ▯

[redacted]
Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2021 08 21 17:34:17 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

## Conversation: 4018047814950863

### Messages

#### File Attachment



**Name**
sticker

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_369239263222822.jpg

**Content Hash (MD5)**
c91ff7d7f661ccc8ff78e0341444abb2

Message 5 of 18

ولعت

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2021-08-21 17:34:25 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 6 of 18

ليش في

[redacted]

Incoming Message sent by Abo Amine (100012593826985)
Sent: 2021 08 21 17:35:42 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 7 of 18

في جندي حلتو خطيري

[redacted]

Incoming Message sent by (100056585693154) ابوودیع المهتدي
Sent: 2021-08-21 18:34:15 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

## Conversation: 4018047814950863

### Messages

Message 8 of 18

الوضع صعب

[redacted]

Incoming Message sent by (100056585693154) ابوودیع المهتدي
Sent: 2021-08-21 18:34:20 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 9 of 18

#عاجل
نائب مدير مستشفى سوروكا: إصابة الجندي حرجة جدًا .. لقد أصيب بالرأس بشكل مباشر

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 08 21 18:34:45 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 10 of 18

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021-08-21 18:59:08 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**



**Name**
image-561166824922194

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked_media\unified_message_561166824922194.jpg

**Content Hash (MD5)**
0376792c57a4fa86e22240516444c958

## Conversation: 4018047814950863

**Messages**

Message 11 of 18

عااااااااااجل:
أولي:
رسميًا
الاعلان عن مقتل الجندي على حدود غزة جراء إطلاق النار عليه من مسافة صفر وابلاغ عائلته الآن

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 08 21 18:59:30 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 12 of 18

الأن على لسان البطل الذي أطلق النار على الجندي يقول مادفعني لإطلاق النار هو اصابة الطفل برقبته بعيار ناري من الجندي الذي أطلقت النار عليه روح الله يسعدك ياشيخ

تم تكريمه بمكافأة .. وأيضاً استقباله بالتحية العسكرية من الأجهزة الأمنية والعسكرية ..

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 08 21 19:09:28 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, of Interest

[redacted]

## Conversation: 4018047814950863

**Messages**

Message 13 of 18

أور هيلار-القناة 13 :

تشير التقديرات إلى أن الجيش سيرد الليلة ضد قطاع غزة على الحادث الخطير الذي أصيب فيه قناص بجروح حرجة جدا

*إيتسيك زواريتش*

حالة الجندي - ميؤوس منها

*ارور انتل //*

يبدو أننا أمام جولة قتال جديدة

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021-08-21 19:13:05 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 14 of 18

ابو علي اكسبرس:
تفاصيل حول هوية مطلق النار
أفادت مصادر في غزة بأن مطلق النار هو ضابط في قوى الأمن التابعة لحركة حماس برتبة معادلة للنائب ، وهو من سكان الشجاعية وأنه سلم نفسه لحركة حماس ليتمكنوا من حمايته ..

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2021-08-21 19:22:52 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

[redacted]

[redacted]

## Conversation: 4018047814950863

### Messages

Message 15 of 18

اعلام العدو
الإرهابي الذي قام بإطلاق النار على الجيش الإسرائيلي سيكون الأولوية القصوى في الجولة القادمة.

[redacted]

Incoming Message sent by Mosa Alkhateeb (100000774066546)
Sent: 2021-08-21 19:26:59 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

Message 16 of 18

Ahmad: ▯

[redacted]

Incoming Message sent by Ahmad El Mohtadi (654650691)
Sent: 2021 08 21 19:32:26 (UTC)
Message ID: *Not Available*

**Tags:** of Interest

**File Attachment**



**Name**
sticker

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 369239263222822.jpg

**Content Hash (MD5)**
c91ff7d7f661ccc8ff78e0341444abb2

Message 17 of 18

كتائب المقاومة الوطنية

تعلن حالة النفير العام ورفع درجة الجهوزية تحسباً لأي حماقة يرتكبها العدو الصهيوني في قطاع غزة

[redacted]

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 08 21 19:38:45 (UTC)
Message ID: *Not Available*

## Conversation: 4018047814950863

**Messages**

**Tags:** of Interest

Message 18 of 18

You sent a photo.

[redacted]

Outgoing Message sent by Mahmoud Amin (100009527833050)
Sent: 2021 08 21 19:59:17 (UTC)
Message ID: *Not Available*

**Tags:** of Interest, of Interest

### File Attachment




**Name**
image 580406529640864

**Mime Type**
image/jpeg

**Path**
data\1209048954336894.zip\linked media\unified message 580406529640864.jpg

**Content Hash (MD5)**
10f559290a8046ff32bced00fa0607e6

**Date: 8-21-2021 Group ID: 4018047814950863**

**Mosa Alkhateeb sent:**
Snatching a soldier's weapon's in Malakah.

**Mosa Alkhateeb sent:**
Young men fire at soldiers.

**Mosa Alkhateeb sent:**
(unknown attachment)

**Ahmad El Mohtadi sent:**



**Ahmad AlMohtadi sent:**
Getting chaotic.

**Abo Amine sent:**
Why?

**Abu Wadi' Al-Muhtadi sent:**
There is a soldier, who is in a critical condition.

**Abu Wadi' Al-Muhtadi sent:**
The situation is difficult.

**Mahmoud Amin sent:**
# Urgent.
Soroka Hospital Deputy Director: The soldier's injury is very critical…He was hit directly in the head.

**Mahmoud Amin sent:**



**Mahmoud Amin sent:**
Urgent:
Primary:
Officially:
Announcing the death of a soldier on the Gaza border as a result of being shot from zero distance,
and his family is being informed now.

**Mahmoud Amin sent:**
Now, the hero, who shot the soldier says, “what drove me to shoot was the child’s injury in his neck after being shot by the soldier that I shot. Sheikh, God bless you!
…He was honored with a reward…And he was met and saluted by the security and military agencies.

**Mahmoud Amin sent:**
Ur Hillar-Channel 13:
It’s estimated that the army military will respond tonight against the Gaza Strip for the serious incident in which a sniper was critically injured.
*Itzik Zureic
The soldier’s condition- hopeless.
*Aror Intel//
It looks like we are in for a new round of fighting.

**Mosa Alkhateeb sent:**
Abu ‘Ali Express:
Details on the shooter’s identity
Sources in Gaza said that the shooter is an officer in the Hamas security forces with equivalent rank of deputy, who is a resident of Al-Shuja’iyya, and that he had turned himself in to Hamas to be able to protect him…

**Mosa Alkhateeb sent:**
Enemy's Media:
The terrorist who shot at the Israeli army will be the top priority in the next round.

**Ahmad El Mohtadi sent:**



**Mahmoud Amin sent:**
National resistance Brigades
A state of public mobilization and heightened readiness in anticipation of any foolishness committed by the Zionist enemy in the Gaza strip.

**Mahmoud Amin sent:**

