Government Exhibit 14

قناة الأقصى
381 239 subscribers

#عاجل | إعلام العدو: إصابة 4 مستوطنين بعد استهداف مبنى في عسقلان بصاروخ من غزة.

❤️ 16 🔥 1 🎉 1 5.4K 00:13 AM

#عاجل | بعد قليل.. يلقي قائد هيئة الأركان في كتائب القسام محمد الضيف "أبو خالد" بياناً مهماً للشعب الفلسطيني والأمة العربية والإسلامية

🔥 47 ❤️ 14 🥰 11 3 👍 2 5.4K 00:15 AM




5.4K 00:17 AM

🔥 38 ❤️ 9 👍 6

متابعينا الكرام..

يمكنكم متابعة التطورات الميدانية، وأن تبقى في قلب الحدث، ومشاهدة البث المباشر على مدار الساعة،

اشترك في قناتنا عبر تطبيق "تلجرام"

https://t.me/SerajSat

قناة الأقصى
381 239 subscribers

فلسطينيون من قطاع غزة يتجولون في مستوطنات الغلاف.

❤️ 46 🔥 16 👍 10 👏 5

7.2K edited 00:49 AM




🔴 #عاجل | بدء كلمة قائد عام كتائب القسام محمد الضيف.

🔥 65 ❤️ 32 👍 7 🤩 4 😢 3

7.5K 00:53 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: الاحتلال ارتكب مئات المجازر بحق المدنيين

🔥 37 👍 9 ❤️ 8 👌 3

7.2K 00:54 AM

🔴 #عاجل | القائد هيئة الأركان محمد الضيف: سبق وأن حذرنا العدو من قبل

🔥 48 ❤️ 5 👍 5

7.3K 00:54 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: العدو دنس المسجد الأقصى وتجرأ على مسرى الرسول

🔥 47 ❤️ 7 👏 4 👍 2

7.2K 00:55 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: الاحتلال ينتهك حريات حقوق الأسرى

❤️ 39 🔥 12 👍 2

7.2K 00:55 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: المستوطنون يعربدون ويسرقون ممتلكات المواطنين

قناة الأقصى
381 239 subscribers

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: الاحتلال ينتهك حريات حقوق الأسرى، وأفشل تنفيذ صفقة إنسانية.

🔥 36 ❤️ 3 👍 1 — 7.2K 00:57 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: نعلن بدء عملية طوفان الأقصى

❤️ 41 🔥 19 — 7.1K 00:57 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: أطلقنا خلال نصف ساعة 5 آلاف صاروخ تجاه مستوطنات ومدن العدو

🔥 50 👍 6 ❤️ 5 — 7.3K 00:57 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: ندعو شباب الضفة لكنس الاحتلال من أراضيكم

❤️ 46 🔥 16 — 7.1K 00:58 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: فلنشعل الأرض لهيبا دفاعا عن الأقصى

🔥 44 ❤️ 6 🥰 5 👍 2 — 7.1K 00:59 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: ندعو شباب القدس والداخل المحتل للانتفاض نصرة للأقصى

🔥 38 ❤️ 6 — 7.1K 00:59 AM

🔴 #عاجل | الضيف: فلينته التنسيق الأمني اليوم، ولينخرط أبناء الاجهزة الأمنية لنصرة الأقصى اليوم.

🔥 49 ❤️ 7 👍 3 🥰 2 — 7.1K 01:00 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: انتهى زمن المراهنات ويجب كنس الاحتلال

🔥 36 ❤️ 5 👍 4 🥰 1 — 6.5K 01:03 AM

🔴 #عاجل | قائد هيئة الأركان محمد الضيف: هذا يوم الثورة الكبرى من أجل إنهاء الاحتلال

