# GOVERNMENT EXHIBIT 15

**GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL**

**[SEE ATTACHED FILE TITLED "Muhammed Deif Full Speech"]**

[redacted]

[redacted]

File Number: [redacted]
Task ID: [redacted]
Name of Audio File: Muhammed Deif Full Speech

## Participant:

Muhammed Deif

## Translation:

In the name of God, the most gracious, the most merciful.
Praise be to God, Lord of the Worlds, and may blessings and peace be upon the Master of Messengers and Leader of the Mujahideen, and upon all his family and companions.
God Almighty said: "The multitude will be routed, and they will turn their backs. Rather, the Hour is their appointed time, and the Hour is more grievous and more bitter."
O masses of our Arab and Islamic nation, from the ocean to the Gulf, from Tangier to Jakarta. O free people of the world, peace, mercy, and blessings of God be upon you.
The Zionist entity has occupied our land, displaced our people, destroyed our cities, villages, and towns and committed hundreds of massacres against our people. They have killed children, women, and the elderly, demolished homes over the heads of innocent civilians, blatantly disregarded all international norms, human rights law and denied the internal laws.
We have previously warned the occupation leaders of their continued crimes, and we called upon world leaders to take action to put an end to the occupation's crimes against our holy sites, our people, our prisoners, and our land, and to compel the occupation to abide by international law and resolutions. However, the occupation leaders did not respond, and world leaders did not act. Rather, the occupation's crimes increased and crossed all boundaries, especially in Jerusalem and the blessed Al-Aqsa Mosque, the first of the two Qiblas and the third of the two Holy Sanctuaries. The occupation forces' incursions into the courtyards of the Haram increased, and they trampled on the sanctity of the mosque with their shoes. They repeatedly assaulted and dragged the female worshippers, dragged the elderly, children, and youth, prevented our people from reaching the mosque, and allowed Jewish groups to desecrate Al-Aqsa Mosque through daily incursions, performing Talmudic prayers, and blowing the shofar, while dressed as priests.


[redacted]

[redacted]

[redacted]

File Number: [redacted]
Task ID: [redacted]
Name of Audio File: Muhammed Deif Full Speech

They have made no secret of their intention to build their alleged temple on the ruins of the place where our Prophet Muhammad, peace be upon him, ascended to Heaven. They brought the red cows to burn and to scatter their ashes as a practical declaration of their intention to demolish Al-Aqsa and build the Temple. They dared to insult our Prophet Muhammad, peace be upon him, inside the courtyards of the blessed Al-Aqsa Mosque. They tore up copies of the Qur'an and allowed dogs into the mosques. Every day, they establish new facts on the path to their dark dreams. Every day, they attack our people in the neighborhoods of Jerusalem, stealing their homes and real-estate properties. At the same time, the occupation authorities continue to detain thousands of our heroic prisoners, subjecting them to the most heinous forms of oppression, torture, and humiliation. Hundreds of our prisoners have suffered in the depths of prisons for more than twenty years. Tens of our male and female prisoners have been consumed by cancer and disease, and many have died as a result of medical neglect and deliberate slow killing. Our calls for a humanitarian exchange deal have been met with refusal and rigidity.

Every day, the occupation forces storm our cities, villages and towns across the West Bank, wreaking havoc, raiding the homes of innocent people, killing, wounding, demolishing and arresting. Hundreds of people have been martyred and wounded this year because of these crimes. At the same time, they confiscate thousands of acres of land, uproot our people from their homes, lands and tents, and build settlements in their places, and protect the herds of settlers as they rampage, burn, steal and destroy crops and livestock. Meanwhile, the occupation continues to impose its criminal siege on our beloved Strip.

In light of these ongoing crimes against our people, in light of the occupation's rampage and disregard for international laws and resolutions, in light of American and Western support and international silence, we have decided, we have decided to put an end to all of this, with God's help, so that the enemy understands that the time to rampage without being held accountable has come to an end. We hereby announce the start of "Al-Aqsa Flood" Operation. We also announce, with God's help and power, that the first strike of "Al-Aqsa Flood" Operation, which targeted enemy positions, airports, and military fortifications within the first twenty minutes, exceeded five thousand rockets and missiles.

