# GOVERNMENT EXHIBIT 16

## GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL

**[SEE ATTACHED FILE TITLED "8.12am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| UM | Unknown male |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[Call starts at [00:11]

UM: There is, I'm not sure who in front of Abu—[OV] hello.
MA: Hello.
UM: Ah, I see. . .
MA: Where are you?
UM: Dear!
MA: Where are you man?
UM: I'm by the house door man.
MA: Ok, you go pick up the thing, because I might continue east man.
UM: What?
MA: You take the thing, because I will continue east.
UM: We are ready man. And if you want me to go east with you, I'm ready.
MA: Get ready.
UM: Really!
MA: The borders are open I swear. They are passing by in the Hilux. Get ready. . .
UM: Ok, come, and I'll be ready.
MA: Ok, fine--let's—fine. Ok, but keep your phone on, so, I can call you when I get there. Bye.
MA: Ok, fine.



[redacted]