# GOVERNMENT EXHIBIT 17

## GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL

**[SEE ATTACHED FILE TITLED "8.42am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| AU | ‘Awni [LNU] |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[Call starts at [00:11]

MA: [Clears throat] [Background noise]
AU: Hello.
MA: Our sisters, our brothers are all *off/on*.
AU: [Laughter]
MA: Ready. . .ready, I swear by God; they will curse the world!
AU: I swear by God; they make us suffer.
MA: I swear, tonight [MA makes a snoring sound]. Listen! I’m telling you to evacuate from that gate.
AU: High pressure! I should get ready and get closer to Rafah’s borders! [Laughter]
MA: I’m telling you. . .I swear by God; our guys are celebrating inside, Haj!
AU: I see! [Background noise]
MA: Ah!
AU: No explanations needed!
MA: Have you heard!
AU: Ah!
MA: The best message that Abu Khalid Al-Dayf delivered to them is that I’m still alive. Still alive [Laughter].
AU: [Laughter] Ah, they will ask the Arab countries.
MA: Ah, the game is getting hot! Ah, can you get me a welding machine in order to be able to weld the doors and the windows. . . I’m asking you by God, save me.
AU: Where from can I get you a welding machine?
MA: You can arrange for it. Jasir might be able to arrange it.


[redacted]

[redacted]

AU: No one is open now! And Al-Qassas family are not open.
MA: The machine is inside Al-Qassas's family house, so, if we get it and [tick-tick] [PH]. . .So what should I do? Should I keep the kiosk open? [Sound of car in the background]
AU Leave it man--
MA: [OV] Or should I sleep in it?
AU: --leave it man. There is nothing, as if we are working-as if we are working.
MA: Ah, ah. As if I'm selling the doors.
AU: [Laughter] Just wait, from now till the afternoon something might change, and then we will see what we can do.
MA: What afternoon man? From now till the afternoon half of Gaza will be lost. There will be nothing left except my kiosk!
AU: [Laughter]
MA: [Laughter] I swear by God; tonight, will be a harsh night.
AU: Yes, by God. The Jews are still in shock!
MA: Ah, they still haven't awakened from the shock. They are still drunk, because it's the last day of their Eid [Laughter]
AU: Yes, they are still drunk!
MA: Yes. The problem is five thousand, six thousand rockets have been fired. Nothing left except one hundred. [Laughter]
AU: They are celebrating inside!
MA: There is-there is- there is lots of soldiers that have been kidnapped. Yes, it's taking place down there. Yes, there is kidnapping, and it's a game, which will be a good one. It might be the reason to cease fire. Once there is a cease-fire, I will give you two of the dogs I have right away.
AU: God willing.
MA: [OV] Anyways, there is no police stations. The laptop is gone, and the cell phone is gone. All is gone.
AU: O, God! I pray that the entire file gets lost and gets burned.
MA: Everything is gone.
AU: God willing. God willing.
MA: I called the passport office and called 'Abbas.
AU: Clean?
MA: Yes man! You know! What happened to the prisoners! They say. . .Do you know that Al-Qassam attacked Tel-Aviv before informing the police stations to evacuate, before telling the field control to evacuate. Do you understand?
AU: I do not know what to say.
MA: Yes man, yes man, listen!
AU: Yes.
MA: If things go the way they should, Syria will take part, Lebanon will take part--



[redacted]

[redacted]

AU: [OV] God willing. That would be good news.
MA: --and it's going to be a third world war.
AU: That would be fine as long as we are not alone.
MA: Listen! This war will last two months, a month, or it will be a war of attritions. That will be perfect.
AU: What about the workers, who work inside Israel?
MA: What workers in Israel! After today there will be no sleep. They will tell them at the gate, those who have permit go to Airz[PH], and those whom we catch, we will seize their money,
AU: [Laughter]
MA: [Laughter] Those workers who work in Isreal will be sent home, and after that no other workers will enter Israel. And Gaza will be set back about fifty years.
AU: Yes, yes, yes.
MA: Listen! People are happy, and the mosques are chanting Allah is great, thinking they are celebrating the Eid [Laughter]
AU: [Laughter] They have no idea that this is chaos. I swear by God, I'm waiting till the end of the year, so, I can apply--
MA: Listen! I want to tell you something. Hamas has something planned, but they received instructions from Al-Dayf, Al-'Ajuri, and Al-'Aluli to begin. . . Take off man--
AU: [OV] Before they catch you!
MA: But praise be to God, no rockets have fallen on Gaza. [Laughter]
AU: [Laughter] Praise be to God. I believe there will be one that will fall on Gaza, soon.
MA: How will the guys get back! How will the guys who went inside come back?
AU: Come, have some coffee.
MA: What? The guys are calling, I swear by God. They want to go inside.
AU: May God protect you! I will go to Israel, Man!
MA: Ok, goodbye. Goodbye 'Awni,
AU: Goodbye.



[redacted]