# GOVERNMENT EXHIBIT 18

## GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL

**[SEE ATTACHED FILE TITLED "8:55am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| AH | Abu Haytham |
| BS | Unknown background speaker. |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| [IA] | Inaudible |
| | |
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[TN: Please note at 00:32 recording gets interrupted, and no voices could be heard.]

[Call starts at [00:07]

AH Ha! Greetings.
MA: Greetings, Abu Haytham.
AH: How is the situation?
MA: Ok, what type of things do you have?
AH: Ah-man. . .There is nothing.
BS: [OV] [IA]
MA: What?
AH: I have nothing.
MA: Rifles!
AH: Yes, but there are no ammunitions.
MA: What?
BS: [OV] [IA]
AH: There is but, there are no ammunitions.
MA: Ok, are you ready?
AH: Yes, ready!
MA: Ok, bring the rifles, and whatever you have.
AH: Ok, bring ammunitions. [Laughter]
MA: What?
AH: Man! That is not what I meant. . .You are not normal.