# GOVERNMENT EXHIBIT 19

## GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL

**[SEE ATTACHED FILE TITLED "9:07am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| UM | Unknown male |
| BS | Unknown background speaker. |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| [SC] | Simultaneous Conversation |

| | |
|---|---|
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[Call starts at [00:06]

MA: Who do you have there, Abu Hurayrah [PH]?
UM: No, He has left.
UM: Hello, where are you?
MA: Did you bring anything?
UM: What?
MA: Did you bring the--?
BS: [OV]Should I take them to your house!
MA: Yes. [Sound of cars] [SC] Did you bring the rifles? [Sound of cars]
UM: Yes, but where are you?
MA: Ok, Keep the rifles with you, and bring me the magazine from Hazim. . .The magazine from Hazim.
UM: Oh boy, you made me get the rifle, and forcing me--
MA: [IA] Why all of this?
UM: I can't go home--
MA: [OV] it's not a big deal--
UM: [OV] I can't get inside the house.
MA: -- you need to get closer-closer to me as you can.
UM: Abu 'Ala'! I can't get in while carrying a rifle. I will bring a rifle with me.
MA: Listen! Go to Tel Al-Hawa--
UM: [OV] O, God.
MA: --can you? Without letting anyone see you. How many rifles do you have?
UM: I have one with full magazine.



[redacted]

[redacted]

MA: Ok, go to Al-Dahduh's house-go to Al-Dahduh's house—Go to Tel Al-Hawa—Come to Tell Al-Hawa.
UM: Do you have a car?
MA: Yes, yes, but the car that I have is full.
UM: Ok, where are you throwing me? You know, you are putting me in trouble!
MA: Just listen! You need to go to the beach, so you can arrange everything there. [faint background voice]
UM: Ok, fine.
MA: Ok, bye.



[redacted]