# GOVERNMENT EXHIBIT 20

## GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL

**[SEE ATTACHED FILE TITLED "9:10am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| UM | Unknown male |
| BS | Unknown background speaker. |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| | |
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[Call starts at [00:14]

MA: The distance—It's a short distance. Jenin is [UI] -- [background conversation]
BS: We will see and [[UI]
HU: Hello
MA: Haytham!
HU: Ha! Where are you? Just call me right away, when you arrive.
MA: Here, I'm here. I've arrived. I'm at Ruqayah Al-'Almi [PH], Ha!
HU: Ok, I'm coming to you.
MA: If you have a full magazine, bring it to me--
HU: [OV] Ok, sure.
MA: --and if you have a vest, bring it to Hani.
HU; We have vests.
MA: Ok then, Move and hurry up. Meet us by the door. Bye.


[redacted]