# GOVERNMENT EXHIBIT 21

**GOVERNMENT'S MOTION *IN LIMINE* TO COMPEL DEEFNSE PRODUCTION OF TRANSCRIPTS FOR MATERIALS INTENDED FOR USE AT TRIAL**

**[SEE ATTACHED FILE TITLED "9:33am Call"]**

[redacted]

Participants:

| | |
|---|---|
| MA | Mahmud Amin |
| UM | Unknown male |
| UM1 | Unknown male1 |

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| | |
| Primary language (Arabic) | (standard font Times New Roman 12) |
| *secondary language (English)* | (italics) |

[TN: Please note that [BS] is talking in the background, and therefore majority of what he said is not clear.]

[Call starts at [00:09]

BS: [UI]--
MA: Be careful, don't mention Al-Qassam!
UM: Ok man!
MA: No one mentions Al-Qassam, boys.
BS: Inside, inside, inside.
UM Hello.
MA: Hello.
UM: Ah, I will [IA]
MA: Ah, no, I went inside.[Laughter]
UM: No,
MA: Ok, come here.
UM: Come, come where?
BS: Don't! [UI] --on the cell phone.
MA: I swear by God, I'm inside. [SC] Turn your phones off, boys.
UM: Ok, where should I come?
MA: At Malaka's, inside. At Malaka's, inside.
BS: [UI] [voice is faint] no, what he says is wrong.
MA: [SC] Call him on the second phone number! Come in boys!
UM: Do you have extra, ammunitions and things?
MA: Yes, yes man. Yes. Yes.



[redacted]

[redacted]

UM: So, I will come to you empty. I have nothing.
MA: Just come, but if you can, secure a motorcycle to use it, in order to come inside?
UM: Yes. Is that all?
MA: Yes.
UM: Is there a way I can call you and get in touch with you?
MA: Call me on this phone.
BS: [UI]
UM: Ok, fine, Bye.


[redacted]