# Exhibit B

**Telegram Messenger Inc.**

Reg. No. 1968129

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110

4 September 2026

Dear Sir or Madam,

For this particular case, the following information was available:

User #7149269705 : +201155664529 [Mahmoud Almohtadi]
IP 184.186.72.239, 8 Oct 2025 2:08:12

We hope this information will be helpful in your investigation.

Kind regards,
The Telegram Team

**Legal statement**

*This email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by law enforcement or judicial authorities in the United States. We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*

*The information provided are true duplicates of the original records in the custody of Telegram, the records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Telegram, and they were made by Telegram as a regular practice; and were generated by Telegram's electronic process or system that, in the reasonable course of events, produces an accurate result.*

**Note on data availability**

*Please be advised that due to Telegram's technical structure a phone number is generally required to obtain from the system the private data of users. However, sometimes a username or a Telegram ID can be a valid query key for obtaining private user information, such as in cases when additional logging could be enabled following an official data disclosure request or if the account in question has been previously subject to moderation.*

*Timestamps (if available) are provided in UTC and reflect the last login time of the account in question.*