# Exhibit C

**Telegram Messenger Inc.**

Reg. No. 1968129

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110

4 September 2026

[redacted]

[redacted]

User #7149269705 : +201155664529 [Mahmoud Almohtadi]
IP 184.186.72.239, 8 Oct 2025 2:08:12

[redacted]

[redacted]

**Legal statement**

*This email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by law enforcement or judicial authorities in the United States. We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*

*The information provided are true duplicates of the original records in the custody of Telegram, the records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Telegram, and they were made by Telegram as a regular practice; and were generated by Telegram's electronic process or system that, in the reasonable course of events, produces an accurate result.*

[redacted]

[redacted]