| | |
|---|---|
| Date of Birth: | [redacted] |
| City of Birth: | [redacted] |
| State of Birth: | [redacted] |
| Country/Region of Birth: | [redacted] |
| Does this child live with you? | [redacted] |
| Is this child immigrating to the U.S. with you? | [redacted] |
| Is this child immigrating to the U.S. at a later date to join you? | [redacted] |

## ADDRESS AND PHONE

Present Address Information

| | |
|---|---|
| Present Address: | [redacted] |
| City: | [redacted] |
| State/Province: | [redacted] |
| Postal Zone/ZIP Code: | [redacted] |
| Country/Region: | [redacted] |
| From Date: | [redacted] |
| Previous Address Information | |
| Have you lived anywhere other than this address since the age of sixteen? | [redacted] |

| | |
|---|---|
| (1) Previous Address | [redacted] |
| City: | [redacted] |
| State/Province: | [redacted] |
| Postal Zone/ZIP Code: | [redacted] |
| Country/Region: | [redacted] |
| From: | [redacted] |
| To: | [redacted] |

| | |
|---|---|
| Primary Phone Number: | 00201155664529 |
| Secondary Phone Number: | [redacted] |
| Work Phone Number: | [redacted] |
| Email Address: | [redacted] |

| | |
|---|---|
| (1) Social Media Provider/Platform: | [redacted] |
| Social Media User ID: | [redacted] |
| (2) Social Media Provider/Platform: | [redacted] |
| Social Media User ID: | [redacted] |
| (3) Social Media Provider/Platform: | [redacted] |
| Social Media User ID: | [redacted] |
| (4) Social Media Provider/Platform: | TELEGRAM |
| Social Media User ID: | 00201155664529 |

| | |
|---|---|
| Do you wish to provide information about your presence on any other websites or applications you have used within the last five years to create or share content (photos, videos, status updates, etc.)? | [redacted] |

[redacted]

[redacted]