# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MAHMOUD AMIN YA'QUB AL-MUHTADI,

Defendant

6-25-cr-00285
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

## CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

COMES NOW the United States of America through its United States Attorney and provides the Court with the following notarized certificate pursuant to the authority of Rules 803(6) and 902(11) of the Federal Rules of Evidence:

Before the undersigned authority appeared James Hogg who declared: (S)He is employed with **SAMSUNG ELECTRONICS AMERICA, INC.** and during his/her employment has been designated as the custodian of records with duty to respond to subpoenas of state and federal court for the production of various records of the aforesaid **SAMSUNG ELECTRONICS AMERICA, INC.** and pursuant to subpoena his/her business produced the attached documents. (S)He would further testify that these documents consist of **SAMSUNG ELECTRONICS AMERICA, INC.** documents, pertaining to **Mahmoud Ya'qub Al-Muhtadi** and **Niema Al-Ghazzawi**.

(S)He would further testify that **SAMSUNG ELECTRONICS AMERICA, INC.** records were collected and processed in the regular course of business of **SAMSUNG ELECTRONICS AMERICA, INC.**. (S)He would further testify that

the information contained in these documents is recorded on the business's records at the time of the transaction by an employee of the business who is required to collect data accurately from clients. The entries on these documents were made in the regular course of business of **SAMSUNG ELECTRONICS AMERICA, INC.**. (S)He would further testify that the aforesaid documents are a permanent business record of her/his employer's company, prepared in the regular course of its operations.

[Affiant]
**On behalf of**
**SAMSUNG ELECTRONICS AMERICA, INC.**

BEFORE ME, the undersigned authority, personally came and appeared personally________ known by me to be the person described in, and who executed the foregoing certificate, and acknowledged that (s)he has read and agrees with the accuracy of declarations of the certificate.

Sworn and subscribed before me this 29th day of October, 2026.

SAVANNAH NICOLE COLBERT-WHITMAN
Notary Public, State of Texas
Comm. Expires 04-02-2030
Notary ID 133676930

Savannah Colbert-Whitman
NOTARY PUBLIC