**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-00285-1**

**VERSUS** | **JUDGE JOSEPH**

**MAHMOUD AMIN YA'QUB AL-MUHTADI**

---

**ORDER**

---

Considering the defendant's Unopposed Motion for Extension of Time to Disclose the Defense Expert Responding to Professor Bruce Hoffman [Doc. 161], the government's lack of opposition, and the record,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for the defendant to make the disclosure required by Federal Rule of Criminal Procedure 16(b)(1)(C) for the expert witness who will respond to the testimony of Professor Bruce Hoffman, (Doc. 95), is extended to November 30, 2026.

IT IS FURTHER ORDERED that the government may seek a reasonable period after that disclosure to give notice of any rebuttal expert or to file any motion directed to the expert's testimony.

IT IS FURTHER ORDERED that all other deadlines in the Amended

Scheduling Order, (Doc. 66), remain in effect.

THUS, DONE AND SIGNED in chambers on this 12th day of November, 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE