UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MAHMOUD AMIN YA'QUB AL-MUHTADI,

Defendant

CRIMINAL NO. 6:25-CR-00285
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**USA'S FOURTH NOTICE OF INTENT TO OFFER SELF-AUTHENTICATING RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902 & 803**

The United States of America, through undersigned counsel, hereby notifies the defense of its intent to introduce evidence subject to authentication procedures set forth in Federal Rule of Evidence ("Rule") 902(11), as well as the hearsay exception set forth in Rule 803(6),[1] for certified business records produced by Google LLC relating to geofence records relating to the October 7 attack.[2] The Government attaches the certification to this Notice as Exhibit A and will notify the defense of the trial exhibits subject to this certification when it discloses its exhibit list.

Dated: November 21, 2026

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By: */s/ Zachary A. Keller*
ZACHARY A. KELLER
JOHN W. NICKEL
U.S. Attorney's Office – WDLA
Special Bar No. 803262 (Keller)

[1] The Government incorporates its First Notice's factual and legal background by reference. *See* [Doc. 87 at 1-3]. It is in the process of producing these Samsung records to the defense.

[2] These records were the subject of the defense's geofence expert notice. *See* [Doc. 160].

LA Bar No. 37819 (Nickel)
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Tel: (337) 262-6618
Email: Zachary.keller@usdoj.gov

ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov

D. ANDREW SIGLER
Ala. Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: 202-514-0849
Email: Andrew.sigler@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Zachary A. Keller*
Zachary A. Keller
United States Attorney