**Exhibit A**

Google LLC
1600 Amphitheatre Parkway

Google

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the geographical coordinates *31.366893, 34.389376, 31.366894, 34.4056, 31.380345, 34.405532, 31.380212, 34.38902, 31.477158, 34.50975, 31.477181, 34.542973, 31.499969, 34.542811, 31.500062, 34.50975,* with Google Ref. No. 84504441 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Mitchell Grimm_______ Date: March 4, 2025
(Signature of Records Custodian)

Mitchell Grimm
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 84504441)**

84504441.Location_001.zip:

SHA512-
b85fe4e2506016ac5020f918184ee9661309ee885f457c49693fc2dbaaee828546290fd8cd2bc25393
051023caa05a51ae735ce84e28df635fa51adf3f94495e

84504441.Location_001.zip:

SHA512-
8d56c483bf8fdaa4afa028357d141a40aef0d413b9983f4bfb98db1a01e84488559be65c8736cd0e61
8aa8869278c40c1ef1abd08bedd17aa0b0b83f9cfff631

84504441.Location_002.zip:

SHA512-
920b2c6c9851aee4bb1c4c7a89abf90d6d45c1999df8a4c69a39d400b8acb17e5a9b16f2ca79a5395
1ebc5cffc048330c111e20bd58b575a0d5d0434c45b65e1

84504441.Location_002.zip:

SHA512-
803f592cd3dff6ba0f5034e4ed7b01afab1b4f3e8113b01db2d2c4cb1b6f4e4f5d5cf80f93a6501bfce
6830f8065d86e4e91bb201c62b27884451b0ecfc9675d