🥰 23 ❤️ 9 🎉 4 — 6.7K 01:03 AM

قناة الأقصى
381 239 subscribers

أجل إنهاء الاحتلال

23 9 4

6.7K 01:03 AM




6.4K 01:03 AM

45 12 5 2 1



قناة الأقصى
381 239 subscribers




6.4K 01:03 AM

❤️ 45 🔥 12 👍 5 🎉 2 😢 1




5.9K 01:05 AM

❤️ 42 👍 4 🔥 3

#مـبـاشـر |

قناة الأقصى
381 239 subscribers

🌐 الموقع الإلكتروني:
https://seraj.tv/live

قناة الأقصى.. عينك على الوطن 🇵🇸

Facebook
#مباشر | #مباشر تشاهدون الآن #تغطية_خاصة قناة الأقصى :: عينك على...

#مباشر

تشاهدون الآن

#تغطية_خاصة

قناة الأقصى :: عينك على الوطن




❤️ 18 🔥 4 👍 3 👏 2 6.3K 01:08 AM

🔵 📝 #خبر | المختص بالشأن الصهيوني علاء الريماوي: المقاومة الفلسطينية تصدّق وعدها، وتنفذ ضربة أولى مرعبة وفق تصنيف العدو الصهيوني.

🔥 43 ❤️ 11 👍 3 5.8K 01:10 AM

🔴 قائد هيئة الأركان محمد الضيف:

🟡 نعلن بدء عملية طوفان الأقصى

قناة الأقصى
381 239 subscribers

❤️ 18 🔥 4 👍 3 👏 2
6.3K 01:08 AM

🔵 📝 #خبر | المختص بالشأن الصهيوني علاء الريماوي: المقاومة الفلسطينية تصدّق وعدها، وتنفذ ضربة أولى مرعبة وفق تصنيف العدو الصهيوني.

🔥 43 ❤️ 11 👍 3
5.8K 01:10 AM

🔴 قائد هيئة الأركان محمد الضيف:

🟡 نعلن بدء عملية طوفان الأقصى

🟡 أطلقنا خلال نصف ساعة 5 آلاف صاروخ تجاه مستوطنات ومدن العدو

🟡 هذا يوم الثورة الكبرى من أجل إنهاء الاحتلال

🟡 ندعو شباب الضفة والقدس والداخل المحتل للانتفاض نصرة للأقصى

🟡 يا أخوتنا في الجزائر والمغرب والأردن ومصر وباقي الدول العربية تحركوا ولبّوا النداء

🟡 فلينتهِ التنسيق الأمني اليوم، ولينخرط أبناء الأجهزة الأمنية لنصرة الأقصى اليوم

🟡 انتهى زمن المراهنات ويجب كنس الاحتلال

🟡 الاحتلال ارتكب مئات المجازر بحق المدنيين ودنس المسجد الأقصى وتجرأ على مسرى الرسول وينتهك حريات حقوق الأسرى

👍 27 🔥 18 ❤️ 11 😭 1
6K 01:15 AM

🔴 #عاجل | صفارات الإنذار تدوي في القدس

❤️ 21 🔥 7 👍 3
5.5K 01:17 AM

🔴 | #مـبـاشــر

📰 تشاهدون الآن..

Urgent

Shortly... Al-Qassam Brigades Commander in Chief Muhammad Al-Deif"Abu-Khalid" will deliver an important statement to the Palestinian people and the Arab and the Muslim Nation.

-------------------------------------------

Dear followers: You can follow the latest development, stay in the heart of the action, and watch live broadcast around the clock.

Subscribe to the Telegram channel: https://t.me/SerjSat.

----------------------------------

Al-Aqsa Channel…Your eyes on the Nation

Telegram

Al-Aqsa Satellite Channel…Your eyes on the Nation.

--------------------

Dear followers:

To join Al-Aqsa Channel groups on WhatsApp:

| | |
|---|---|
| Group (1) | Group (2) |
| Group (3) | Group (4) |
| Group (5) | Group (6) |
| Group (7) | Group (8) |
| Group (9) | Group (10) |

Al-Aqsa Channel…Your eyes on the Nation

Telegram

Al-Aqsa Satellite Channel…Your eyes on the Nation.