O masses of our people and our nation, O free people of the world. Today, the anger of Al-Aqsa, the anger of our people, the anger of our nation, the anger of the free people of the world is exploding. Our free mujahideen, this is your day to make this criminal enemy understand that his



[redacted]

[redacted]

[redacted]

[redacted]

File Number: [redacted]
Task ID: [redacted]
Name of Audio File: Muhammed Deif Full Speech

time is up. "And kill them wherever you overtake them and expel them from where they expelled you." Do not kill the elderly and children and remove this filth from your land and your holy sites. Fight, and the angels will fight with you, and Allah will support you with His marked angels, and Allah will fulfill His promise to you, "And it has become incumbent upon Us to support the believers."

To our youth in the West Bank. To all our people, regardless of your organizations; today is your day to sweep this occupier and its settlements from all our land in the West Bank and make them pay the price for their crimes throughout these long, hard years. Organize your attacks on the settlements with all the means and tools available to you. Today, yes, starting today, security coordination and its apparatuses end, so that you can prove that your patriotism and your belonging to Al-Aqsa, Jerusalem, and Palestine are greater than all the illusions of the occupation. Today, yes today, our people are reclaiming their revolution, correcting their path, and returning to the project of liberation, return, and establishing the state, with blood and martyrdom.

O our people in Jerusalem, rise to defend your Al-Aqsa Mosque, expel the occupation forces and settlers from your Jerusalem, and demolish the barriers.

O our people in the occupied interior, in the Negev, the Galilee and the Triangle, in Jaffa, Haifa, Acre, Lod and Ramla, set the ground on fire under the feet of the seizing occupiers, killing, burning, destroying, and closing roads. Make this cowardly occupier understand that the flood of Al-Aqsa is greater than he thinks and believes.

Our brothers in the Islamic Resistance, in Lebanon, Iran, Yemen, Iraq and Syria,

This is the day when your resistance will unite with your people in Palestine, so that this cowardly occupier will understand that the time when it rampaged and assassinated scholars and leaders is over. The time when your wealth was plundered is over. The almost daily bombing of Syria and Iraq is over. The time for those who bet on dividing the nation and dissipating its strength in internal conflicts is over. The time has come for all Arab and Islamic forces to unite to sweep this occupation from our holy sites and our land.

To our people in Jordan and Lebanon, in Egypt, Algeria, and the Arab Maghreb, in Pakistan, Malaysia, Indonesia, and throughout the Arab and Islamic world, start marching today, now, not tomorrow, towards Palestine. Do not let borders, regulations, or restrictions deprive you of the honor of jihad and participating in the liberation of Al-Aqsa Mosque. "Go forth, whether light or


[redacted]

[redacted]

[redacted]

[redacted]

File Number: [redacted]
Task ID: [redacted]
Name of Audio File: Muhammed Deif Full Speech

heavy, and strive with your wealth and your lives in the cause of Allah. That is better for you, if you only knew."

Today, today, everyone who has a rifle, take it out, as now is the time. And whoever doesn't have a rifle, take out your machete, your axe, your hatchet, your Molotov cocktail, your truck, your bulldozer, or your car. Today, today, history opens its brightest, most glorious, and most honorable pages. So, who will record his name, the name of his family, and the name of his town in the pages of light and glory?

O sons of our nation, and O free people of the world, those who were unable to participate directly in the "Al-Aqsa Flood" should participate in solidarity, demonstrations, and support. Go out to the squares, raise the banner of freedom for Palestine and Al-Aqsa, and announce open demonstrations everywhere to prevent the regimes that provided support and cover for the occupation's crimes from continuing to participate in its crimes. This is the day of the great revolution to end the last occupation and the last racist system in the world.

O righteous men and women, O elite of the memorizers of the Qur'an, O memorizers of the Book of God, O worshippers, those who fast, those who stand, those who bow, and those who kneel, gather in your mosques and places of worship, supplicate to God, and urge Him to send down His victory upon us, to support us with His angels, and to fulfill your hopes for us to pray in the liberated and purified Al-Aqsa. He is "the best protector and the best supporter."

In conclusion,

Everyone should follow the directives and instructions through successive military statements

"And God is predominant over His affair, but most people do not know."

Your brother, the Commander-in-Chief
For the Al-Qassam Brigades
Muhammad Al-Deif


[redacted]

[redacted]