----------------------------

Scenes from the aftermath of the rocket attacks from Gaza on the surrounding settlements.

---

# Urgent/ Enemy Media: Settlers are circulating videos of armed men storming the settlements around Gaza in various ways.

----------------------------

#Urgent/ The Resistance Commander in Chief Abu Khalid, will deliver a speech, shortly.

-------------------------

#Urgent/ Enemy Media: A female settler was killed after being hit by resistance rockets.

--------------------------

#Urgent/ Our Correspondent: Two martyrs and five injuries arrive at Al-Aqsa Martyrs Hospital in the Center of Gaza Strip.

#Video/ Enemy Media: Settlers transmit videos of militants inside Gaza settlements.

-------------------------

#Urgent/Enemy Media admits: A number of militants managed to infiltrate from the Gaza Strip into the surrounding settlements.

---------------------------

#Urgent/ New barrages of rocket fire towards the occupied territories.

------------------------------

#Urgent/ Enemy Media: Violent clashes between resistance fighter and occupation forces inside Gaza surrounding settlements.

----------------------------

#Video/ Enemy Media: Settlers transmit videos of militants inside Gaza settlements.

------------------------------

#Urgent/ The beginning of Al-Qassam Brigades Commander in Chief Muhammad Al-Deif's speech.

---------------------------

#Urgent/ The Commander in Chief Muhammad Al-Deif: The Occupier committed hundreds of massacres against civilians.

---------------------------

#Urgent/ We have previously warned the enemy.
#Urgent/ The enemy subject the prisoners to the most heinous forms of oppression.
#Urgent/ The settlers steal the citizens' properties.
#Urgent/ The enemy subject the prisoners to the most heinous forms of oppression and refused a humanitarian exchange deal.
#Urgent/ We hereby announce the start of "Al-Aqsa Flood" Operation.
#Urgent/ Within the first half an hour, we fired five thousand rockets towards the enemy's settlements and towns.
#Urgent/ Set the ground on fire under the feet of the seizing occupiers to defend Al-Aqsa.
#Urgent/ We call upon the people in Jerusalem, to rise up to defend Al-Aqsa.
#Urgent/ Security coordination and its apparatuses end, so that you can defend Al-Aqsa,
#Urgent/ This is the day of the great revolution to end the occupation.

We hereby announce the start of "Al-Aqsa Flood" Operation.
We call upon the Youth of the West bank to remove this filth from your land.
You are watching now…
Special coverage
Follow us on the following links.
Facebook:
https://www.facebook.com/watch/live/?ref=watch-permalink&v=709824047737402
Twitter:
https://x.com/SerjLive/status/1710522235684040848?s=20
Telegram:
https://t.me/SerjSat?livestream
Website:
https://serj.tv/live

The Specialist in the Zionist Affairs 'Ala' Al-Rimawi: The Palestinian resistance fulfils its promise and carries out a terrifying first blow according to the Zionists description.

The Commander in Chief Muhammad Al-Dayf:

- We announce the start of “Al-Aqsa Flood" Operation.
- Within the first half an hour, we fired five thousand rockets towards the enemy’s settlements and towns.
- This is the day of the great revolution to end the occupation.
- We call upon the people in Jerusalem ,to rise up to defend Al-Aqsa.
- Our brothers in Algeria, Magherb, Jordan, Egypt and the remaining of the Arab Nations start marching and take part in Jihad.
- Security coordination and its apparatuses end, so that you can defend Al-Aqsa,
- The time for those who bet on dividing the nation and dissipating its strength in internal conflicts is over. The time has come for all Arab and Islamic forces to unite to sweep this occupation from our holy sites and our land.
- The Occupier committed hundreds of massacres against civilians, subject the prisoners to the most heinous forms of oppression.
- Sirens sound in Jerusalem.